UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| RUSSELL JARVIS; JAMES JARVIS; ROBERT CRAMPTON; and COMMONWEALTH SECOND AMENDMENT, INC.,<br><br>                    Plaintiffs,<br><br>         -against-<br><br>VILLAGE VAULT, INC.; and SECRETARY MARY E. HEFFERNAN, in her Official Capacity as Secretary of the Executive Office of Public Safety and Security,<br><br>                    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## MOTION TO ADMIT DAVID D. JENSEN *PRO HAC VICE*

PLEASE TAKE NOTICE that, pursuant to Local Rule 83.5.3 of the Rules of this Court, Plaintiffs move for the admission of David D. Jensen, *pro hac vice*, on the following grounds:

1.     David Jensen is admitted to practice and is in good standing before the State courts of New York and New Jersey.  I have verified Mr. Jensen's active membership and good standing in the New York and New Jersey bars by checking websites operated by these States.

2.     David Jensen has reviewed and is familiar with the Local Rules of this Court.

3.     The undersigned, an attorney admitted to practice and in good standing before this Court, has appeared in this action.

-2-

Dated: March 27, 2012

                                                  Respectfully submitted,

                                                  /s/ Patrick M. Groulx
Patrick M. Groulx, Esq.
BBO No. 673394
POLIS LEGAL
P.O. Box 45504
Somerville, Massachusetts 02145
Tel: 978.549.3124
Fax: 617.500.9955
pgroulx@polislegal.com