UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

RUSSELL JARVIS; JAMES JARVIS; ROBERT CRAMPTON; and COMMONWEALTH SECOND AMENDMENT, INC.,

        Plaintiffs,

-against-

VILLAGE VAULT, INC.; and SECRETARY MARY E. HEFFERNAN, in her Official Capacity as Secretary of the Executive Office of Public Safety and Security,

        Defendants.

---

## DECLARATION OF DAVID D. JENSEN

I, DAVID D. JENSEN, declare as follows:

1. I am an attorney with an office in New York, New York. I am over 18 years of age and am competent to testify on my own behalf.

2. I am a member of the bar in good standing of every jurisdiction in which I have been admitted to the practice of law. Specifically, I am a member in good standing of the State bars of New York and New Jersey. I am also a member in good standing of the bars of the United States District Courts for the Central District of Illinois, the District of New Jersey, the Eastern District of New York, and the Southern District of New York, and I am also a member in good standing of the bars of the United States Circuit Courts for the Third and Seventh Circuits.

3. There are no disciplinary charges pending against me in any jurisdiction. I have never been disciplined or sanctioned by a court or bar association.

4. I have never been convicted of any crime.

-2-

5.   I have reviewed and become familiar with the Local Rules of the United States District Court for the District of Massachusetts.

6.   A regular member of the bar of this Court is advancing the present motion and has filed a notice of appearance in this case.

I affirm all of the foregoing statements under penalty of perjury under the laws of the United States of America.

Dated: March 27, 2012

_____
David D. Jensen