Civil Action No.: **1:12-CV-40032-JLT**

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) _VILLAGE GUN SHOP_

was received by me on (date) _4-30-12_ .

☒ I personally served the summons on the individual at (place) _7 BELMONT ST._ _NORTHBOROUGH MA_ on (date) _5-8-12_ ; or

☐ I left the summons at the individuals residence or usual place of abode with (name)_____, a person of suitable age and discretion who resides there, on (date) _____, and mailed a copy to the individuals last known address; or

☐ I served the summons on (name of individual) _____, who is designated by law to accept service of process on behalf of (name of organization) _____ on (date) _____; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other (specify) :

My fees are $ _____ for travel and $ _____ for services, for a total of $ _60.00_ .

I declare under penalty of perjury that this information is true.

_5-10-12_
Date

_Robert Gorczyca_
Server's Signature

_ROBERT GORCZYCA_
Printed name and title

_14 JUNIPER LANE, FRAMINGHAM MA_
Server's Address

Additional information regarding attempted service, etc:

## CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on 15 May 2012.

      /s/ David D. Jensen
David D. Jensen, Esq.
DAVID JENSEN PLLC
111 John Street, Suite 230
New York, New York 10038
Tel: 212.380.6615
Fax: 917.591.1318
david@djensenpllc.com
Admitted *Pro Hac Vice*