Civil Action No.: **1:12-CV-40032-JLT**

PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) __MARY HEFFERNAN, SECRETARY OF PUBLIC SAFETY, STATE OF MA__
was received by me on (date) __4-30-12__ .

☐ I personally served the summons on the individual at (place) _____
_____ on (date) _____ ; or

☐ I left the summons at the individuals residence or usual place of abode with (name) _____
_____ , a person of suitable age and discretion who resides there,
on (date) _____ , and mailed a copy to the individuals last known address; or

☒ I served the summons on (name of individual) __THE RECEPTIONIST/SECRE__ , who is __FOR MARY HEFFERNAN__

designated by law to accept service of process on behalf of (name of organization) __THE SECRETARY
OF PUBLIC SAFETY__ on (date) __5-9-12__ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other (specify) :

My fees are $ _____ for travel and $ _____ for services, for a total of $ __80.00__ .

I declare under penalty of perjury that this information is true.

__5-10-12__
Date

__Robert Gorczyca__
Server's Signature

__ROBERT GORCZYCA__
Printed name and title

__14 JUNIPER LANE, FRAMINGHAM MA__
Server's Address

Additional information regarding attempted service, etc:

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on 15 May 2012.

 /s/ David D. Jensen
David D. Jensen, Esq.
DAVID JENSEN PLLC
111 John Street, Suite 230
New York, New York 10038
Tel:  212.380.6615
Fax:  917.591.1318
david@djensenpllc.com
Admitted *Pro Hac Vice*