UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

DOCKET NO. 1:12-cv-40032-JLT

**RUSSELL JARVIS, JAMES JARVIS, ROBERT CRAMPTON and COMMONWEALTH SECOND AMENDMENT, INC.**
                    Plaintiffs,

   v.

**VILLAGE GUN SHOP, INC. d/b/a VILLAGE VAULT and SECRETARY MARY E. HEFFERNAN, in her Official Capacity as Secretary of the Executive Office of Public Safety and Security,**
                    Defendants.

## NOTICE OF APPEARANCE

Please enter on the docket the appearance of David R. Marks, Assistant Attorney General, as counsel for the State defendant, SECRETARY MARY E. HEFFERNAN, in her Official Capacity as Secretary of the Executive Office of Public Safety and Security.

                Respectfully submitted,

                SECRETARY MARY E. HEFFERNAN, IN HER OFFICIAL CAPACITY AS SECRETARY OF THE EXECUTIVE OFFICE OF PUBLIC SAFETY AND SECURITY,

                By her attorney,

                MARTHA COAKLEY
                ATTORNEY GENERAL

/s/ David R. Marks

David R. Marks, BBO No. 548982
Assistant Attorney General
Office of the Attorney General
One Ashburton Place, Room 2019
Boston, MA 02108-1698
(617) 963-2362
Facsimile: (617) 727-5785
david.marks@state.us.ma

May 30, 2012

## CERTIFICATE OF SERVICE

I hereby certify that the above Notice of Appearance was filed through the Electronic Case Filing (ECF) system on May 30, 2012, and thus copies will be sent electronically to the registered participants as identified on the Court's Notice of Electronic Filing (NEF); paper copies will be served by first-class mail, postage prepaid, to those indicated on the NEF as non-registered participants.

/s/ David R. Marks

David R. Marks

May 30, 2012