**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

DOCKET NO. 1:12-cv-40032-JLT

RUSSELL JARVIS, JAMES JARVIS, ROBERT
CRAMPTON and COMMONWEALTH
SECOND AMENDMENT, INC.
                              Plaintiffs,


        v.


VILLAGE GUN SHOP, INC. d/b/a VILLAGE
VAULT and SECRETARY MARY E.
HEFFERNAN, in her Official Capacity as
Secretary of the Executive Office of Public Safety
and Security,
                              Defendants.

<u>**MOTION TO ENLARGE TIME TO FILE RESPONSIVE PLEADING TO COMPLAINT**</u>

        The state defendant, Secretary Mary E. Heffernan, in her official capacity as Secretary of

the Executive Office of Public Safety ("Secretary"), respectfully moves for additional time to

respond to the Complaint, to on or before June 26, 2012.

        1.   The Complaint was served on the Secretary on May 9, 2012.

        2.   Under M. G. L. c. 12, § 3, the Attorney General must appear in civil suits on behalf

             of state agencies and officers.  Here, the undersigned Assistant Attorney General

             received the complaint in this matter on May 22, 2012.

        3.   Service of the Complaint on the Commonwealth has not yet been completed, under

             Fed. R. Civ. P. 4(j)(2), so the time for the Secretary's filing an Answer has not yet

             begun to run.  Rule 4(j)(2) requires service on a state government to be made either

             by serving the chief executive officer or by serving the summons and complaint

             "in the manner prescribed by that state's law for serving a summons or like process

on such a defendant."  Fed. R. Civ. P. 4(j)(2)(B).  Under Mass. R. Civ. P. 4(d)(3),

service upon an agency of the Commonwealth of Massachusetts must be made "by

delivering a copy of the summons and of the complaint to the Boston office of the

Attorney General of the Commonwealth, and, in the case of any agency, to its

office or to its chairman or one of its members or its secretary or clerk."

4.  The plaintiffs have failed to complete service under Mass. R. Civ. P. 4(d)(3) by

serving the office of the Attorney General and, thus, the time for answering has not

yet begun to run.  Nonetheless, the Attorney General now has obtained a copy of

the summons and complaint from the Secretary and will draft an Answer or other

responsive pleading.  Given the delay in obtaining the copies, and given this

Assistant Attorney General's other job responsibilities, additional time to June 26,

2012 is necessary to serve and file the Secretary's response.

5.  I have attempted to contact counsel for plaintiffs but have received no response.

For the foregoing reasons, the Secretary respectfully requests that the Court allow

an enlargement of time until June 26, 2012 to respond to the Complaint in this matter.

Respectfully submitted,

MARTHA COAKLEY
ATTORNEY GENERAL

/s/ David R. Marks

_____

David R. Marks, BBO No. 548982
Assistant Attorney General
Office of the Attorney General
One Ashburton Place, Room 2019
Boston, MA 02108-1698
(617) 963-2362
Facsimile:  (617) 727-5785
david.marks@state.us.ma

Date:  May 30, 2012

2

## CERTIFICATE OF SERVICE

I hereby certify that this document was filed through the ECF system, with copies sent to the registered participants as identified on the Notice of Electronic Filing ("NEF") on May 30, 2012.

/s/ David R. Marks
_____
David R. Marks
Assistant Attorney General

May 30, 2012

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1

Pursuant to Local Rule 7.1(a)(2), I hereby certify that I contacted counsel for the plaintiffs and attempted to confer in an attempt in good faith to resolve or narrow the issue.

/s/ David R. Marks
_____
David R. Marks
Assistant Attorney General