UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NUMBER: 1:12-cv-40032-JLT

| | |
|---|---|
| RUSSELL JARVIS; JAMES JARVIS; ROBERT CRAMPTON; and COMMONWEALTH SECOND AMENDMENT, INC., <br>                  Plaintiffs <br><br> VS: <br><br> VILLAGE GUN SHOP, INC. d/b/a VILLAGE VAULT; and SECRETARY MARY E. HEFFERNAN, in her Official Capacity As Secretary of the Executive Office of Public Safety and Security, <br>                  Defendants | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

## *DEFENDANT, VILLAGE GUN SHOP, INC. d/b/a VILLAGE VAULT'S LOCAL RULE 7.3 CORPORATE DISCLOSURE STATEMENT*

Pursuant to Local Rule 7.3(A), the Defendant, Village Gun Shop, Inc. d/b/a Village Vault, hereby certifies that there is no parent company associated with it. Village Gun Shop, Inc. d/b/a Village Vault hereby further certifies that no publicly held company owns Ten (10%) Percent or more of its stock.

                                        Respectfully submitted,
                                        VILLAGE GUN SHOP, INC. d/b/a
                                        VILLAGE VAULT,     Defendant
                                        By Its Attorney,

                                        /s/Wayne M. LeBlanc

                                        Wayne M. LeBlanc, Esquire
                                        Glickman, Sugarman, Kneeland & Gribouski
                                        11 Harvard Street - P.O. Box 2917
                                        Worcester, MA  01613-2917
                                        Tel. (508) 756-6206
Dated: September 18, 2012           BBO#: 290875