Respectfully submitted,
VILLAGE GUN SHOP, INC. d/b/a
VILLAGE VAULT,   Defendant
By Its Attorney,

/s/David J. Kneeland

_____

David J. Kneeland, Esquire
Glickman, Sugarman, Kneeland & Gribouski
11 Harvard Street -  P.O. Box 2917
Worcester, MA  01613-2917
Tel.  (508) 756-6206

Dated: September 18, 2012          BBO#: 275730