UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NUMBER: 1:12-cv-40032-JLT

| | |
|---|---|
| RUSSELL JARVIS; JAMES JARVIS; ROBERT CRAMPTON; and COMMONWEALTH SECOND AMENDMENT, INC., <br> Plaintiffs <br><br> VS: <br><br> VILLAGE GUN SHOP, INC. d/b/a VILLAGE VAULT; and SECRETARY MARY E. HEFFERNAN, in her Official Capacity As Secretary of the Executive Office of Public Safety and Security, <br> Defendants | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

## *NOTICE OF APPEARANCE*

I, Wayne M. LeBlanc, Esquire, hereby appear in the above-referenced Action on behalf of VILLAGE GUN SHOP, INC. d/b/a VILLAGE VAULT, Defendant, regarding the above referenced Action.

                                                Respectfully submitted,
                                                VILLAGE GUN SHOP, INC. d/b/a
                                                VILLAGE VAULT,     Defendant
                                                By Its Attorney,

                                                /s/Wayne M. LeBlanc

                                                Wayne M. LeBlanc, Esquire
                                                Glickman, Sugarman, Kneeland & Gribouski
                                                11 Harvard Street - P.O. Box 2917
                                                Worcester, MA  01613-2917
                                                Tel. (508) 756-6206
Dated: September 18, 2012        BBO#: 290875