UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NUMBER: 1:12-cv-40032-JLT

|  |  |
|---|---|
| RUSSELL JARVIS; JAMES JARVIS; ROBERT CRAMPTON; and COMMONWEALTH SECOND AMENDMENT, INC.,<br>　　　　　　　　　Plaintiffs<br><br>VS:<br><br>VILLAGE GUN SHOP, INC. d/b/a VILLAGE VAULT; and SECRETARY MARY E. HEFFERNAN, in her Official Capacity As Secretary of the Executive Office of Public Safety and Security,<br>　　　　　　　　　Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## *NOTICE OF APPEARANCE*

I, David J. Kneeland, Esquire, hereby appear in the above-referenced Action on behalf of VILLAGE GUN SHOP, INC. d/b/a VILLAGE VAULT, Defendant, regarding the above referenced Action.

　　　　　　　　　　　　　　　　Respectfully submitted,
　　　　　　　　　　　　　　　　VILLAGE GUN SHOP, INC. d/b/a
　　　　　　　　　　　　　　　　VILLAGE VAULT,　Defendant
　　　　　　　　　　　　　　　　By Its Attorney,

　　　　　　　　　　　　　　　　/s/David J. Kneeland

　　　　　　　　　　　　　　　　David J. Kneeland, Esquire
　　　　　　　　　　　　　　　　Glickman, Sugarman, Kneeland & Gribouski
　　　　　　　　　　　　　　　　11 Harvard Street - P.O. Box 2917
　　　　　　　　　　　　　　　　Worcester, MA  01613-2917
　　　　　　　　　　　　　　　　Tel.  (508) 756-6206
Dated: September 18, 2012　　　　BBO#: 275730