## *CERTIFICATE OF SERVICE*

I hereby certify that a copy of the NOTICE OF APPEARANCE OF DAVID J. KNEELAND was this day served through the ECF system, which was sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on the 18th day of September 2012.

Date:  September 18, 2012         /s/ David J. Kneeland         .
                                                   David J. Kneeland