UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NUMBER: 1:12-cv-40032-JLT

| | |
|---|---|
| RUSSELL JARVIS; JAMES JARVIS; ROBERT CRAMPTON; and COMMONWEALTH SECOND AMENDMENT, INC., <br>                                 Plaintiffs <br> VS: <br><br> VILLAGE GUN SHOP, INC. d/b/a VILLAGE VAULT; and SECRETARY MARY E. HEFFERNAN, in her Official Capacity As Secretary of the Executive Office of Public Safety and Security, <br>                                 Defendants | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

## *NOTICE OF WITHDRAWAL OF APPEARANCE*

I, JAMES J. GRIBOUSKI, hereby withdraw my appearance as counsel on behalf of Defendant, Village Gun Shop, Inc. d/b/a Village Vault, relative to the above referenced matter.

In support thereof, I state that I have been informed by Defendant, Village Gun Shop, Inc. d/b/a Village Vault as well as Attorney Wayne M. LeBlanc and Attorney David J. Kneeland that Attorney LeBlanc and Attorney Kneeland will be filing Notices of Appearance for Village Gun Shop, Inc. d/b/a Village Vault simultaneous with this Notice of Withdrawal.

                                  Respectfully submitted,
                                  VILLAGE GUN SHOP, INC. d/b/a
                                  VILLAGE VAULT,    Defendants
                                  By its Attorney,

                                  /s/James J. Gribouski

                                  _____
                                  James J. Gribouski, Esquire
                                  Glickman, Sugarman, Kneeland & Gribouski
                                  11 Harvard Street - P.O. Box 2917
                                  Worcester, MA 01613-2917
                                  Tel. (508) 756-6206
Dated: September 18, 2012        BBO#: 211240