UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| RUSSELL JARVIS; JAMES JARVIS; ROBERT CRAMPTON; and COMMONWEALTH SECOND AMENDMENT, INC., | * * * * * | |
| Plaintiffs, | * * | |
| v. | * * | Civil Action No. 12-40032-JLT |
| VILLAGE GUN SHOP, INC. d/b/a VILLAGE VAULT; and SECRETARY MARY E. HEFFERNAN, in her Official Capacity as Secretary of the Executive Office of Public Safety and Security, | * * * * * * * | |
| Defendants. | * | |

ORDER

October 9, 2012

TAURO, J.

After a Scheduling Conference on October 4, 2012, this court hereby orders that:

1. Counsel for Defendant Secretary Heffernan shall request that the appropriate parties in the Executive Office of Public Safety and Security consider the claims raised by Plaintiffs' <u>Complaint</u> and propose appropriate relief if the Executive Office determines that a remedy is required.

2. Counsel for Defendant Secretary Heffernan shall file a report outlining the results of his inquiry by November 1, 2012.

3. The Parties shall file their lists of proposed deponents by October 12, 2012.

4. No further discovery is permitted without leave of this court.

5. A Further Conference is scheduled for November 1, 2012, at 12:30 p.m.

IT IS SO ORDERED.

    /s/ Joseph L. Tauro
United States District Judge