UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| RUSSELL JARVIS; JAMES JARVIS; ROBERT CRAMPTON; and COMMONWEALTH SECOND AMENDMENT, INC.,<br>　　　　　Plaintiffs<br><br>VS:<br><br>VILLAGE GUN SHOP , INC. d/b/a VILLAGE VAULT; and SECRETARY MARY E. HEFFERNAN, in her Official Capacity As Secretary of the Executive Office of Public Safety and Security,<br>　　　　　Defendants | ) ) ) ) ) ) ) CIVIL ACTION NO.: 1:12-cv-40032-JLT ) ) ) ) ) ) ) ) ) |

## *DEFENDANT, VILLAGE GUN SHOP, INC. d/b/a VILLAGE VAULT'S LIST OF PROPSOED DEPONENTS*

NOW COMES the Defendant, Village Gun Shop, Inc. d/b/a Village Vault and hereby provides a list of Proposed Deponents in the above-referenced matter:

1. Russell Jarvis   (Plaintiff)

2. James Jarvis   (Plaintiff)

3. Robert Crampton   (Plaintiff)

4. Authorized Representatives of other Businesses Providing Gun Storage Services in Massachusetts presently unknown at this time.

|  |  |
|---|---|
|  | Respectfully submitted,<br>VILLAGE GUN SHOP, INC. d/b/a<br>VILLAGE VAULT, Defendant<br>By Its Attorney,<br><br>/s/ Wayne M. LeBlanc<br>_____<br>Wayne M. LeBlanc, Esquire<br>Glickman, Sugarman, Kneeland & Gribouski<br>11 Harvard Street - P.O. Box 2917<br>Worcester, MA 01613-2917<br>Tel. (508) 756-6206 |
| Dated: September 26, 2012 | BBO#: 290875 |
|  | Respectfully submitted,<br>VILLAGE GUN SHOP, INC. d/b/a<br>VILLAGE VAULT, Defendant<br>By Its Attorney,<br><br>/s/ David J. Kneeland<br>_____<br>David J. Kneeland, Esquire<br>Glickman, Sugarman, Kneeland & Gribouski<br>11 Harvard Street - P.O. Box 2917<br>Worcester, MA 01613-2917<br>Tel. (508) 756-6206 |
| Dated: September 26, 2012 | BBO#: 275730 |