### CERTIFICATE OF SERVICE

We hereby certify that a copy of the DEFENDANT, VILLAGE GUN SHOP, INC. d/b/a

VILLAGE VAULT'S LIST OF PROPOSED DEPONENTS was this day served through the

ECF system, which was sent electronically to the registered participants as identified on the

Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-

registered participants on the 10th day of October 2012.


Date:  October 10, 2012                    /s/  Wayne M. LeBlanc                .
                                           Wayne M. LeBlanc


Date:  October 10, 2012                    /s/  David J. Kneeland               .
                                           David J. Kneeland