UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RUSSELL JARVIS; JAMES JARVIS; ROBERT CRAMPTON; and COMMONWEALTH SECOND AMENDMENT, INC.,<br><br>          Plaintiffs,<br><br>     -against-<br><br>VILLAGE GUN SHOP, INC. d/b/a VILLAGE VAULT; and SECRETARY MARY E. HEFFERNAN, in her Official Capacity as Secretary of the Executive Office of Public Safety and Security,<br><br>          Defendants. | )<br>)<br>)<br>)<br>)<br>)  CIVIL ACTION NO.<br>)  1:12-cv-40032<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## L.R. 16.1(d)(3) C<small>ERTIFICATION</small>

The undersigned counsel and client hereby certify that they have conferred:

(c) with a view to establishing a budget for the costs of conducting the full course—and various alternative courses—of the litigation; and

(d) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in LR 16.4.

Dated: September 24, 2012

   Respectfully submitted,

   THE PLAINTIFFS,

   By their attorneys,


 /s/ David D. Jensen                                        *[signature]*
David D. Jensen, Esq.                            Thomas Bolioli
DAVID JENSEN PLLC                           *on behalf of* Commonwealth
111 John Street, Suite 230                    Second Amendment, Inc.
New York, New York 10038
Admitted *Pro Hac Vice*