UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RUSSELL JARVIS; JAMES JARVIS; ROBERT CRAMPTON; and COMMONWEALTH SECOND AMENDMENT, INC.,<br><br>　　　　　　　　　　　Plaintiffs,<br><br>　　-against-<br><br>VILLAGE GUN SHOP, INC. d/b/a VILLAGE VAULT; and SECRETARY MARY E. HEFFERNAN, in her Official Capacity as Secretary of the Executive Office of Public Safety and Security,<br><br>　　　　　　　　　　　Defendants. | CIVIL ACTION NO.<br>1:12-cv-40032 |

### L.R. 16.1(d)(3) CERTIFICATION

The undersigned counsel and client hereby certify that they have conferred:

(a) with a view to establishing a budget for the costs of conducting the full course—and various alternative courses—of the litigation; and

(b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in LR 16.4.

Dated: September 24, 2012

　　　Respectfully submitted,

　　　THE PLAINTIFFS,

　　　By their attorneys,

　/s/ David D. Jensen　　　　　　　　　　　　　　　　　/s/ Russell Jarvis
David D. Jensen, Esq.　　　　　　　　　　　　　　　　Russell Jarvis
DAVID JENSEN PLLC
111 John Street, Suite 230
New York, New York 10038
Admitted *Pro Hac Vice*　　　　　　　　　　　　　　　/s/ James Jarvis
　　　　　　　　　　　　　　　　　　　　　　　　　　　James Jarvis