UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| RUSSELL JARVIS; JAMES JARVIS; ROBERT CRAMPTON; and COMMONWEALTH SECOND AMENDMENT, INC., <br>             Plaintiffs <br><br> VS: <br><br> VILLAGE GUN SHOP, INC. d/b/a VILLAGE VAULT; and SECRETARY MARY E. HEFFERNAN, in her Official Capacity As Secretary of the Executive Office of Public Safety and Security, <br>             Defendants | CIVIL ACTION NO: 1:12-cv-40032-JLT |

## *DEFENDANT, VILLAGE GUN SHOP, INC. d/b/a VILLAGE VAULT'S CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D)(3)*

Certification is hereby made that said Defendant, by and through its authorized representative, and Defendant's counsel have conferred with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of said litigation.

Said Defendant and Defendant's counsel have considered the resolution of said litigation through the use of Alternative Dispute Resolution programs such as those outlined in LR 16.4.

Respectfully submitted,
VILLAGE GUN SHOP, INC. d/b/a
VILLAGE VAULT, Defendant
By Its Attorney,

/s/  Wayne M. LeBlanc

---

Wayne M. LeBlanc, Esquire
Glickman, Sugarman, Kneeland & Gribouski
11 Harvard Street - P.O. Box 2917
Worcester, MA  01613-2917
Tel.  (508) 756-6206

Dated: September 26, 2012    BBO#: 290875

Respectfully submitted,
VILLAGE GUN SHOP, INC. d/b/a
VILLAGE VAULT, Defendant
By Its Attorney,

/s/  David J. Kneeland

---

David J. Kneeland, Esquire
Glickman, Sugarman, Kneeland & Gribouski
11 Harvard Street - P.O. Box 2917
Worcester, MA  01613-2917
Tel.  (508) 756-6206

Dated: September 26, 2012    BBO#: 275730

VILLAGE GUN SHOP, INC. d/b/a
VILLAGE VAULT, Defendant

---

Peter G. Dowd, President and Authorized Representative