UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RUSSELL JARVIS; JAMES JARVIS; ROBERT CRAMPTON; and COMMONWEALTH SECOND AMENDMENT, INC., <br><br> Plaintiffs, <br><br> -against- <br><br> VILLAGE GUN SHOP, INC. d/b/a VILLAGE VAULT; and SECRETARY MARY E. HEFFERNAN, in her Official Capacity as Secretary of the Executive Office of Public Safety and Security, <br><br> Defendants. | CIVIL ACTION NO. 1:12-cv-40032 |

## CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D)(3)

The undersigned certify that we have conferred:

(a) with a view to establishing a budget for the costs of conducting the full course-and various alternative courses-of the litigation; and

(b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in LR 16.4.

MARTHA COAKLEY
ATTORNEY GENERAL

SECRETARY MARY E. HEFFERNAN, in her Official Capacity as Secretary of the Executive Office of Public Safety
And Security

_/s/ David R. Marks__
Assistant Attorney General

__/s/ T. Jane Gabriel_____
Acting General Counsel, Executive Office of Public Safety and Security

Dated: September 25, 2012

1