UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RUSSELL JARVIS; JAMES JARVIS; ROBERT CRAMPTON; and COMMONWEALTH SECOND AMENDMENT, INC.,<br><br>                  Plaintiffs,<br><br>-against-<br><br>VILLAGE GUN SHOP, INC. d/b/a VILLAGE VAULT; and SECRETARY MARY E. HEFFERNAN, in her Official Capacity as Secretary of the Executive Office of Public Safety and Security,<br><br>                  Defendants. | CIVIL ACTION NO.<br>1:12-cv-40032 |

**PLAINTIFFS' NOTICE OF PROPOSED DEPONENTS**

Pursuant to the Court's Order of October 10, 2012 (Doc. No. 20), Plaintiffs hereby provide notice that they may depose the following persons:

1) a knowledgeable representative of Village Gun Shop, Inc.;

2) a knowledgeable representative of EOPS Secretary Mary E. Heffernan; and

3) other businesses providing "bonded warehouse"/gun storage services in Massachusetts.

In the parties' proposed tiered discovery plan, all parties agree to hold off determining what depositions will actually be needed until later in the discovery process.

/ / /

/ / /

/ / /

Dated: October 10, 2012

>Respectfully submitted,
>
>THE PLAINTIFFS,
>
>By their attorneys,
>
>/s/ David D. Jensen
>David D. Jensen, Esq.
>DAVID JENSEN PLLC
>111 John Street, Suite 230
>New York, New York 10038
>Tel:  212.380.6615
>Fax:  917.591.1318
>david@djensenpllc.com
>Admitted *Pro Hac Vice*
>
>Patrick M. Groulx, Esq.
>BBO No. 673394
>POLIS LEGAL
>P.O. Box 45504
>Somerville, Massachusetts 02145
>Tel:  978.549.3124
>Fax:  617.500.9955
>pgroulx@polislegal.com
>
>*Attorneys for Plaintiffs*

### CERTIFICATE OF SERVICE

I hereby certify that on October 10, 2012, I filed the foregoing document through the CM/ECF system, that notice will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and that paper copies will be sent to any participants indicated as non-registered.

>/s/ David D. Jensen
>David D. Jensen, Esq.
>Admitted *Pro Hac Vice*

-2-