UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RUSSELL JARVIS; JAMES JARVIS; ROBERT CRAMPTON; and COMMONWEALTH SECOND AMENDMENT, INC., <br><br> Plaintiffs, <br><br> -against- <br><br> VILLAGE GUN SHOP, INC. d/b/a VILLAGE VAULT; and SECRETARY MARY E. HEFFERNAN, in her Official Capacity as Secretary of the Executive Office of Public Safety and Security, <br><br> Defendants. | CIVIL ACTION NO. 1:12-cv-40032-JLT |

**REPORT OF COUNSEL FOR DEFENDANT SECRETARY HEFFERNAN**

The undersigned counsel for Defendant Secretary Heffernan hereby submits this Report in compliance with this Court's order of October 4, 2012, as follows:

As per the Court's order, undersigned counsel has requested the appropriate parties in the Executive Office of Public Safety and Security to consider the claims raised by Plaintiffs' Complaint and to propose appropriate relief if the Secretary determines that a remedy is required. The Secretary, in response, has agreed to consider the Plaintiffs' claims that some form of regulations be proposed. The Secretary, and the appropriate parties in the Executive Office, has begun to consider these matters. No decision has yet been made as to whether some form of regulatory language is appropriate, or what form that language might take. Given the press and urgency of other matters, and the complexity of the present inquiry, counsel anticipates that the Secretary will not be in a

position to determine whether it is appropriate to propose any draft regulatory language for at least 45 days from now.  Therefore, it might be appropriate for this Court to schedule a further conference in this case for a date 45 days or more hence.

    Respectfully Submitted,

    MARTHA COAKLEY
    ATTORNEY GENERAL

    For: SECRETARY MARY E. HEFFERNAN,
        in her Official Capacity as Secretary of the
        Executive Office of Public Safety
        And Security

    /s/ David R. Marks
    Assistant Attorney General
    Office of the Attorney General
    BBO No. 548982
    One Ashburton Place, Room 2019
    Boston, MA 02108-1698
    (617) 963-2362
    Facsimile:  (617) 727-5785
    david.marks@state.us.ma

Dated:  October 31, 2012

## CERTIFICATE OF SERVICE

I hereby certify that the above Report was filed through the Electronic Case Filing (ECF) system on October 31, 2012, and thus copies will be sent electronically to the registered participants as identified on the Court's Notice of Electronic Filing (NEF).

    /s/ David R. Marks

    David R. Marks

October 31, 2012