UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RUSSELL JARVIS; JAMES JARVIS; ROBERT CRAMPTON; and COMMONWEALTH SECOND AMENDMENT, INC.,<br><br>                      Plaintiffs,<br><br>      -against-<br><br>VILLAGE GUN SHOP, INC. d/b/a VILLAGE VAULT; and SECRETARY MARY E. HEFFERNAN, in her Official Capacity as Secretary of the Executive Office of Public Safety and Security,<br><br>                      Defendants. | CIVIL ACTION NO.<br>1:12-cv-40032 |

## PLAINTIFFS' STATUS REPORT

Plaintiffs submit this status report pursuant to the Court's order of September 26, 2013.

Plaintiffs are prepared to move for partial summary judgment against Defendant Village Gun Shop, Inc. Unless the Court instructs otherwise, Plaintiffs will file their partial summary judgment motion no later than October 14, 2013.

Counsel for Defendant Secretary Heffernan previously advised Plaintiffs' counsel that the Executive Office of Public Safety and Security was considering whether it would adopt regulations to govern the operation of the "bonded warehouses" that this case concerns. (The Court had requested that Secretary Heffernan consider adopting such regulations at the hearing it held on October 4, 2012.) Plaintiffs do not know the current status of these regulations. However, Plaintiffs previously advised Secretary Heffernan of their willingness to participate in the rulemaking process.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | THE PLAINTIFFS,<br>By their attorneys, |
|  | /s/ David D. Jensen<br>David D. Jensen, Esq.<br>NYS Attorney Registration No. 4234449<br>DAVID JENSEN PLLC<br>111 John Street, Suite 230<br>New York, New York 10038<br>Tel:  212.380.6615<br>Fax:  917.591.1318<br>david@djensenpllc.com<br>Admitted *Pro Hac Vice* |
|  | Patrick M. Groulx, Esq.<br>BBO No. 673394<br>POLIS LEGAL<br>P.O. Box 45504<br>Somerville, Massachusetts 02145<br>Tel:  978.549.3124<br>Fax:  617.500.9955 |
| Dated: October 4, 2013 | pgroulx@polislegal.com |

### CERTIFICATE OF SERVICE

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on October 4, 2013.

 /s/ David D. Jensen
David D. Jensen, Esq.