UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RUSSELL JARVIS; JAMES JARVIS; ROBERT CRAMPTON; and COMMONWEALTH SECOND AMENDMENT, INC., <br><br> Plaintiffs, <br><br> -against- <br><br> VILLAGE GUN SHOP, INC. d/b/a VILLAGE VAULT; and SECRETARY ANDREA CABRAL, in her Official Capacity as Secretary of the Executive Office of Public Safety and Security,* <br> Defendants. | CIVIL ACTION NO. <br> 1:12-cv-40032-JLT |

## STATUS REPORT OF COUNSEL FOR DEFENDANT SECRETARY CABRAL

The undersigned counsel for Defendant Secretary Cabral hereby submits this Report in compliance with this Court's order of September 26, 2013, as follows:

Undersigned counsel previously has requested the appropriate parties in the Executive Office of Public Safety and Security to consider the claims raised by Plaintiffs' Complaint and to propose appropriate relief if the Secretary determines that a remedy is required. Since that time, a new Secretary has taken office. The prior Secretary had agreed to consider the Plaintiffs' claims that some form of regulations be proposed and had begun to consider these matters. With the change in Secretary, and other responsible staff, consideration had to begin anew. Since that time, however, the new Secretary also has agreed to consider the Plaintiffs' claims that some form of regulations be proposed and the Secretary, and the appropriate parties in the Executive Office, has begun to consider these matters.

---

*Under Fed. R. Civ. P. 25(d), Andrea Cabral, as the successor in office, is substituted as a party.

1

No decision has yet been made as to whether some form of regulatory language is appropriate, or what form that language might take.  Given the press and urgency of other matters, the complexity of the present inquiry, and, given that other Officers and Secretariats have a role in reviewing and approving any proposed regulations, counsel anticipates that the Secretary will not be in a position to determine whether it is appropriate to propose any draft regulatory language, or to report any specific proposals, for at least 90 days from now.  Therefore, it might be appropriate for this Court to schedule a further status report in this case for a date 90 days or more hence.

>Respectfully Submitted,
>
>MARTHA COAKLEY
>ATTORNEY GENERAL
>
>For:   SECRETARY ANDREA CABRAL,
>       in her Official Capacity as Secretary of the
>       Executive Office of Public Safety
>       And Security
>
> _/s/ David R. Marks_____
> Assistant Attorney General
> Office of the Attorney General
> BBO No. 548982
> One Ashburton Place, Room 2019
> Boston, MA 02108-1698
> (617) 963-2362
> Facsimile:  (617) 727-5785
> david.marks@state.us.ma

Dated:  October 11, 2013

**CERTIFICATE OF SERVICE**

I hereby certify that the above Report was filed through the Electronic Case Filing (ECF) system on October 11, 2013, and thus copies will be sent electronically to the registered participants as identified on the Court's Notice of Electronic Filing (NEF).

>/s/ David R. Marks
>
>David R. Marks

Dated:  October 11, 2013