# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RUSSELL JARVIS; JAMES JARVIS; ROBERT CRAMPTON; and COMMONWEALTH SECOND AMENDMENT, INC., <br><br> Plaintiffs, <br><br> -against- <br><br> VILLAGE GUN SHOP, INC. d/b/a VILLAGE VAULT; and SECRETARY ANDREA CABRAL, in her Official Capacity as Secretary of the Executive Office of Public Safety and Security, <br><br> Defendants. | CIVIL ACTION NO. <br> 1:12-cv-40032 |

## PLAINTIFFS' NOTICE OF MOTION FOR PARTIAL SUMMARY JUDGMENT AGAINST DEFENDANT VILLAGE GUN SHOP, INC. d/b/a VILLAGE VAULT

Pursuant to Rule 56 of the Federal Rules of Civil Procedure and Local Rule 56.1 of this Court, Plaintiffs Russell Jarvis, James Jarvis, and Robert Crampton hereby move for partial summary judgment against Defendant Village Gun Shop, Inc. d/b/a Village Vault. Plaintiffs are entitled to declaratory relief and judgment as to liability.

In support of this motion, Plaintiffs rely on the pleadings, the affidavits and exhibits submitted to the Court, Plaintiffs' statement of undisputed facts, and Plaintiffs' memorandum of law.

-2-

Dated: October 14, 2013

                              Respectfully submitted,

                              THE PLAINTIFFS,

                              By their attorneys,

| Patrick M. Groulx, Esq. | David D. Jensen, Esq. |
|---|---|
| BBO No. 673394 | Admitted *Pro Hac Vice* |
| POLIS LEGAL | DAVID JENSEN PLLC |
| P.O. Box 76056 | 111 John Street, Suite 230 |
| Melrose, Massachusetts 02176 | New York, New York 10038 |
| Tel: 978.549.3124 | Tel: 212.380.6615 |
| Fax: 617.500.9955 | Fax: 917.591.1318 |
| pgroulx@polislegal.com | david@djensenpllc.com |

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on 14 October 2013.