Village Vault  
7 Belmont Street  
Northboro, MA 01532  

**BILL TO:**  
James Jarvis  
███████████  
Adams, MA ████  

**VILLAGE VAULT**



Phone (508) 898-9100   Fax (508) 898-3835  
www.villagevault.com

# Invoice

| DATE | INVOICE # |
|---|---|
| 9/11/2010 | 18658 |

| ITEM | QTY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|---|
| Storage Fee | 34 | Storage Fee | 15.00 | 510.00 |
| Admin. Fee | | | 45.00 | 45.00 |
| Handling | 34 | | 15.00 | 510.00 |

**Total** $1,065.00

Fully Licensed   cCopyright 1998 Village Gun Shop, Inc.   Bonded & Insured

COMM2A 00003

Village Vault
7 Belmont Street
Northboro, MA 01532

**To:**

James Jarvis
███████████████

Adams, MA ██████



**VILLAGE VAULT**

Phone (508) 898-9100    Fax (508) 898-3835
www.villagevault.com

# Statement

| DATE |
|---|
| 8/30/2011 |

| DATE | AMOUNT | BALANCE | TRANSACTION |
|---|---|---|---|
| 09/10/2010 | | 0.00 | Balance forward |
| 09/11/2010 | 1,065.00 | 1,065.00 | INV #18658. Due 09/11/2010. |
| | | | --- Storage Fee, 34 @ $15.00 = 510.00 |
| | | | --- Admin. Fee $45.00 |
| | | | --- Handling, 34 @ $15.00 = 510.00 |
| 10/11/2010 | 510.00 | 1,575.00 | INV #18765. Due 10/11/2010. |
| | | | --- Storage Fee, 34 @ $15.00 = 510.00 |
| 11/11/2010 | 510.00 | 2,085.00 | INV #18919. Due 11/11/2010. |
| | | | --- Storage Fee, 34 @ $15.00 = 510.00 |
| 12/11/2010 | 510.00 | 2,595.00 | INV #19052. Due 12/11/2010. |
| | | | --- Storage Fee, 34 @ $15.00 = 510.00 |
| 01/11/2011 | 510.00 | 3,105.00 | INV #19191. Due 01/11/2011. |
| | | | --- Storage Fee, 34 @ $15.00 = 510.00 |
| 02/11/2011 | 510.00 | 3,615.00 | INV #19342. Due 02/11/2011. |
| | | | --- Storage Fee, 34 @ $15.00 = 510.00 |
| 03/11/2011 | 510.00 | 4,125.00 | INV #19481. Due 03/11/2011. |
| | | | --- Storage Fee, 34 @ $15.00 = 510.00 |
| 04/05/2011 | 425.00 | 4,550.00 | INV #19615. Due 04/11/2011. |
| | | | --- Storage Fee $425.00 |
| 07/26/2011 | 1,028.75 | 5,578.75 | INV #20139. Due 07/26/2011. |
| | | | --- Registration Fee, 34 @ $20.00 = 680.00 |
| | | | --- Auction Fee $348.75 |
| 07/26/2011 | -2,325.00 | 3,253.75 | PMT |
| 08/30/2011 | 55.50 | 3,309.25 | INV #20324. Due 08/30/2011. |
| | | | --- Auction Fee $55.50 |
| 08/30/2011 | -370.00 | 2,939.25 | PMT |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | AMOUNT DUE |
|---|---|---|---|---|---|
| 55.50 | 0.00 | 1,028.75 | 0.00 | 1,855.00 | $2,939.25 |

Fully Licensed        cCopyright 1998  Village Gun Shop, Inc.        Bonded & Insured