

**VILLAGE VAULT**

7 Belmont Street  Northboro, MA 01532
Phone (508) 898-9100 ♦ Fax (508) 898-3835
www.villagevault.com

James Jarvis

Adams, MA

October 31, 2011

### SETTLEMENT LETTER

In accordance with Massachusetts General Law Chapter 140  Section 129D Paragraph 2 :

Be advised that your Items stored since 08/11/2010 - a list of which is enclosed - were consigned to public auction on April 5, 2011 and auctioned on May 21, 2011 and September 24, 2011.

| | |
|---|---|
| Total Sale Price: | $2,695.00 |
| Total Number of Cartons: | 34 |
| Storage Fee: (.50 each carton per day) | $4,550.00 |
| Registration Fees: ($20.00 per gun) | $ 680.00 |
| Auctioneer's Fee: | $ 404.25 |
| Balance Due: | $2,939.25 |

Any questions regarding this matter should be directed to:

VILLAGE VAULT
7 Belmont Street
Northboro, MA 01532
(508) 898-9100
www.villagevault.com

Fully Licensed       cCopyright 1998  Village Gun Shop, Inc.       Bonded & Insured