# VILLAGE VAULT



**7 Belmont Street     Northboro, MA 01532**
Phone (508) 898-9100 ♦ Fax (508) 898-3835
www.villagevault.com

**JAMES JARVIS**

**ADAMS, MA**

8/11/2010

Your firearms are being stored in a bonded warehouse located at 7 Belmont Street, Northboro, MA 01532.
A formal inventory including the make, model, serial number and the condition of each firearm and accessories is enclosed.

### Storage Terms

1. 50 cents per item per day - Storage fee payable in full every 30 days.
2. Handling fee - $15.00 per item
3. Registration fee - $20.00 per gun to any valid firearms licensee
4. Administration fee - $45.00
5. Firearms may be sold at auction in order to satisfy unpaid administrative, storage and transfer fees.

### Payment

Firearms will not be released until all unpaid administrative, storage and transfer fees are paid in full.  No personal checks accepted.

### Options

*You may at **ANY TIME** transfer or sell your firearms to a firearms dealer or a properly licensed individual.
*If your firearms license has been suspended and has been **REINSTATED** you may redeem your firearms with (1) your valid firearms license and (2) a confirmation letter from **BOTH** the court and your local Police Chief.

Requests for appointments and consultation regarding the above matter may be made in writing or by telephone.

Fully Licensed          cCopyright 1998  Village Gun Shop, Inc.          Bonded & Insured





# VILLAGE VAULT



7 Belmont Street      Northboro, MA 01532
Phone (508) 898-9100 ♦ Fax (508) 898-3835

| *Receipt No:* | | *Date:* |
|---|---|---|
| 4300 | Page 1 of 8 | 8/11/2010 |

### >WE DO NOT TAKE EVIDENCE GUNS.<

| Police Department: | Owner: |
|---|---|
| STATE POLICE CHESHIRE | JAMES    JARVIS |
| 1141 NORTH STATE ROAD | |
| CHESHIRE    MA  01225 | ADAMS    MA |
| *Witness:* | |
| TPR. CANATA | Long Guns: 28    Handguns: 4    Total Items: 34 |

| No. | L. | H. | Make: | Model: | Cal. | SN. |
|---|---|---|---|---|---|---|
| 1 | 1 | 0 | ITHACA | 37 | 12 | 144495 |

| BBL: | Stock L. | Stock R. |
|---|---|---|
| POOR | GOOD | GOOD |

| Forearm: | Receiver: | Accessories: |
|---|---|---|
| GOOD | POOR | |

| No. | L. | H. | Make: | Model: | Cal. | SN. |
|---|---|---|---|---|---|---|
| 2 | 1 | 0 | ITHACA | 37 | 12 | 857472 |

| BBL: | Stock L. | Stock R. |
|---|---|---|
| POOR | GOOD | GOOD |

| Forearm: | Receiver: | Accessories: |
|---|---|---|
| GOOD | POOR | |

| No. | L. | H. | Make: | Model: | Cal. | SN. |
|---|---|---|---|---|---|---|
| 3 | 1 | 0 | DAVIS | DOUBLE | 12 | B6820 |

| BBL: | Stock L. | Stock R. |
|---|---|---|
| POOR | GOOD MISS. BUTT PLATE | POOR |

| Forearm: | Receiver: | Accessories: |
|---|---|---|
| MISSING | FAIR | |

Fully Licensed     cCopyright 1998 Village Gun Shop, Inc.     Bonded and Insured

**Receipt No:** 4300  **Page 2 of 8**  **Date:** 8/11/2010

| No. | L. | H. | Make: | Model: | Cal. | SN. |
|---|---|---|---|---|---|---|
| 4 | 1 | 0 | MOSSBERG | 185D | 20 | NONE |
| BBL: POOR | | | | Stock L: GOOD | Stock R: GOOD | |
| Forearm: GOOD | | | Receiver: GOOD | | Accessories: MISSING MAG | |

| No. | L. | H. | Make: | Model: | Cal. | SN. |
|---|---|---|---|---|---|---|
| 5 | 1 | 0 | STEVENS | VISLOAD | 22 | E449 |
| BBL: POOR | | | | Stock L: DENTS | Stock R: SCRATCHES | |
| Forearm: GOOD | | | Receiver: POOR | | Accessories: | |

