The Commonwealth of Massachusetts
FIREARM IDENTIFICATION CARD NO. 319236

CITY OR TOWN: Somerville
NAME (TYPE): Robert H. Crampton
LEGAL ADDRESS: [redacted]
DATE OF BIRTH: [redacted]
PLACE OF BIRTH: [redacted]
ZIP CODE: [redacted]
DATE OF EXPIRATION: Indefinite unless revoked or suspended
HEIGHT: 5'11   WEIGHT: 170   EYES: Blue   HAIR: Brown
I HAVE READ S.129B OF [C.]140 AND I STATE AFFIRMATIVELY I AM NOT DISQUALIFIED FOR ANY OF THE REASONS FROM POSSESSING SUCH A FIREARM IDENTIFICATION CARD.
LEGAL SIGNATURE: [signature]
LICENSING AUTHORITY: [signature]

EXHIBIT 1
COMM2A 00020