

# VILLAGE VAULT

**7 Belmont Street          Northboro, MA 01532**
Phone (508) 898-9100 ♦ Fax (508) 898-3835
www.villagevault.com

ROBERT CRAMPTON

████████████

TEWKSBURY, MA ███████

11/15/2010

Your firearms are being stored in a bonded warehouse located at 7 Belmont Street, Northboro, MA 01532.

A formal inventory including the make, model, serial number and the condition of each firearm and accessories is enclosed.

## Storage Terms

1. 50 cents per item per day -  Storage fee payable in full every 30 days.
2. Handling fee - $15.00 per item
3. Registration fee - $20.00 per gun to any valid firearms licensee
4. Administration fee - $45.00
5. Firearms may be sold at auction in order to satisfy unpaid administrative, storage and transfer fees.

## Payment

Firearms will not be released until all unpaid administrative, storage and transfer fees are paid in full.  No personal checks accepted.

## Options

*You may at **ANY TIME** transfer or sell your firearms to a firearms dealer or a properly licensed individual.

*If your firearms license has been suspended and has been **REINSTATED** you may redeem your firearms with  (1) your valid firearms license and (2) a confirmation letter from **BOTH** the court and your local Police Chief.

Requests for appointments and consultation regarding the above matter may be made in writing or by telephone.

Fully Licensed          cCopyright 1998  Village Gun Shop, Inc.          Bonded & Insured

EXHIBIT 2

# VILLAGE VAULT

7 Belmont Street        Northboro, MA 01532
Phone (508) 898-9100 ♦ Fax (508) 898-3835

| *Receipt No:* | | *Date:* |
|---|---|---|
| 4360 | Page 1 of 1 | 11/15/2010 |

### >WE DO NOT TAKE EVIDENCE GUNS.<

| *Police Department:* | *Owner:* |
|---|---|
| TEWKSBURY POLICE DEPARTMENT | ROBERT          CRAMPTON |
| 918 MAIN STREET | ██████████████ |
| TEWKSBURY          MA   01876 | TEWKSBURY                    MA   ████ |

*Witness:*
ANBREGONSALD

| *Long Guns:* | *Handguns:* | *Total Items:* |
|---|---|---|
| 2 | 1 | 3 |

| No. | L. | H. | Make: | Model: | Cal. | SN. |
|---|---|---|---|---|---|---|
| 1 | 1 | 0 | JC HIGGINS | 60 | 12 | NONE |

| BBL: | Stock L. | Stock R. |
|---|---|---|
| LIGHT RUST | SCRATCHES | GOOD |

| Forearm: | Receiver: | Accessories: |
|---|---|---|
| SCRATCHES | LIGHT RUST | HARD CASE |

| No. | L. | H. | Make: | Model: | Cal. | SN. |
|---|---|---|---|---|---|---|
| 2 | 1 | 0 | JC HIGGINS | 583.187 | 12 | NONE |

| BBL: | Stock L. | Stock R. |
|---|---|---|
| POOR | DENTS | DENTS |

| Forearm: | Receiver: | Accessories: |
|---|---|---|
| CRACKED | POOR | SOFT CASE |

| No. | L. | H. | Make: | Model: | Cal. | SN. |
|---|---|---|---|---|---|---|
| 3 | 0 | 1 | YOUNG AMERICAN | REV | 32 | NONE |

| BBL: | Stock L. | Stock R. |
|---|---|---|
| POOR | GOOD | CHIPPED |

| Forearm: | Receiver: | Accessories: |
|---|---|---|
| | POOR | BOX 32 AMMO |

Fully Licensed        cCopyright 1998  Village Gun Shop, Inc.        Bonded  and  Insured

EXHIBIT 2