

**VILLAGE VAULT**

7 Belmont Street  Northboro, MA 01532
Phone (508) 898-9100 ♦ Fax (508) 898-3835
www.villagevault.com

Robert Crampton

Tewksbury, MA

December 29, 2011

## SETTLEMENT LETTER

In accordance with Massachusetts General Law Chapter 140  Section 129D  Paragraph 2 :

Be advised that your Items stored since 11/15/2010 - a list of which is enclosed - were consigned to public auction on August 10, 2011 and auctioned on September 24, 2011 and on November 19, 2011.

| | |
|---|---|
| Total Sale Price: | $185.00 |
| Total Number of Cartons: | 3 |
| Storage Fee: (.50 each carton per day) | $489.00 |
| Registration Fees: ($20.00 per gun) | $ 60.00 |
| Auctioneer's Fee: | $ 37.00 |
| Balance Due: | $401.00 |

Any questions regarding this matter should be directed to:

VILLAGE VAULT
7 Belmont Street
Northboro, MA 01532
(508) 898-9100
www.villagevault.com

Fully Licensed          cCopyright 1998  Village Gun Shop, Inc.          Bonded & Insured

**EXHIBIT 3**
COMM2A 00019