UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RUSSELL JARVIS; JAMES JARVIS; ROBERT CRAMPTON; and COMMONWEALTH SECOND AMENDMENT, INC.,<br><br>　　　　　　　　　　　Plaintiffs,<br><br>　　　-against-<br><br>VILLAGE GUN SHOP, INC. d/b/a VILLAGE VAULT; and SECRETARY MARY E. HEFFERNAN, in her Official Capacity as Secretary of the Executive Office of Public Safety and Security,<br><br>　　　　　　　　　　　Defendants. | CIVIL ACTION NO.<br>1:12-cv-40032 |

## DECLARATION OF JAMES JARVIS, JR.

I, James Jarvis, Jr., declare as follows:

1.　I reside in Adams, Massachusetts and am 22 years of age. I am competent to testify on my own behalf.

2.　I am the son of James Jarvis and the grandson of Russell Jarvis, both of whom are Plaintiffs in this action.

3.　I previously lived with my parents in Cheshire, Massachusetts. I moved from Cheshire shortly after my parents separated in July 2010.

4.　I previously owned 3 shotguns, 1 rifles, an air rifle, a .50 caliber "black powder" (or primitive) rifle, and ammunition, which I stored in a locked gun cabinet at my parents' house in Cheshire. Specifically, I stored the following guns and other items:

　　　i.　Ithaca 12 gauge shotgun, model 37, serial no. 857472;

  ii.  Ithaca 12 gauge shotgun, model 37, serial no. 816785-4;

  iii.  Ithaca .410 "gauge" shotgun, model 66, serial no. 98017;

  iv.  Glenfield .22 caliber rifle, model 60, serial no. 24594292;

  v.  Crossman .177 caliber air ("BB") rifle, no serial number ; and

  vi.  Richland .50 caliber black powder (primitive) rifle, serial no. 152267.

5. The air rifle operated on the basis of compressed air, and not on the basis of the explosion or combustion of propellants.

6. The black powder rifle was not capable of firing fixed ammunition.

7. I helped my father James move out of the Cheshire house in July 2010. That evening, Massachusetts State Police came to the Cheshire house and asked to see my father. I told them that he was not there.

8. The Massachusetts State Police officers told me that they were there to take custody of our family's guns. The police said that this was standard procedure and that we would be able to redeem the guns in the future. I showed the locked gun cabinet to the police officers, and they took custody of the guns and ammunition it contained (including my guns set forth above), as well as some accessories.

9. I understand that Village Gun Shop, Inc. d/b/a Village Vault ("Village Vault") later took custody of the guns, ammunition, and other items, and that it ultimately sold the items.

10. I have assigned any and all claims I may have against Village Vault to my grandfather, Plaintiff Russell Jarvis. A copy of the Assignment of Claims is attached.

  I affirm all of the foregoing statements under penalty of perjury under the laws of the United States of America.

Dated: June 13, 2013

_____
James Jarvis, Jr.