## ASSIGNMENT OF CLAIMS

FOR VALUE RECEIVED, James Jarvis, Jr. ("Assignor") hereby sells and transfers to Russell Jarvis ("Assignee") and his successors, assigns and personal representatives, any and all claims, demands, and causes of action of any kind that the Assignor may have against Village Gun Shop, Inc. d/b/a Village Vault arising from the storage and sale of 3 shotguns, 1 rifle, a "BB" gun, a "black powder" rifle, and ammunition that he previously owned in Cheshire, Massachusetts. This storage and sale took place in the years 2010 and 2011.

The Assignee may in his own name and for his own benefit prosecute, collect, settle, compromise, and grant releases on said claim as he in his sole discretion deems advisable.

DATED this _13_ day of June 2013.

_____
James Jarvis, Jr.