UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RUSSELL JARVIS; JAMES JARVIS; ROBERT CRAMPTON; and COMMONWEALTH SECOND AMENDMENT, INC., <br> Plaintiffs <br><br> VS: <br><br> VILLAGE GUN SHOP, INC. d/b/a VILLAGE VAULT; and SECRETARY ANDREA CABRAL, in her Official Capacity As Secretary of the Executive Office of Public Safety and Security, <br> Defendants | CIVIL ACTION NUMBER: <br> 1:12-cv-40032-JLT |

## *ASSENTED TO MOTION TO EXTEND TIME FOR FILING OPPOSITION TO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT*

NOW COMES the Defendants, Village Gun Shop, Inc. d/b/a Village Vault and Secretary Andrea Cabral in her Official Capacity As Secretary of the Executive Office of Public Safety and Security, in the above entitled action and hereby move this Honorable Court to grant an extension of time for the Defendants in this action to file Opposition to the Plaintiffs' Motion for Partial Summary Judgment.

The Plaintiffs' filed said Motion for Summary Judgment on October 14, 2013 which would require Defendants to file Opposition to said Motion by November 4, 2013.

The Defendants' hereby respectfully request this Honorable Court to grant an extension of time for filing all Opposition by the Defendants to September 22, 2013.

In support thereof, the Defendants state that additional information needs to be gathered by said Defendants to finalize their Opposition pleadings. Further, Defendants' counsel, Wayne M. LeBlanc, is away on vacation from November 1, 2013 and returning to the office on November 12, 2013.

In further support thereof, counsel for the Defendants have conferred with counsel for the Plaintiffs who has assented to an extension of time for filing Defendants' Opposition to November 22, 2013.

WHEREFORE, the Defendants move this Honorable Court to grant an extension of time for Defendants filing of Opposition to Plaintiffs' Motion for Partial Summary Judgment to November 22, 2013.

    Respectfully submitted,
VILLAGE GUN SHOP, INC. d/b/a
VILLAGE VAULT,   Defendant
By Its Attorney,

/s/   Wayne M. LeBlanc

Wayne M. LeBlanc, Esquire -   BBO#: 290875
Glickman, Sugarman, Kneeland & Gribouski
11 Harvard Street -  P.O. Box 2917
Worcester, MA  01613-2917
Tel.  (508) 756-6206
Fax:  (508) 831-0443
Dated: November 4, 2013    leblanc@gskandg.com

Respectfully submitted,
VILLAGE GUN SHOP, INC. d/b/a
VILLAGE VAULT,   Defendant
By Its Attorney,

/s/David J. Kneeland

David J. Kneeland, Esquire - BBO#: 275730
Glickman, Sugarman, Kneeland & Gribouski
11 Harvard Street -  P.O. Box 2917
Worcester, MA  01613-2917
Tel.  (508) 756-6206
Fax (508) 831-0443
Dated: November 4, 2013    kneeland@gskandg.com

Respectfully submitted,
SECRETARY ANDREA CABRAL,
in her Official Capacity as Secretary of the
Executive Office of Public Safety and Security,
Defendant
By Its Attorney,

/s/David R. Marks

David R. Marks, Esquire - BBO#:548982
Assistant Attorney General
Office of Attorney General
One Ashburton Place, Room 2019
Boston, MA  02108-1698
Tel.  (617) 963-2362
Fax: (617) 727-5785

Dated: November 4, 2013   david.marks@state.us.ma

**ASSENTED TO:**
Respectfully submitted,
THE PLAINTIFFS,
By their Attorneys

/s/ David D. Jensen

David D. Jensen, Esquire
Admitted *Pro Hac Vice*
DAVID JENSEN  PLLC
111 John Street, Suite 230
New York, New York 10038
Tel. (212) 591-6615
Fax: (917) 591-1318

Dated:  November 4, 2013   david@djensenpllc.com

**ASSENTED TO:**
Respectfully submitted,
THE PLAINTIFFS,
By their Attorneys,

/s/ Patrick M. Groulx

Patrick M. Groulx, Esquire – BBO#: 673394
POLIS LEGAL
P.O. Box 76056
Melrose, Massachusetts  02176
Tel. (978) 549-3124
Fax (617) 500-9955

Dated:  November 4, 2013   pgroulx@polislegal.com