## *CERTIFICATE OF SERVICE*

We hereby certify that a copy of the **ASSENTED TO MOTION TO EXTEND TIME FOR FILING OPPOSITION TO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT** was this day served through the ECF system, which was sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on the 4th day of November, 2013.

Date:  November 4, 2013          /s/ Wayne M. LeBlanc
                                 Wayne M. LeBlanc

Date:  November 4, 2013          /s/ David J. Kneeland
                                 David J. Kneeland