UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RUSSELL JARVIS; JAMES JARVIS; ROBERT CRAMPTON; and COMMONWEALTH SECOND AMENDMENT, INC.,<br>　　　　　　　　　　　　Plaintiffs,<br><br>　　　　-against-<br><br>VILLAGE GUN SHOP, INC. d/b/a VILLAGE VAULT; and SECRETARY ANDREA CABRAL, in her Official Capacity as Secretary of the Executive Office of Public Safety and Security,\*<br>　　　　　　　　　　　　Defendants. | CIVIL ACTION NO.<br>1:12-cv-40032-JLT |

**DEFENDANT SECRETARY ANDREA CABRAL'S ASSENTED-TO EMERGENCY MOTION TO EXTEND THE TIME TO FILE OPPOSITION TO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT**

Now comes the defendant, Secretary Andrea Cabral as she is Secretary of the Executive Office of Public Safety and Security, ("Secretary") and moves this honorable Court to extend the time to respond to the plaintiffs' motion for partial summary judgment, to December 6, 2013, pending the Court's ruling on the Secretary's previously-filed Motion under Fed. R. Civ. P. 56(d) to Defer Response to Plaintiff's Motion for Partial Summary Judgment and for leave to Conduct Limited Discovery Prior to Responding to Plaintiffs' Motion.

In support hereof the Secretary submits the attached Affidavit of David R. Marks and further states that, on November 21, 2013, she filed a motion seeking leave to conduct limited discovery before having to file an opposition to plaintiffs' motion for partial summary judgment. This motion itself took a substantial time to research and draft, and involved consultation with plaintiffs' counsel. The motion was made necessary because a court order precluded any discovery in the case, and none was conducted by the parties. But, in order to respond to the

---

\*Under Fed. R. Civ. P. 25(d), Andrea Cabral, as the successor in office, is substituted as a party.

plaintiffs' motion for summary judgment, and the plaintiffs' factual averments submitted in support of their motion, the Secretary requires the opportunity for some limited discovery. As an example, the Secretary expects that a letter from the Adams, Massachusetts Police Department to the plaintiff James Jarvis, regarding the suspension of his firearms license, will demonstrate that Jarvis actually received notice that G. L. c. 140, § 129D applied to his situation, before his guns were transferred to a storage facility. This letter would tend to undermine Jarvis's factual assertion that he had no notice that his guns would be so transferred. But additional time is needed to obtain admissible evidence of that letter. In the meantime, counsel for the Secretary has been attempting to draft an opposition to plaintiffs' motion for summary judgment, without the benefit of additional factual material. In the face of the press of other business, and while attempting some factual development of the Secretary's case, it has become impossible for counsel to adequately complete an opposition to the plaintiffs' motion.

The plaintiffs' motion raises significant issues concerning the constitutionality of an aspect of the Commonwealth's firearms laws. Allowing the Secretary this additional time to file a comprehensive opposition will permit this Court to make a fully-informed analysis of a complex statutory scheme, in the light of a well-developed factual record. Moreover, it appears that final resolution of the case may very well occur in the context of the summary judgment motion. The plaintiffs will not be prejudiced by this short extension of time. Both plaintiffs' counsel and counsel for the defendant, Village Vault, have assented to this request. Plaintiffs' counsel has also requested additional time to reply to the defendants' opposition to the motion for summary judgment, until December 20, 2013, should this motion be allowed, and has also expressed an intention to file a response to the Secretary's motion of November 21, 2013, on Tuesday, November 26, 2013. For all these reasons, the Secretary requests an extension of time

to December 6, 2013 to submit its opposition to plaintiffs' motion for summary judgment, pending the Court's decision on the Secretary's motion of November 21, 2013.

        Respectfully Submitted,

        MARTHA COAKLEY
        ATTORNEY GENERAL

        For:   SECRETARY ANDREA CABRAL,
              in her Official Capacity as Secretary of the
              Executive Office of Public Safety
              And Security

        _/s/ David R. Marks__
        Assistant Attorney General
        Office of the Attorney General
        BBO No. 548982
        One Ashburton Place, Room 2019
        Boston, MA 02108-1698
        (617) 963-2362
        Facsimile:  (617) 727-5785
        david.marks@state.us.ma

Dated:  November 22, 2013

## CERTIFICATE OF SERVICE

I hereby certify that the above motion was filed through the Electronic Case Filing (ECF) system on date, and thus copies will be sent electronically to the registered participants as identified on the Court's Notice of Electronic Filing (NEF).

        /s/ David R. Marks

Dated:  November 22, 2013        David R. Marks

## CERTIFICATE OF COMPLIANCE WITH L.R. D. MASS 7.1(A)(2).

I, David R. Marks, counsel for the Secretary, certify that I have conferred with plaintiffs' counsel and have attempted in good faith to resolve or narrow the issue presented in this motion.

        /s/ David R. Marks

Dated:  November 22, 2013        David R. Marks