UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| RUSSELL JARVIS; JAMES JARVIS; ROBERT CRAMPTON; and COMMONWEALTH SECOND AMENDMENT, INC., <br> Plaintiffs <br><br> VS: <br><br> VILLAGE GUN SHOP , INC. d/b/a VILLAGE VAULT; and SECRETARY ANDREA CABRAL, in her Official Capacity As Secretary of the Executive Office of Public Safety and Security, <br> Defendants | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | CIVIL ACTION NUMBER: <br> 1:12-cv-40032-JLT |

### _AFFIDAVIT OF DEFENDANT, VILLAGE GUN SHOP, INC. d/b/a VILLAGE VAULT IN OPPOSITION TO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT AGAINST DEFENDANT, VILLAGE GUN SHOP, INC. d/b/a VILLAGE VAULT BY PETER G. DOWD_

I, PETER G. DOWD, depose and state that:

1. I am the President, Treasurer and, Principal of Village Gun Shop, Inc.

2. Village Gun Shop, Inc. does business as Village Vault under a Business Certificate filed with the Town of Northborough, Massachusetts Town Clerk's Office, both of said entities having a primary place of business at 7 Belmont Street, Northborough, Massachusetts 01532.

3. Village Vault is currently and has been for 19 years a federally licensed dealer of firearms, weapons and ammunition.

4. Village Vault is currently and has been for 19 years a Commonwealth of Massachusetts licensed dealer of firearms, weapons and ammunition.

5. Defendant, Village Gun Shop, Inc. has been a corporation since June 1, 1994 and has been and is primarily involved in the sales, purchase, storage, processing and transfer of firearms, weapons and ammunition in the Commonwealth of Massachusetts and to and from other states in the United States.

6.  I, on behalf of Defendant, Village Gun Shop, Inc. d/b/a Village Vault (hereinafter referred to as "Village Vault"), am the person with the most knowledge relating to matters associated with Plaintiffs, Russell Jarvis, James Jarvis and Robert Crampton.

7.  I am the Keeper of Records of Village Vault.

8.  Village Vault has been in continuous operation since its inception in approximately 1998.

9.  Village Vault receives firearms and stores firearms pursuant to Massachusetts General Laws, Chapter 140, Section 129D (hereinafter referred to as the "Statute"). A copy of which is attached hereto and made a part hereof as Exhibit "A".

10.  Under the Statue, Village Vault is a bonded firearms storage facility.

11.  On or about August 11, 2011, Village Vault received notice from the Commonwealth of Massachusetts State Police Department to pick up firearms pursuant to the Statute.

12.  On or about August 11, 2010, firearms were obtained from the State Police Department of the Commonwealth of Massachusetts and inventoried. Village Vault was informed by the State Police Department that these firearms were the firearms of Plaintiff, James Jarvis.

13.  On or about August 11, 2010, Village Vault mailed by certified mail, return receipt requested, a Notice, together with an 8 page Inventory to Plaintiff, James Jarvis, at 6 David Street, Adams, Massachusetts 01220, notifying said Plaintiff that the firearms were being stored at the Village Vault principal place of business at 7 Belmont Street, Northborough, Massachusetts indicating as well the storage terms, payment and options, a copy of which is attached hereto and made a part hereof as Exhibit "B".

14.  The Plaintiff, James Jarvis, received monthly statements from Village Vault indicating the fees and costs, on a monthly basis, as outlined under the Storage Terms set forth in Exhibit "B". A summary of these monthly statements/invoices were provided to Plaintiff, James Jarvis, by a statement dated August 30, 2011, a copy of which is attached hereto and made a part hereof as Exhibit "C".

15.  As a result of Plaintiff, James Jarvis, failure to make payment of said invoices or have his firearms transferred, on or about January 13, 2011, a Notice of Default was mailed to him, certified mail, return receipt requested, pursuant to Paragraph 2 of the Statute, together with the inventory of his firearms and further notifying him that said firearms would be sold at public auction if the fees and expenses were not paid in full by a specific date. A copy of this Notice is attached hereto and made a part hereof as Exhibit "D".

16. On or about October 31, 2011, Village Vault sent a Settlement Letter to Plaintiff, James Jarvis, pursuant to Paragraph 2 of the Statue informing said Plaintiff of the results of a public auction of the firearms stored with Village Vault, including the dates of the auctions, the net proceeds received from the auctions and the application of the proceeds to the outstanding invoices of said Defendant with Village Vault. A copy of the Settlement Letter is attached hereto and made a part hereof as Exhibit "E".

17. On or about November 15, 2010, firearms were obtained from the Town of Tewksbury Massachusetts Police Department and inventoried. Village Vault was informed by the Tewksbury Police that these firearms were the firearms of Plaintiff, Robert Crampton.

18. On or about November 15, 2010, Village Vault mailed by certified mail, return receipt requested, a Notice, together with a 1 page Inventory to Plaintiff, Robert Crampton at 93 Faire Way Drive, Tewksbury, Massachusetts 01876, notifying said Plaintiff that the firearms were being stored at the Village Vault principal place of business at 7 Belmont Street, Northborough, Massachusetts indicating as well the storage terms, payment and options, a copy of which is attached hereto and made a part hereof as Exhibit "F".

19. The Plaintiff, Robert Crampton, received monthly statements from Village Vault indicating the fees and costs, on a monthly basis, as outlined under the Storage Terms set forth in Exhibit "F".

20. As a result of Plaintiff, Robert Crampton, failure to make payment of said invoices or have his firearms transferred, on or about May 12, 2011, a Notice of Default was mailed to him, certified mail, return receipt requested, pursuant to Paragraph 2 of the Statute, together with the inventory of his firearms and further notifying him that said firearms would be sold at public auction if the fees and expenses were not paid in full by a specific date. A copy of this Notice is attached hereto and made a part hereof as Exhibit "G".

21. On or about December 29, 2011, Village Vault sent a Settlement Letter to Plaintiff, Robert Crampton, pursuant to Paragraph 2 of the Statue informing said Plaintiff of the results of a public auction of the firearms stored with Village Vault, including the dates of the auctions, the net proceeds received from the auctions and the application of the proceeds to the outstanding invoices of said Defendant with Village Vault. A copy of the Settlement Letter is attached hereto and made a part hereof as Exhibit "H".

22. Village Vault is a federally licensed dealer in firearms, weapons and ammunition pursuant to the Statue. A copy of the federal license of said Defendant is attached hereto and made a part hereof as Exhibit "I".

23. Village Vault is a state licensed dealer in firearms, weapons and ammunition pursuant to the Statue.  A copy of the state license of said Defendant is attached hereto and made a part hereof as Exhibit "J-1" and "J-2".

24. Village Vault operates a bonded warehouse pursuant to the Statue.  A copy of the Bond issued to said Defendant and submitted to the Commonwealth of Massachusetts is attached hereto and made a part hereof as Exhibit "K".

25. The information contained in this Affidavit and Exhibits hereof are based upon my personal knowledge, information and belief.


     SIGNED AND AFFIRMED UNDER THE PAINS AND PENALTIES OF PERJURY
THIS 22nd DAY OF NOVEMBER, 2013.