| No. | L. | H. | Make: | Model: | Cal. | SN. |
|---|---|---|---|---|---|---|
| 6 | 1 | 0 | WINCHESTER | 275 | 22MAG | 113253 |
| BBL: GOOD | | | | Stock L: SCRATCHES | Stock R: SCRATCHES | |
| Forearm: DENTS | | | Receiver: GOOD | | Accessories: | |

| No. | L. | H. | Make: | Model: | Cal. | SN. |
|---|---|---|---|---|---|---|
| 7 | 1 | 0 | IVER JOHNSON | SS | 20 | IHRX |
| BBL: POOR | | | | Stock L: SCRATCHES | Stock R: SCRATCHES | |
| Forearm: GOOD | | | Receiver: POOR | | Accessories: | |

| No. | L. | H. | Make: | Model: | Cal. | SN. |
|---|---|---|---|---|---|---|
| 8 | 1 | 0 | NAGANT | 1915 | 762X54R | 15926 |
| BBL: FAIR | | | | Stock L: SCRATCHES | Stock R: SCRATCHES | |
| Forearm: GOOD | | | Receiver: POOR | | Accessories: | |

| Receipt No: | | Date: |
|---|---|---|
| 4300 | Page 3 of 8 | 8/11/2010 |

| No. | L. | H. | Make: | Model: | Cal. | SN. |
|---|---|---|---|---|---|---|
| 9 | 1 | 0 | HIGGINS | 20 | 12 | NONE |
| BBL: | | | | Stock L. | Stock R. | |
| FAIR | | | | SCRATCHES | GOOD | |
| Forearm: | | | Receiver: | Accessories: | | |
| GOOD | | | BLEMISHES | | | |

| No. | L. | H. | Make: | Model: | Cal. | SN. |
|---|---|---|---|---|---|---|
| 10 | 1 | 0 | STEVENS | 87D | 22 | NONE |
| BBL: | | | | Stock L. | Stock R. | |
| GOOD | | | | SCRATCHES | SCRATCHES | |
| Forearm: | | | Receiver: | Accessories: | | |
| WORN | | | GOOD | | | |

| No. | L. | H. | Make: | Model: | Cal. | SN. |
|---|---|---|---|---|---|---|
| 11 | 1 | 0 | DAVENPORT | 1855 | 12 | 8 |
| BBL: | | | | Stock L. | Stock R. | |
| FAIR | | | | GOOD | GOOD | |
| Forearm: | | | Receiver: | Accessories: | | |
| WORN | | | POOR | | | |

| No. | L. | H. | Make: | Model: | Cal. | SN. |
|---|---|---|---|---|---|---|
| 12 | 1 | 0 | ITHACA | 37 | 16 | 559187-4 |
| BBL: | | | | Stock L. | Stock R. | |
| FAIR | | | | SCRATCHES | DENTS | |
| Forearm: | | | Receiver: | Accessories: | | |
| GOOD | | | FAIR | | | |

| No. | L. | H. | Make: | Model: | Cal. | SN. |
|---|---|---|---|---|---|---|
| 13 | 1 | 0 | MOSSBERG | 642K | 22MAG | NONE |
| BBL: | | | | Stock L. | Stock R. | |
| GOOD | | | | WORN | SCRATCHES | |
| Forearm: | | | Receiver: | Accessories: | | |
| GOOD | | | GOOD | MISSING MAG | | |

| Receipt No: | Page 4 of 8 | Date: |
|---|---|---|
| 4300 | | 8/11/2010 |

| No. | L. | H. | Make: | Model: | Cal. | SN. |
|---|---|---|---|---|---|---|
| 14 | 1 | 0 | ENFIELD | SPORTER | 303 | AX16827 |
| BBL: | | | | Stock L. | Stock R. | |
| GOOD | | | | GOOD | GOOD | |
| Forearm: | | | Receiver: | Accessories: | | |
| DENTS | | | GOOD | | | |