                                   _____
                                   Peter G. Dowd, President and Treasurer
                                   Village Gun Shop, Inc.


                    COMMONWEALTH OF MASSACHUSETTS

Worcester, ss                                   November  22, 2013

     On this 22nd  day of  November, 2013, before me, the undersigned notary
public, personally appeared  PETER G. DOWD,  President and Treasurer-Village Gun Shop,
Inc., proved to me through satisfactory evidence of identification, which was a Massachusetts
Driver's License, to be the person whose name is signed on the preceding or attached document,
and who swore or affirmed to me that the contents of the document are truthful and accurate to
the best of his knowledge and belief.

                                   _____
                                   NOTARY PUBLIC:   Wayne M. LeBlanc
                                   My Commission expires:  2/27/2015



Print

**PART I** ADMINISTRATION OF THE GOVERNMENT
(Chapters 1 through 182)

**TITLE XX** PUBLIC SAFETY AND GOOD ORDER

**CHAPTER 140** LICENSES

**Section 129D** Surrender of firearms and ammunition to licensing authority upon denial of application for, or revocation of, identification card or license; right to transfer; sale by colonel of state police; rules and regulations

Section 129D. Upon revocation, suspension or denial of an application for a firearm identification card pursuant to the conditions of section one hundred and twenty-nine B, or of any firearms license if said firearms identification card is not then in force or of any machine gun license, the person whose application was so revoked, suspended or denied shall without delay deliver or surrender, to the licensing authority where he resides, all firearms, rifles, shotguns and machine guns and ammunition which he then possesses unless an appeal is pending. Such person, or his legal representative, shall have the right, at any time up to one year after said delivery or surrender, to transfer such firearms, rifles, shotguns and machine guns and ammunition to any licensed dealer or any other person legally permitted to purchase or take possession of such firearms, rifles, shotguns and machine guns and ammunition and upon notification in writing by the purchaser or transferee and the former owner, the licensing authority shall within ten days deliver such firearms, rifles, shotguns and machine guns and ammunition to the transferee or purchaser and due care shall be observed by the licensing authority in the receipt and holding of any such firearm, rifle, shotgun or machine gun and ammunition.

The licensing authority, after taking possession of any firearm, rifle, shotgun, machine gun or ammunition by any means, may transfer possession of such weapon for storage purposes to a federally and state licensed dealer of such weapons and ammunition who operates a bonded warehouse on the licensed premises that is equipped with a safe for the secure storage of firearms and a weapon box or similar container for the secure storage of other weapons and ammunition; provided, however, that the licensing authority shall not transfer to such dealer possession of any weapon that is or may be evidence in any current or pending criminal case concerning a violation of any general or special law, rule or regulation governing the use, possession or ownership of such weapon. Any such dealer that takes possession of a weapon under the provisions of this section shall: (i) inspect such weapon; (ii) issue to the owner a receipt indicating the make, model, caliber, serial number and condition of each weapon so received; and (iii) store and maintain all weapons so received in accordance with such regulations, rules or guidelines as the secretary of the executive office of public safety may establish under this section. The owner shall be liable to such dealer for

reasonable storage charges and may dispose of any such weapon as provided under this section by transfer to a person lawfully permitted to purchase or take possession of such weapon.

Firearms, rifles, shotguns or machine guns and ammunition not disposed of after delivery or surrender according to the provisions of this section shall be sold at public auction by the colonel of the state police to the highest bidding person legally permitted to purchase and possess said firearms, rifles, shotguns or machine guns and ammunition and the proceeds shall be remitted to the state treasurer. Any such weapon that is stored and maintained by a licensed dealer as provided under this section may be so auctioned at the direction of: (i) the licensing authority at the expiration of one year following initial surrender or delivery to such licensing authority; or (ii) the dealer then in possession, if the storage charges for such weapon have been in arrears for 90 days; provided, however, that in either case, title shall pass to the licensed dealer for the purpose of transferring ownership to the auctioneer; and provided further, that in either case, after deduction and payment for storage charges and all necessary costs associated with such surrender and transfer, all surplus proceeds, if any, shall be immediately returned to the owner of such weapon.

The secretary of the executive office of public safety may make and promulgate such rules and regulations as are necessary to carry out the provisions of this section.



**VILLAGE VAULT**

EXHIBIT

**B**

7 Belmont Street        Northboro, MA 01532
Phone (508) 898-9100 ♦ Fax (508) 898-3835
www.villagevault.com

JAMES JARVIS
6 DAVIS ST
ADAMS, MA 01220

8/11/2010

Your firearms are being stored in a bonded warehouse located at 7 Belmont
Street, Northboro, MA 01532.
A formal inventory including the make, model, serial number and the condition of
each firearm and accessories is enclosed.

### Storage Terms

1. 50 cents per item per day -  Storage fee payable in full
   every 30 days.
2. Handling fee - $15.00 per item
3. Registration fee - $20.00 per gun to any valid firearms
   licensee
4. Administration fee - $45.00
5. Firearms may be sold at auction in order to satisfy unpaid
   administrative, storage and transfer fees.

### Payment

Firearms will not be released until all unpaid administrative, storage and transfer
fees are paid in full.  No personal checks accepted.

### Options

*You may at **ANY TIME** transfer or sell your firearms to a firearms
 dealer or a properly licensed individual.
*If your firearms license has been suspended and has been
 **REINSTATED** you may redeem your firearms with  (1) your valid
 firearms license and (2) a confirmation letter from **BOTH** the
 court and your local Police Chief.

Requests for appointments and consultation regarding the above matter may be
made in writing or by telephone.

Fully Licensed        cCopyright 1998  Village Gun Shop, Inc.        Bonded & Insured



**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

JAMES JARVIS
6 DAVIS ST
ADAMS, MA 01220

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Lucas Jarvis_   ☐ Agent   ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
8-18-10

D. Is delivery address different from Item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)

7010 0780 0001 4646 5218

PS Form 3811, February 2004          Domestic Return Receipt          102595-02-M-1540

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | 1.22 |
| Certified Fee | | 2.80 |
| Return Receipt Fee (Endorsement Required) | | 2.30 |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | 6.32 |

Postmark Here

Sent To
JAMES JARVIS
Street, Apt. No.; 6 DAVIS ST
or PO Box No.
City, State, ZIP+4   ADAMS, MA 01220

7010 0780 0001 4646 5218

PS Form 3800, August 2006          See Reverse for Instructions

# VILLAGE VAULT



7 Belmont Street      Northboro, MA 01532
Phone (508) 898-9100 ♦ Fax (508) 898-3835

| Receipt No: | | Date: |
|---|---|---|
| **4300** | **Page 1 of 8** | **8/11/2010** |

## >WE DO NOT TAKE EVIDENCE GUNS.<

**Police Department:**
STATE POLICE CHESHIRE
1141 NORTH STATE ROAD
CHESHIRE                    MA   01225
**Witness:**
TPR. CANATA