| No. | L. | H. | Make: | Model: | Cal. | SN. |
|---|---|---|---|---|---|---|
| 15 | 1 | 0 | ITHACA | 37 | 12 | 816785-4 |
| BBL: | | | | Stock L. | Stock R. | |
| GOOD | | | | SCRATCHES | SCRATCHES | |
| Forearm: | | | Receiver: | Accessories: | | |
| GOOD | | | GOOD | | | |

| No. | L. | H. | Make: | Model: | Cal. | SN. |
|---|---|---|---|---|---|---|
| 16 | 1 | 0 | WINCHESTER | 94 | 32 | 3244086 |
| BBL: | | | | Stock L. | Stock R. | |
| GOOD | | | | GOOD | BLEMISHES | |
| Forearm: | | | Receiver: | Accessories: | | |
| GOOD | | | WORN | | | |

| No. | L. | H. | Make: | Model: | Cal. | SN. |
|---|---|---|---|---|---|---|
| 17 | 1 | 0 | ITHACA | M66 | 410 | 98017 |
| BBL: | | | | Stock L. | Stock R. | |
| GOOD | | | | GOOD | GOOD | |
| Forearm: | | | Receiver: | Accessories: | | |
| GOOD | | | WORN | | | |

| No. | L. | H. | Make: | Model: | Cal. | SN. |
|---|---|---|---|---|---|---|
| 18 | 1 | 0 | STEVENS | 58C | 410 | A362181 |
| BBL: | | | | Stock L. | Stock R. | |
| MUZZLE WEAR | | | | BLEMISHES | GOOD | |
| Forearm: | | | Receiver: | Accessories: | | |
| BLEMISHES | | | GOOD | MISSING MAG | | |

*Receipt No:* **4300**  *Page 5 of 8*  *Date:* **8/11/2010**

| No. | L. | H. | Make: | Model: | Cal. | SN. |
|---|---|---|---|---|---|---|
| 19 | 1 | 0 | REMINGTON | 572 | 22 | NONE |
| BBL: | | | PARTS | Stock L. DENTS | Stock R. | SCRATCHES |
| Forearm: MISSING | | | | Receiver: PARTS PORE | Accessories: | |

| No. | L. | H. | Make: | Model: | Cal. | SN. |
|---|---|---|---|---|---|---|
| 20 | 1 | 0 | ITHACA | 37 | 12 | 371312735 |
| BBL: | | | CUT POOR | Stock L. SCRATCHES | Stock R. | GOOD |
| Forearm: GOOD | | | | Receiver: POOR NO FINISH | Accessories: SCOPE | |

| No. | L. | H. | Make: | Model: | Cal. | SN. |
|---|---|---|---|---|---|---|
| 21 | 1 | 0 | WINCHESTER | 1300 | 12 | L3559300 |
| BBL: | | | GOOD | Stock L. GOOD | Stock R. | GOOD |
| Forearm: GOOD | | | | Receiver: GOOD | Accessories: SCOPE, HARD CASE | |

| No. | L. | H. | Make: | Model: | Cal. | SN. |
|---|---|---|---|---|---|---|
| 22 | 0 | 1 | COLT | BOUNTLINE SCOUT | 22 | 131382F |
| BBL: | | | BLEMISHES | Stock L. GOOD | Stock R. | GOOD |
| Forearm: | | | | Receiver: WORN | Accessories: HOLSTER | |

| No. | L. | H. | Make: | Model: | Cal. | SN. |
|---|---|---|---|---|---|---|
| 23 | 0 | 1 | IVER JOHNSON | TB | 38 | NONE |
| BBL: | | | WORN | Stock L. GOOD | Stock R. | GOOD |
| Forearm: | | | | Receiver: BLEMISHES | Accessories: | |