**Owner:**
JAMES          JARVIS
6 DAVIS ST
ADAMS                        MA   01220

| Long Guns: | Handguns: | Total Items: |
|---|---|---|
| 28 | 4 | 34 |

| No. | L. | H. | Make: | Model: | | Cal. | SN. | |
|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 0 | ITHACA | 37 | | 12 | | 144495 |
| **BBL:** | | | | **Stock L.** | | **Stock R.** | | |
| | POOR | | | GOOD | | | GOOD | |
| **Forearm:** | | | | **Receiver:** | | **Accessories:** | | |
| | GOOD | | | POOR | | | | |

| No. | L. | H. | Make: | Model: | | Cal. | SN. | |
|---|---|---|---|---|---|---|---|---|
| 2 | 1 | 0 | ITHACA | 37 | | 12 | | 857472 |
| **BBL:** | | | | **Stock L.** | | **Stock R.** | | |
| | POOR | | | GOOD | | | GOOD | |
| **Forearm:** | | | | **Receiver:** | | **Accessories:** | | |
| | GOOD | | | POOR | | | | |

| No. | L. | H. | Make: | Model: | | Cal. | SN. | |
|---|---|---|---|---|---|---|---|---|
| 3 | 1 | 0 | DAVIS | DOUBLE | | 12 | | B6820 |
| **BBL:** | | | | **Stock L.** | | **Stock R.** | | |
| | POOR | | | GOOD MISS. BUTT PLATE | | | POOR | |
| **Forearm:** | | | | **Receiver:** | | **Accessories:** | | |
| | MISSING | | | FAIR | | | | |

Fully Licensed        cCopyright 1998  Village Gun Shop, Inc.        Bonded  and  Insured

**Receipt No:** 4300   **Page 2 of 8**   **Date:** 8/11/2010

| No. | L. | H. | Make: | Model: | Cal. | SN. |
|---|---|---|---|---|---|---|
| 4 | 1 | 0 | MOSSBERG | 185D | 20 | NONE |

| BBL: | Stock L. | Stock R. |
|---|---|---|
| POOR | GOOD | GOOD |

| Forearm: | Receiver: | Accessories: |
|---|---|---|
| GOOD | GOOD | MISSING MAG |

| No. | L. | H. | Make: | Model: | Cal. | SN. |
|---|---|---|---|---|---|---|
| 5 | 1 | 0 | STEVENS | VISLOAD | 22 | E449 |

| BBL: | Stock L. | Stock R. |
|---|---|---|
| POOR | DENTS | SCRATCHES |

| Forearm: | Receiver: | Accessories: |
|---|---|---|
| GOOD | POOR | |

| No. | L. | H. | Make: | Model: | Cal. | SN. |
|---|---|---|---|---|---|---|
| 6 | 1 | 0 | WINCHESTER | 275 | 22MAG | 113253 |

| BBL: | Stock L. | Stock R. |
|---|---|---|
| GOOD | SCRATCHES | SCRATCHES |

| Forearm: | Receiver: | Accessories: |
|---|---|---|
| DENTS | GOOD | |

| No. | L. | H. | Make: | Model: | Cal. | SN. |
|---|---|---|---|---|---|---|
| 7 | 1 | 0 | IVER JOHNSON | SS | 20 | IHRX |

| BBL: | Stock L. | Stock R. |
|---|---|---|
| POOR | SCRATCHES | SCRATCHES |

| Forearm: | Receiver: | Accessories: |
|---|---|---|
| GOOD | POOR | |

| No. | L. | H. | Make: | Model: | Cal. | SN. |
|---|---|---|---|---|---|---|
| 8 | 1 | 0 | NAGANT | 1915 | 762X54R | 15926 |

| BBL: | Stock L. | Stock R. |
|---|---|---|
| FAIR | SCRATCHES | SCRATCHES |

| Forearm: | Receiver: | Accessories: |
|---|---|---|
| GOOD | POOR | |

Fully Licensed       cCopyright 1998  Village Gun Shop, Inc.       Bonded  and  Insured

Receipt No: **4300**          **Page 3 of 8**          Date: **8/11/2010**

| No. | L. | H. | Make: | Model: | Cal. | SN. |
|-----|----|----|-------|--------|------|-----|
| 9 | 1 | 0 | HIGGINS | 20 | 12 | NONE |

| BBL: | Stock L. | Stock R. |
|------|----------|----------|
| FAIR | SCRATCHES | GOOD |

| Forearm: | Receiver: | Accessories: |
|----------|-----------|--------------|
| GOOD | BLEMISHES | |

| No. | L. | H. | Make: | Model: | Cal. | SN. |
|-----|----|----|-------|--------|------|-----|
| 10 | 1 | 0 | STEVENS | 87D | 22 | NONE |

| BBL: | Stock L. | Stock R. |
|------|----------|----------|
| GOOD | SCRATCHES | SCRATCHES |

| Forearm: | Receiver: | Accessories: |
|----------|-----------|--------------|
| WORN | GOOD | |

| No. | L. | H. | Make: | Model: | Cal. | SN. |
|-----|----|----|-------|--------|------|-----|
| 11 | 1 | 0 | DAVENPORT | 1855 | 12 | 8 |

| BBL: | Stock L. | Stock R. |
|------|----------|----------|
| FAIR | GOOD | GOOD |

| Forearm: | Receiver: | Accessories: |
|----------|-----------|--------------|
| WORN | POOR | |

| No. | L. | H. | Make: | Model: | Cal. | SN. |
|-----|----|----|-------|--------|------|-----|
| 12 | 1 | 0 | ITHACA | 37 | 16 | 559187-4 |

| BBL: | Stock L. | Stock R. |
|------|----------|----------|
| FAIR | SCRATCHES | DENTS |

| Forearm: | Receiver: | Accessories: |
|----------|-----------|--------------|
| GOOD | FAIR | |

| No. | L. | H. | Make: | Model: | Cal. | SN. |
|-----|----|----|-------|--------|------|-----|
| 13 | 1 | 0 | MOSSBERG | 642K | 22MAG | NONE |

| BBL: | Stock L. | Stock R. |
|------|----------|----------|
| GOOD | WORN | SCRATCHES |

| Forearm: | Receiver: | Accessories: |
|----------|-----------|--------------|
| GOOD | GOOD | MISSING MAG |

Fully Licensed          cCopyright 1998  Village Gun Shop, Inc.          Bonded and Insured

| Receipt No: | Page 4 of 8 | Date: |
|---|---|---|
| **4300** | | **8/11/2010** |

| No. | L. | H. | Make: | Model: | Cal. | SN. |
|---|---|---|---|---|---|---|
| 14 | 1 | 0 | ENFIELD | SPORTER | 303 | AX16827 |

| BBL: | Stock L. | Stock R. |
|---|---|---|
| GOOD | GOOD | GOOD |

| Forearm: | Receiver: | Accessories: |
|---|---|---|
| DENTS | GOOD | |

| No. | L. | H. | Make: | Model: | Cal. | SN. |
|---|---|---|---|---|---|---|
| 15 | 1 | 0 | ITHACA | 37 | 12 | 816785-4 |

| BBL: | Stock L. | Stock R. |
|---|---|---|
| GOOD | SCRATCHES | SCRATCHES |

| Forearm: | Receiver: | Accessories: |
|---|---|---|
| GOOD | GOOD | |

| No. | L. | H. | Make: | Model: | Cal. | SN. |
|---|---|---|---|---|---|---|
| 16 | 1 | 0 | WINCHESTER | 94 | 32 | 3244086 |