*Receipt No:* 4300 | Page 6 of 8 | *Date:* 8/11/2010

| No. | L. | H. | Make: | Model: | Cal. | SN. |
|---|---|---|---|---|---|---|
| 24 | 0 | 1 | PHONIX | HP22 | 22 | 4099923 |

| BBL: | Stock L. | Stock R. |
|---|---|---|
| MUZZLE WEAR | GOOD | GOOD |

| Forearm: | Receiver: | Accessories: |
|---|---|---|
| GOOD | GOOD | |

| No. | L. | H. | Make: | Model: | Cal. | SN. |
|---|---|---|---|---|---|---|
| 25 | 1 | 0 | RICHLAND | PERC | 50 | 152267 |

| BBL: | Stock L. | Stock R. |
|---|---|---|
| HEAVY RUST | GOOD | GOOD |

| Forearm: | Receiver: | Accessories: |
|---|---|---|
| GOOD | GOOD | |

| No. | L. | H. | Make: | Model: | Cal. | SN. |
|---|---|---|---|---|---|---|
| 26 | 1 | 0 | H&R | HUNTSMAN | 12 | A$244122 |

| BBL: | Stock L. | Stock R. |
|---|---|---|
| GOOD | SCRATCHES | BLEMISHES |

| Forearm: | Receiver: | Accessories: |
|---|---|---|
| SCRATCHES | GOOD | |

| No. | L. | H. | Make: | Model: | Cal. | SN. |
|---|---|---|---|---|---|---|
| 27 | 1 | 0 | CEOSSMAN | 760 | BB | |

| BBL: | Stock L. | Stock R. |
|---|---|---|
| HEAVY RUST | GOOD | CRACKED |

| Forearm: | Receiver: | Accessories: |
|---|---|---|
| | POOR | |

| No. | L. | H. | Make: | Model: | Cal. | SN. |
|---|---|---|---|---|---|---|
| 28 | 0 | 1 | SHERIDEN | BLUE STREAK | 5MM | |

| BBL: | Stock L. | Stock R. |
|---|---|---|
| WORN | GOOD | GOOD |

| Forearm: | Receiver: | Accessories: |
|---|---|---|
| LOOSE | GOOD | |

**Receipt No:** 4300     Page 7 of 8     **Date:** 8/11/2010

| No. | L. | H. | Make: | Model: | Cal. | SN. |
|---|---|---|---|---|---|---|
| 29 | 1 | 0 | STEVENS | MARKSMAN | 22 | 78932 |
| BBL: | | | POOR | Stock L. WORN | Stock R. WORN | |
| Forearm: MISSING | | | Receiver: PARTS ONLY | Accessories: | | |

| No. | L. | H. | Make: | Model: | Cal. | SN. |
|---|---|---|---|---|---|---|
| 30 | 1 | 0 | THOMPSON CENTER | BLACK POWDER | 50 | 59835,64854,110793 |
| BBL: (3) | | | | Stock L. | Stock R. | |
| Forearm: | | | Receiver: | Accessories: | | |

| No. | L. | H. | Make: | Model: | Cal. | SN. |
|---|---|---|---|---|---|---|
| 31 | 1 | 0 | THOMPSON CENTER | PER. | 50 | |
| BBL: | | | | Stock L. 2 STOCKS | Stock R. 2 STOCKS | |
| Forearm: | | | Receiver: | Accessories: | | |

| No. | L. | H. | Make: | Model: | Cal. | SN. |
|---|---|---|---|---|---|---|
| 32 | 0 | 0 | | | | |
| BBL: | | | | Stock L. | Stock R. | |
| Forearm: | | | Receiver: | Accessories: AMMO CAN ASSORT SHOTGUN AMMO | | |

| No. | L. | H. | Make: | Model: | Cal. | SN. |
|---|---|---|---|---|---|---|
| 33 | 0 | 0 | | | | |
| BBL: | | | | Stock L. | Stock R. | |
| Forearm: | | | Receiver: | Accessories: ORT SHOTGUN, CENTERFIFE AMMO,LOCKS, | | |

| No. | L. | H. | Make: | Model: | Cal. | SN. |
|---|---|---|---|---|---|---|
| 34 | 1 | 0 | GLENFIELD | 60 | 22 | 24594292 |

| BBL: | Stock L. | Stock R. |
|---|---|---|
| SCRATCHES | DENTS | SCRATCHES |

| Forearm: | Receiver: | Accessories: |
|---|---|---|
| DENTS | SCRATCHES | |

Receipt No: 4300
Page 8 of 8
Date: 8/11/2010

Fully Licensed    cCopyright 1998 Village Gun Shop, Inc.    Bonded and Insured