| BBL: | Stock L. | Stock R. |
|---|---|---|
| GOOD | GOOD | BLEMISHES |

| Forearm: | Receiver: | Accessories: |
|---|---|---|
| GOOD | WORN | |

| No. | L. | H. | Make: | Model: | Cal. | SN. |
|---|---|---|---|---|---|---|
| 17 | 1 | 0 | ITHACA | M66 | 410 | 98017 |

| BBL: | Stock L. | Stock R. |
|---|---|---|
| GOOD | GOOD | GOOD |

| Forearm: | Receiver: | Accessories: |
|---|---|---|
| GOOD | WORN | |

| No. | L. | H. | Make: | Model: | Cal. | SN. |
|---|---|---|---|---|---|---|
| 18 | 1 | 0 | STEVENS | 58C | 410 | A362181 |

| BBL: | Stock L. | Stock R. |
|---|---|---|
| MUZZLE WEAR | BLEMISHES | GOOD |

| Forearm: | Receiver: | Accessories: |
|---|---|---|
| BLEMISHES | GOOD | MISSING MAG |

| Receipt No: | | Date: |
|---|---|---|
| **4300** | **Page 5 of 8** | **8/11/2010** |

| No. | L. | H. | Make: | Model: | | Cal. | SN. | |
|---|---|---|---|---|---|---|---|---|
| 19 | 1 | 0 | REMINGTON | 572 | | 22 | | NONE |
| **BBL:** | | | | **Stock L.** | | **Stock R.** | | |
| PARTS | | | | DENTS | | SCRATCHES | | |
| **Forearm:** | | | **Receiver:** | | **Accessories:** | | | |
| MISSING | | | PARTS PORE | | | | | |

| No. | L. | H. | Make: | Model: | | Cal. | SN. | |
|---|---|---|---|---|---|---|---|---|
| 20 | 1 | 0 | ITHACA | 37 | | 12 | | 371312735 |
| **BBL:** | | | | **Stock L.** | | **Stock R.** | | |
| CUT POOR | | | | SCRATCHES | | GOOD | | |
| **Forearm:** | | | **Receiver:** | | **Accessories:** | | | |
| GOOD | | | POOR NO FINISH | | SCOPE | | | |

| No. | L. | H. | Make: | Model: | | Cal. | SN. | |
|---|---|---|---|---|---|---|---|---|
| 21 | 1 | 0 | WINCHESTER | 1300 | | 12 | | L3559300 |
| **BBL:** | | | | **Stock L.** | | **Stock R.** | | |
| GOOD | | | | GOOD | | GOOD | | |
| **Forearm:** | | | **Receiver:** | | **Accessories:** | | | |
| GOOD | | | GOOD | | SCOPE, HARD CASE | | | |

| No. | L. | H. | Make: | Model: | | Cal. | SN. | |
|---|---|---|---|---|---|---|---|---|
| 22 | 0 | 1 | COLT | BOUNTLINE SCOUT | | 22 | | 131382F |
| **BBL:** | | | | **Stock L.** | | **Stock R.** | | |
| BLEMISHES | | | | GOOD | | GOOD | | |
| **Forearm:** | | | **Receiver:** | | **Accessories:** | | | |
| | | | WORN | | HOLSTER | | | |

| No. | L. | H. | Make: | Model: | | Cal. | SN. | |
|---|---|---|---|---|---|---|---|---|
| 23 | 0 | 1 | IVER JOHNSON | TB | | 38 | | NONE |
| **BBL:** | | | | **Stock L.** | | **Stock R.** | | |
| WORN | | | | GOOD | | GOOD | | |
| **Forearm:** | | | **Receiver:** | | **Accessories:** | | | |
| | | | BLEMISHES | | | | | |

Fully Licensed     cCopyright 1998  Village Gun Shop, Inc.     Bonded  and  Insured

| Receipt No: | Page 6 of 8 | Date: |
| --- | --- | --- |
| 4300 | | 8/11/2010 |

| No. | L. | H. | Make: | | Model: | | Cal. | SN. | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 24 | 0 | 1 | PHONIX | | HP22 | | 22 | | 4099923 |
| BBL: | | | | | Stock L. | | Stock R. | | |
| MUZZLE WEAR | | | | | GOOD | | | GOOD | |
| Forearm: | | | | Receiver: | | Accessories: | | | |
| GOOD | | | | GOOD | | | | | |

| No. | L. | H. | Make: | | Model: | | Cal. | SN. | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 25 | 1 | 0 | RICHLAND | | PERC | | 50 | | 152267 |
| BBL: | | | | | Stock L. | | Stock R. | | |
| HEAVY RUST | | | | | GOOD | | | GOOD | |
| Forearm: | | | | Receiver: | | Accessories: | | | |
| GOOD | | | | GOOD | | | | | |

| No. | L. | H. | Make: | | Model: | | Cal. | SN. | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 26 | 1 | 0 | H&R | | HUNTSMAN | | 12 | | AS244122 |
| BBL: | | | | | Stock L. | | Stock R. | | |
| GOOD | | | | | SCRATCHES | | | BLEMISHES | |
| Forearm: | | | | Receiver: | | Accessories: | | | |
| SCRATCHES | | | | GOOD | | | | | |

| No. | L. | H. | Make: | | Model: | | Cal. | SN. | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 27 | 1 | 0 | CEOSSMAN | | 760 | | BB | | |
| BBL: | | | | | Stock L. | | Stock R. | | |
| HEAVY RUST | | | | | GOOD | | | CRACKED | |
| Forearm: | | | | Receiver: | | Accessories: | | | |
| | | | | POOR | | | | | |

| No. | L. | H. | Make: | | Model: | | Cal. | SN. | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 28 | 0 | 1 | SHERIDEN | | BLUE STREAK | | 5MM | | |
| BBL: | | | | | Stock L. | | Stock R. | | |
| WORN | | | | | GOOD | | | GOOD | |
| Forearm: | | | | Receiver: | | Accessories: | | | |
| LOOSE | | | | GOOD | | | | | |

| Receipt No: | Page 7 of 8 | Date: |
|---|---|---|
| 4300 | | 8/11/2010 |

| No. | L. | H. | Make: | Model: | Cal. | SN. |
|---|---|---|---|---|---|---|
| 29 | 1 | 0 | STEVENS | MARKSMAN | 22 | 78932 |

| BBL: | Stock L. | Stock R. |
|---|---|---|
| POOR | WORN | WORN |

| Forearm: | Receiver: | Accessories: |
|---|---|---|
| MISSING | PARTS ONLY | |

| No. | L. | H. | Make: | Model: | Cal. | SN. |
|---|---|---|---|---|---|---|
| 30 | 1 | 0 | THOMPSON CENTER | BLACK POWDER | 50 | 59835,64854,110793 |

| BBL: | Stock L. | Stock R. |
|---|---|---|
| (3) | | |

| Forearm: | Receiver: | Accessories: |
|---|---|---|
| | | |

| No. | L. | H. | Make: | Model: | Cal. | SN. |
|---|---|---|---|---|---|---|
| 31 | 1 | 0 | THOMPSON CENTER | PER. | 50 | |

| BBL: | Stock L. | Stock R. |
|---|---|---|
| | 2 STOCKS | 2 STOCKS |

| Forearm: | Receiver: | Accessories: |
|---|---|---|
| | | |

| No. | L. | H. | Make: | Model: | Cal. | SN. |
|---|---|---|---|---|---|---|
| 32 | 0 | 0 | | | | |

| BBL: | Stock L. | Stock R. |
|---|---|---|
| | | |

| Forearm: | Receiver: | Accessories: |
|---|---|---|
| | | AMMO CAN ASSORT SHOTGUN AMMO |

| No. | L. | H. | Make: | Model: | Cal. | SN. |
|---|---|---|---|---|---|---|
| 33 | 0 | 0 | | | | |

| BBL: | Stock L. | Stock R. |
|---|---|---|
| | | |

| Forearm: | Receiver: | Accessories: |
|---|---|---|
| | | ORT SHOTGUN, CENTERFIFE AMMO,LOCKS, |

| Receipt No: | Page 8 of 8 | Date: |
| --- | --- | --- |
| 4300 | | 8/11/2010 |

| No. | L. | H. | Make: | | Model: | | Cal. | SN. | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 34 | 1 | 0 | GLENFIELD | | 60 | | 22 | | 24594292 |
| BBL: | | | | | Stock L. | | Stock R. | | |
| | SCRATCHES | | | | DENTS | | | SCRATCHES | |
| Forearm: | | | | Receiver: | | Accessories: | | | |
| | DENTS | | | | SCRATCHES | | | | |

Village Vault
7 Belmont Street
Northboro, MA 01532





**VILLAGE VAULT**

Phone (508) 898-9100   Fax (508) 898-3835
www.villagevault.com

**To:**

James Jarvis
6 Davis St.
Adams, MA 01220

# Statement

| DATE |
|------|
| 8/30/2011 |

| DATE | AMOUNT | BALANCE | TRANSACTION |
|------|--------|---------|-------------|
| 09/10/2010 | | 0.00 | Balance forward |
| 09/11/2010 | 1,065.00 | 1,065.00 | INV #18658. Due 09/11/2010. |
| | | | --- Storage Fee, 34 @ $15.00 = 510.00 |
| | | | --- Admin. Fee $45.00 |
| | | | --- Handling, 34 @ $15.00 = 510.00 |
| 10/11/2010 | 510.00 | 1,575.00 | INV #18765. Due 10/11/2010. |
| | | | --- Storage Fee, 34 @ $15.00 = 510.00 |
| 11/11/2010 | 510.00 | 2,085.00 | INV #18919. Due 11/11/2010. |
| | | | --- Storage Fee, 34 @ $15.00 = 510.00 |
| 12/11/2010 | 510.00 | 2,595.00 | INV #19052. Due 12/11/2010. |
| | | | --- Storage Fee, 34 @ $15.00 = 510.00 |
| 01/11/2011 | 510.00 | 3,105.00 | INV #19191. Due 01/11/2011. |
| | | | --- Storage Fee, 34 @ $15.00 = 510.00 |
| 02/11/2011 | 510.00 | 3,615.00 | INV #19342. Due 02/11/2011. |
| | | | --- Storage Fee, 34 @ $15.00 = 510.00 |
| 03/11/2011 | 510.00 | 4,125.00 | INV #19481. Due 03/11/2011. |
| | | | --- Storage Fee, 34 @ $15.00 = 510.00 |
| 04/05/2011 | 425.00 | 4,550.00 | INV #19615. Due 04/11/2011. |
| | | | --- Storage Fee $425.00 |
| 07/26/2011 | 1,028.75 | 5,578.75 | INV #20139. Due 07/26/2011. |
| | | | --- Registration Fee, 34 @ $20.00 = 680.00 |
| | | | --- Auction Fee $348.75 |
| 07/26/2011 | -2,325.00 | 3,253.75 | PMT |
| 08/30/2011 | 55.50 | 3,309.25 | INV #20324. Due 08/30/2011. |
| | | | --- Auction Fee $55.50 |
| 08/30/2011 | -370.00 | 2,939.25 | PMT |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | AMOUNT DUE |
|---------|--------------------|--------------------|--------------------|-----------------------|------------|
| 55.50 | 0.00 | 1,028.75 | 0.00 | 1,855.00 | $2,939.25 |

Fully Licensed        cCopyright 1998  Village Gun Shop, Inc.        Bonded & Insured

# VILLAGE VAULT



**EXHIBIT**
**D**

7 Belmont Street  Northboro, MA 01532
Phone (508) 898-9100 ◆ Fax (508) 898-3835
www.villagevault.com

James Jarvis
6 Davis St.
Adams, MA 01220

January 13, 2011

In accordance with Massachusetts General Law Chapter 140 Section 129D Paragraph 2:

Be advised that you are **IN DEFAULT** of payment of $3,105.00  for firearms storage.

That Lot - a list of which is enclosed - shall be consigned to public auction unless the storage fees are paid in full **ON** or **BEFORE**  February 3, 2011.

### *PLEASE READ CAREFULLY*

Storage, administration, handling and transfer fees as well as auctioneer's fees will be deducted from the proceeds and the balance, if any, will be mailed to you.

Any questions regarding this matter should be directed to:

VILLAGE VAULT
7 Belmont Street
Northboro, MA 01532
(508) 898-9100
www.villagevault.com

**U.S. Postal Service™**

**CERTIFIED MAIL™ RECEIPT**

*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ 1.41 |
| Certified Fee | 2.80 |
| Return Receipt Fee (Endorsement Required) | 2.30 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 5.81 |

Postmark Here   NM

Sent To    James Jarvis

Street, 6 Davis St.
or PO Box

City, State, Adams, MA 01220

PS Form

7009 0820 0001 4375 9557

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

James Jarvis
6 Davis St.
Adams, MA 01220

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____  ☐ Agent
                    ☐ Addressee

B. Received by ( Printed Name )    C. Date of Delivery
James Jarvis                      1-18-11

D. Is delivery address different from Item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   *(Transfer from service label)*
   7009 0820 0001 4375 9557

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

# VILLAGE VAULT



7 Belmont Street        Northboro, MA 01532

Phone (508) 898-9100 ♦ Fax (508) 898-3835

| Receipt No: | | Date: |
|---|---|---|
| 4300 | Page 1 of 8 | 8/11/2010 |

### >WE DO NOT TAKE EVIDENCE GUNS.<

| Police Department: | Owner: | | |
|---|---|---|---|
| STATE POLICE CHESHIRE | JAMES | JARVIS | |
| 1141 NORTH STATE ROAD | 6 DAVIS ST | | |
| CHESHIRE            MA   01225 | ADAMS | | MA   01220 |
| Witness: | Long Guns: | Handguns: | Total Items: |
| TPR. CANATA | 28 | 4 | 34 |

| No. | L. | H. | Make: | Model: | Cal. | SN. |
|---|---|---|---|---|---|---|
| 1 | 1 | 0 | ITHACA | 37 | 12 | 144495 |
| BBL: | | | | Stock L. | Stock R. | |
| POOR | | | | GOOD | GOOD | |
| Forearm: | | Receiver: | | Accessories: | | |
| GOOD | | POOR | | | | |

| No. | L. | H. | Make: | Model: | Cal. | SN. |
|---|---|---|---|---|---|---|
| 2 | 1 | 0 | ITHACA | 37 | 12 | 857472 |
| BBL: | | | | Stock L. | Stock R. | |
| POOR | | | | GOOD | GOOD | |
| Forearm: | | Receiver: | | Accessories: | | |
| GOOD | | POOR | | | | |

| No. | L. | H. | Make: | Model: | Cal. | SN. |
|---|---|---|---|---|---|---|
| 3 | 1 | 0 | DAVIS | DOUBLE | 12 | B6820 |
| BBL: | | | | Stock L | Stock R. | |
| POOR | | | | GOOD MISS. BUTT PLATE | POOR | |
| Forearm: | | Receiver: | | Accessories: | | |
| MISSING | | FAIR | | | | |

Fully Licensed        cCopyright 1998  Village Gun Shop, Inc.        Bonded  and  Insured

| Receipt No: | Page 2 of 8 | Date: |
|---|---|---|
| 4300 | | 8/11/2010 |

| No. | L. | H. | Make: | | Model: | | Cal. | | SN. | |
|---|---|---|---|---|---|---|---|---|---|---|
| 4 | 1 | 0 | MOSSBERG | | 185D | | 20 | | | NONE |
| **BBL:** | | | POOR | | **Stock L.** GOOD | | **Stock R.** | | GOOD | |
| **Forearm:** | GOOD | | | **Receiver:** GOOD | | **Accessories:** | MISSING MAG | | | |

| No. | L. | H. | Make: | | Model: | | Cal. | | SN. | |
|---|---|---|---|---|---|---|---|---|---|---|
| 5 | 1 | 0 | STEVENS | | VISLOAD | | 22 | | | E449 |
| **BBL:** | | | POOR | | **Stock L.** DENTS | | **Stock R.** | | SCRATCHES | |
| **Forearm:** | GOOD | | | **Receiver:** POOR | | **Accessories:** | | | | |

| No. | L. | H. | Make: | | Model: | | Cal. | | SN. | |
|---|---|---|---|---|---|---|---|---|---|---|
| 6 | 1 | 0 | WINCHESTER | | 275 | | 22MAG | | | 113253 |
| **BBL:** | | | GOOD | | **Stock L.** SCRATCHES | | **Stock R.** | | SCRATCHES | |
| **Forearm:** | DENTS | | | **Receiver:** GOOD | | **Accessories:** | | | | |

| No. | L. | H. | Make: | | Model: | | Cal. | | SN. | |
|---|---|---|---|---|---|---|---|---|---|---|
| 7 | 1 | 0 | IVER JOHNSON | | SS | | 20 | | | IHRX |
| **BBL:** | | | POOR | | **Stock L.** SCRATCHES | | **Stock R.** | | SCRATCHES | |
| **Forearm:** | GOOD | | | **Receiver:** POOR | | **Accessories:** | | | | |

| No. | L. | H. | Make: | | Model: | | Cal. | | SN. | |
|---|---|---|---|---|---|---|---|---|---|---|
| 8 | 1 | 0 | NAGANT | | 1915 | | 762X54R | | | 15926 |
| **BBL:** | | | FAIR | | **Stock L.** SCRATCHES | | **Stock R.** | | SCRATCHES | |
| **Forearm:** | GOOD | | | **Receiver:** POOR | | **Accessories:** | | | | |

Receipt No: **4300**   **Page 3 of 8**   Date: **8/11/2010**

| No. | L. | H. | Make: | Model: | Cal. | SN. |
|-----|----|----|-------|--------|------|-----|
| 9 | 1 | 0 | HIGGINS | 20 | 12 | NONE |

| BBL: | Stock L. | Stock R. |
|------|----------|----------|
| FAIR | SCRATCHES | GOOD |

| Forearm: | Receiver: | Accessories: |
|----------|-----------|--------------|
| GOOD | BLEMISHES | |

| No. | L. | H. | Make: | Model: | Cal. | SN. |
|-----|----|----|-------|--------|------|-----|
| 10 | 1 | 0 | STEVENS | 87D | 22 | NONE |

| BBL: | Stock L. | Stock R. |
|------|----------|----------|
| GOOD | SCRATCHES | SCRATCHES |

| Forearm: | Receiver: | Accessories: |
|----------|-----------|--------------|
| WORN | GOOD | |

| No. | L. | H. | Make: | Model: | Cal. | SN. |
|-----|----|----|-------|--------|------|-----|
| 11 | 1 | 0 | DAVENPORT | 1855 | 12 | 8 |

| BBL: | Stock L. | Stock R. |
|------|----------|----------|
| FAIR | GOOD | GOOD |

| Forearm: | Receiver: | Accessories: |
|----------|-----------|--------------|
| WORN | POOR | |

| No. | L. | H. | Make: | Model: | Cal. | SN. |
|-----|----|----|-------|--------|------|-----|
| 12 | 1 | 0 | ITHACA | 37 | 16 | 559187-4 |

| BBL: | Stock L. | Stock R. |
|------|----------|----------|
| FAIR | SCRATCHES | DENTS |

| Forearm: | Receiver: | Accessories: |
|----------|-----------|--------------|
| GOOD | FAIR | |

| No. | L. | H. | Make: | Model: | Cal. | SN. |
|-----|----|----|-------|--------|------|-----|
| 13 | 1 | 0 | MOSSBERG | 642K | 22MAG | NONE |

| BBL: | Stock L. | Stock R. |
|------|----------|----------|
| GOOD | WORN | SCRATCHES |

| Forearm: | Receiver: | Accessories: |
|----------|-----------|--------------|
| GOOD | GOOD | MISSING MAG |

| Receipt No: | Page 4 of 8 | Date: |
|---|---|---|
| **4300** | | **8/11/2010** |

| No. | L. | H. | Make: | Model: | Cal. | SN. |
|---|---|---|---|---|---|---|
| 14 | 1 | 0 | ENFIELD | SPORTER | 303 | AX16827 |

| BBL: | | Stock L. | | Stock R. | |
|---|---|---|---|---|---|
| GOOD | | GOOD | | GOOD | |

| Forearm: | Receiver: | Accessories: |
|---|---|---|
| DENTS | GOOD | |

---

| No. | L. | H. | Make: | Model: | Cal. | SN. |
|---|---|---|---|---|---|---|
| 15 | 1 | 0 | ITHACA | 37 | 12 | 816785-4 |

| BBL: | | Stock L. | | Stock R. | |
|---|---|---|---|---|---|
| GOOD | | SCRATCHES | | SCRATCHES | |

| Forearm: | Receiver: | Accessories: |
|---|---|---|
| GOOD | GOOD | |

---

| No. | L. | H. | Make: | Model: | Cal. | SN. |
|---|---|---|---|---|---|---|
| 16 | 1 | 0 | WINCHESTER | 94 | 32 | 3244086 |

| BBL: | | Stock L. | | Stock R. | |
|---|---|---|---|---|---|
| GOOD | | GOOD | | BLEMISHES | |

| Forearm: | Receiver: | Accessories: |
|---|---|---|
| GOOD | WORN | |

---

| No. | L. | H. | Make: | Model: | Cal. | SN. |
|---|---|---|---|---|---|---|
| 17 | 1 | 0 | ITHACA | M66 | 410 | 98017 |

| BBL: | | Stock L. | | Stock R. | |
|---|---|---|---|---|---|
| GOOD | | GOOD | | GOOD | |

| Forearm: | Receiver: | Accessories: |
|---|---|---|
| GOOD | WORN | |

---

| No. | L. | H. | Make: | Model: | Cal. | SN. |
|---|---|---|---|---|---|---|
| 18 | 1 | 0 | STEVENS | 58C | 410 | A362181 |

| BBL: | | Stock L. | | Stock R. | |
|---|---|---|---|---|---|
| MUZZLE WEAR | | BLEMISHES | | GOOD | |

| Forearm: | Receiver: | Accessories: |
|---|---|---|
| BLEMISHES | GOOD | MISSING MAG |

**Receipt No:** 4300   **Page 5 of 8**   **Date:** 8/11/2010

| No. | L. | H. | Make: | Model: | Cal. | SN. |
|-----|----|----|-------|--------|------|-----|
| 19 | 1 | 0 | REMINGTON | 572 | 22 | NONE |
| **BBL:** | | | **Stock L.** | | **Stock R.** | |
| PARTS | | | DENTS | | SCRATCHES | |
| **Forearm:** | | | **Receiver:** | | **Accessories:** | |
| MISSING | | | PARTS PORE | | | |

| No. | L. | H. | Make: | Model: | Cal. | SN. |
|-----|----|----|-------|--------|------|-----|
| 20 | 1 | 0 | ITHACA | 37 | 12 | 371312735 |
| **BBL:** | | | **Stock L.** | | **Stock R.** | |
| CUT POOR | | | SCRATCHES | | GOOD | |
| **Forearm:** | | | **Receiver:** | | **Accessories:** | |
| GOOD | | | POOR NO FINISH | | SCOPE | |

| No. | L. | H. | Make: | Model: | Cal. | SN. |
|-----|----|----|-------|--------|------|-----|
| 21 | 1 | 0 | WINCHESTER | 1300 | 12 | L3559300 |
| **BBL:** | | | **Stock L.** | | **Stock R.** | |
| GOOD | | | GOOD | | GOOD | |
| **Forearm:** | | | **Receiver:** | | **Accessories:** | |
| GOOD | | | GOOD | | SCOPE, HARD CASE | |

| No. | L. | H. | Make: | Model: | Cal. | SN. |
|-----|----|----|-------|--------|------|-----|
| 22 | 0 | 1 | COLT | BOUNTLINE SCOUT | 22 | 131382F |
| **BBL:** | | | **Stock L.** | | **Stock R.** | |
| BLEMISHES | | | GOOD | | GOOD | |
| **Forearm:** | | | **Receiver:** | | **Accessories:** | |
| | | | WORN | | HOLSTER | |

| No. | L. | H. | Make: | Model: | Cal. | SN. |
|-----|----|----|-------|--------|------|-----|
| 23 | 0 | 1 | IVER JOHNSON | TB | 38 | NONE |
| **BBL:** | | | **Stock L.** | | **Stock R.** | |
| WORN | | | GOOD | | GOOD | |
| **Forearm:** | | | **Receiver:** | | **Accessories:** | |
| | | | BLEMISHES | | | |

Fully Licensed   cCopyright 1998 Village Gun Shop, Inc.   Bonded and Insured

| Receipt No: | Page 6 of 8 | Date: |
|---|---|---|
| 4300 | | 8/11/2010 |

| No. | L. | H. | Make: | Model: | Cal. | SN. |
|---|---|---|---|---|---|---|
| 24 | 0 | 1 | PHONIX | HP22 | 22 | 4099923 |

| BBL: | Stock L. | Stock R. |
|---|---|---|
| MUZZLE WEAR | GOOD | GOOD |

| Forearm: | Receiver: | Accessories: |
|---|---|---|
| GOOD | GOOD | |

| No. | L. | H. | Make: | Model: | Cal. | SN. |
|---|---|---|---|---|---|---|
| 25 | 1 | 0 | RICHLAND | PERC | 50 | 152267 |

| BBL: | Stock L. | Stock R. |
|---|---|---|
| HEAVY RUST | GOOD | GOOD |

| Forearm: | Receiver: | Accessories: |
|---|---|---|
| GOOD | GOOD | |

| No. | L. | H. | Make: | Model: | Cal. | SN. |
|---|---|---|---|---|---|---|
| 26 | 1 | 0 | H&R | HUNTSMAN | 12 | AS244122 |

| BBL: | Stock L. | Stock R. |
|---|---|---|
| GOOD | SCRATCHES | BLEMISHES |

| Forearm: | Receiver: | Accessories: |
|---|---|---|
| SCRATCHES | GOOD | |

| No. | L. | H. | Make: | Model: | Cal. | SN. |
|---|---|---|---|---|---|---|
| 27 | 1 | 0 | CEOSSMAN | 760 | BB | |

| BBL: | Stock L. | Stock R. |
|---|---|---|
| HEAVY RUST | GOOD | CRACKED |

| Forearm: | Receiver: | Accessories: |
|---|---|---|
| | POOR | |

| No. | L. | H. | Make: | Model: | Cal. | SN. |
|---|---|---|---|---|---|---|
| 28 | 0 | 1 | SHERIDEN | BLUE STREAK | 5MM | |

| BBL: | Stock L. | Stock R. |
|---|---|---|
| WORN | GOOD | GOOD |

| Forearm: | Receiver: | Accessories: |
|---|---|---|
| LOOSE | GOOD | |

| Receipt No: | Page 7 of 8 | Date: |
|---|---|---|
| 4300 | | 8/11/2010 |

| No. | L. | H. | Make: | Model: | | Cal. | SN. | |
|---|---|---|---|---|---|---|---|---|
| 29 | 1 | 0 | STEVENS | MARKSMAN | | 22 | | 78932 |
| BBL: | | | | Stock L. | | Stock R. | | |
| POOR | | | | WORN | | WORN | | |
| Forearm: | | | | Receiver: | | Accessories: | | |
| MISSING | | | | PARTS ONLY | | | | |

| No. | L. | H. | Make: | Model: | | Cal. | SN. | |
|---|---|---|---|---|---|---|---|---|
| 30 | 1 | 0 | THOMPSON CENTER | BLACK POWDER | | 50 | 59835,64854,110793 | |
| BBL: | | | | Stock L. | | Stock R. | | |
| (3) | | | | | | | | |
| Forearm: | | | | Receiver: | | Accessories: | | |

| No. | L. | H. | Make: | Model: | | Cal. | SN. | |
|---|---|---|---|---|---|---|---|---|
| 31 | 1 | 0 | THOMPSON CENTER | PER. | | 50 | | |
| BBL: | | | | Stock L. | | Stock R. | | |
| | | | | 2 STOCKS | | 2 STOCKS | | |
| Forearm: | | | | Receiver: | | Accessories: | | |

| No. | L. | H. | Make: | Model: | | Cal. | SN. | |
|---|---|---|---|---|---|---|---|---|
| 32 | 0 | 0 | | | | | | |
| BBL: | | | | Stock L. | | Stock R. | | |
| Forearm: | | | | Receiver: | | Accessories: | | |
| | | | | | | AMMO CAN ASSORT SHOTGUN AMMO | | |

| No. | L. | H. | Make: | Model: | | Cal. | SN. | |
|---|---|---|---|---|---|---|---|---|
| 33 | 0 | 0 | | | | | | |
| BBL: | | | | Stock L. | | Stock R. | | |
| Forearm: | | | | Receiver: | | Accessories: | | |
| | | | | | | ORT SHOTGUN, CENTERFIFE AMMO,LOCKS, | | |

Fully Licensed        cCopyright 1998  Village Gun Shop, Inc.        Bonded  and  Insured

| Receipt No: | Page 8 of 8 | Date: |
|---|---|---|
| 4300 | | 8/11/2010 |

| No. | L. | H. | Make: | Model: | Cal. | SN. |
|---|---|---|---|---|---|---|
| 34 | 1 | 0 | GLENFIELD | 60 | 22 | 24594292 |

| BBL: | | Stock L. | | Stock R. | |
|---|---|---|---|---|---|
| SCRATCHES | | DENTS | | SCRATCHES | |

| Forearm: | Receiver: | Accessories: |
|---|---|---|
| DENTS | SCRATCHES | |



## VILLAGE VAULT



7 Belmont Street  Northboro, MA 01532
Phone (508) 898-9100 ♦ Fax (508) 898-3835
www.villagevault.com

James Jarvis
6 Davis St.
Adams, MA 01220

October 31, 2011

### SETTLEMENT  LETTER

In accordance with Massachusetts General Law Chapter 140  Section 129D
Paragraph 2 :

Be advised that your Items stored since 08/11/2010 - a list of which is enclosed -
were consigned to public auction on April 5, 2011 and auctioned on May 21, 2011 and
September 24, 2011.

| | |
|---|---|
| Total Sale Price: | $2,695.00 |
| Total Number of Cartons: | 34 |
| Storage Fee: (.50 each carton per day) | $4,550.00 |
| Registration Fees: ($20.00 per gun) | $  680.00 |
| Auctioneer's Fee: | $  404.25 |
| Balance Due: | $2,939.25 |

Any questions regarding this matter should be directed to:

VILLAGE VAULT
7 Belmont Street
Northboro, MA 01532
(508) 898-9100
www.villagevault.com

Fully Licensed                cCopyright 1998  Village Gun Shop, Inc.                Bonded & Insured

# VILLAGE VAULT



7 Belmont Street       Northboro, MA 01532

Phone (508) 898-9100 ◆ Fax (508) 898-3835

| Receipt No: | Page 1 of 8 | Date: |
|---|---|---|
| 4300 | | 8/11/2010 |

## >WE DO NOT TAKE EVIDENCE GUNS.<

| Police Department: | Owner: |
|---|---|
| STATE POLICE CHESHIRE | JAMES        JARVIS |
| 1141 NORTH STATE ROAD | 6 DAVIS ST |
| CHESHIRE              MA   01225 | ADAMS                    MA   01220 |

| Witness: |
|---|
| TPR. CANATA |

| Long Guns: | Handguns: | Total Items: |
|---|---|---|
| 28 | 4 | 34 |

| No. | L. | H. | Make: | Model: | Cal. | SN. |
|---|---|---|---|---|---|---|
| 1 | 1 | 0 | ITHACA | 37 | 12 | 144495 |

| BBL: | Stock L. | Stock R. |
|---|---|---|
| POOR | GOOD | GOOD |

| Forearm: | Receiver: | Accessories: |
|---|---|---|
| GOOD | POOR | |

| No. | L. | H. | Make: | Model: | Cal. | SN. |
|---|---|---|---|---|---|---|
| 2 | 1 | 0 | ITHACA | 37 | 12 | 857472 |

| BBL: | Stock L. | Stock R. |
|---|---|---|
| POOR | GOOD | GOOD |

| Forearm: | Receiver: | Accessories: |
|---|---|---|
| GOOD | POOR | |

| No. | L. | H. | Make: | Model: | Cal. | SN. |
|---|---|---|---|---|---|---|
| 3 | 1 | 0 | DAVIS | DOUBLE | 12 | B6820 |

| BBL: | Stock L. | Stock R. |
|---|---|---|
| POOR | GOOD MISS. BUTT PLATE | POOR |

| Forearm: | Receiver: | Accessories: |
|---|---|---|
| MISSING | FAIR | |

Fully Licensed        cCopyright 1998  Village Gun Shop, Inc.        Bonded  and  Insured

Receipt No: **4300**   **Page 2 of 8**   Date: **8/11/2010**

| No. | L. | H. | Make: | Model: | Cal. | SN. |
|---|---|---|---|---|---|---|
| 4 | 1 | 0 | MOSSBERG | 185D | 20 | NONE |

| BBL: | Stock L. | Stock R. |
|---|---|---|
| POOR | GOOD | GOOD |

| Forearm: | Receiver: | Accessories: |
|---|---|---|
| GOOD | GOOD | MISSING MAG |

| No. | L. | H. | Make: | Model: | Cal. | SN. |
|---|---|---|---|---|---|---|
| 5 | 1 | 0 | STEVENS | VISLOAD | 22 | E449 |

| BBL: | Stock L. | Stock R. |
|---|---|---|
| POOR | DENTS | SCRATCHES |

| Forearm: | Receiver: | Accessories: |
|---|---|---|
| GOOD | POOR | |

| No. | L. | H. | Make: | Model: | Cal. | SN. |
|---|---|---|---|---|---|---|
| 6 | 1 | 0 | WINCHESTER | 275 | 22MAG | 113253 |

| BBL: | Stock L. | Stock R. |
|---|---|---|
| GOOD | SCRATCHES | SCRATCHES |

| Forearm: | Receiver: | Accessories: |
|---|---|---|
| DENTS | GOOD | |

| No. | L. | H. | Make: | Model: | Cal. | SN. |
|---|---|---|---|---|---|---|
| 7 | 1 | 0 | IVER JOHNSON | SS | 20 | IHRX |

| BBL: | Stock L. | Stock R. |
|---|---|---|
| POOR | SCRATCHES | SCRATCHES |

| Forearm: | Receiver: | Accessories: |
|---|---|---|
| GOOD | POOR | |

| No. | L. | H. | Make: | Model: | Cal. | SN. |
|---|---|---|---|---|---|---|
| 8 | 1 | 0 | NAGANT | 1915 | 762X54R | 15926 |

| BBL: | Stock L. | Stock R. |
|---|---|---|
| FAIR | SCRATCHES | SCRATCHES |

| Forearm: | Receiver: | Accessories: |
|---|---|---|
| GOOD | POOR | |

Fully Licensed     cCopyright 1998  Village Gun Shop, Inc.     Bonded  and  Insured