Receipt No: **4300**    **Page 3 of 8**    Date: **8/11/2010**

| No. | L. | H. | Make: | Model: | Cal. | SN. |
|---|---|---|---|---|---|---|
| 9 | 1 | 0 | HIGGINS | 20 | 12 | NONE |

| BBL: | Stock L. | Stock R. |
|---|---|---|
| FAIR | SCRATCHES | GOOD |

| Forearm: | Receiver: | Accessories: |
|---|---|---|
| GOOD | BLEMISHES | |

| No. | L. | H. | Make: | Model: | Cal. | SN. |
|---|---|---|---|---|---|---|
| 10 | 1 | 0 | STEVENS | 87D | 22 | NONE |

| BBL: | Stock L. | Stock R. |
|---|---|---|
| GOOD | SCRATCHES | SCRATCHES |

| Forearm: | Receiver: | Accessories: |
|---|---|---|
| WORN | GOOD | |

| No. | L. | H. | Make: | Model: | Cal. | SN. |
|---|---|---|---|---|---|---|
| 11 | 1 | 0 | DAVENPORT | 1855 | 12 | 8 |

| BBL: | Stock L. | Stock R. |
|---|---|---|
| FAIR | GOOD | GOOD |

| Forearm: | Receiver: | Accessories: |
|---|---|---|
| WORN | POOR | |

| No. | L. | H. | Make: | Model: | Cal. | SN. |
|---|---|---|---|---|---|---|
| 12 | 1 | 0 | ITHACA | 37 | 16 | 559187-4 |

| BBL: | Stock L. | Stock R. |
|---|---|---|
| FAIR | SCRATCHES | DENTS |

| Forearm: | Receiver: | Accessories: |
|---|---|---|
| GOOD | FAIR | |

| No. | L. | H. | Make: | Model: | Cal. | SN. |
|---|---|---|---|---|---|---|
| 13 | 1 | 0 | MOSSBERG | 642K | 22MAG | NONE |

| BBL: | Stock L. | Stock R. |
|---|---|---|
| GOOD | WORN | SCRATCHES |

| Forearm: | Receiver: | Accessories: |
|---|---|---|
| GOOD | GOOD | MISSING MAG |

Fully Licensed          cCopyright 1998  Village Gun Shop, Inc.          Bonded  and  Insured

**Receipt No:** 4300    **Page 4 of 8**    **Date:** 8/11/2010

| No. | L. | H. | Make: | Model: | Cal. | SN. |
|-----|----|----|-------|--------|------|-----|
| 14 | 1 | 0 | ENFIELD | SPORTER | 303 | AX16827 |

| BBL: | Stock L. | Stock R. |
|------|----------|----------|
| GOOD | GOOD | GOOD |

| Forearm: | Receiver: | Accessories: |
|----------|-----------|--------------|
| DENTS | GOOD | |

| No. | L. | H. | Make: | Model: | Cal. | SN. |
|-----|----|----|-------|--------|------|-----|
| 15 | 1 | 0 | ITHACA | 37 | 12 | 816785-4 |

| BBL: | Stock L. | Stock R. |
|------|----------|----------|
| GOOD | SCRATCHES | SCRATCHES |

| Forearm: | Receiver: | Accessories: |
|----------|-----------|--------------|
| GOOD | GOOD | |

| No. | L. | H. | Make: | Model: | Cal. | SN. |
|-----|----|----|-------|--------|------|-----|
| 16 | 1 | 0 | WINCHESTER | 94 | 32 | 3244086 |

| BBL: | Stock L. | Stock R. |
|------|----------|----------|
| GOOD | GOOD | BLEMISHES |

| Forearm: | Receiver: | Accessories: |
|----------|-----------|--------------|
| GOOD | WORN | |

| No. | L. | H. | Make: | Model: | Cal. | SN. |
|-----|----|----|-------|--------|------|-----|
| 17 | 1 | 0 | ITHACA | M66 | 410 | 98017 |

| BBL: | Stock L. | Stock R. |
|------|----------|----------|
| GOOD | GOOD | GOOD |

| Forearm: | Receiver: | Accessories: |
|----------|-----------|--------------|
| GOOD | WORN | |

| No. | L. | H. | Make: | Model: | Cal. | SN. |
|-----|----|----|-------|--------|------|-----|
| 18 | 1 | 0 | STEVENS | 58C | 410 | A362181 |

| BBL: | Stock L. | Stock R. |
|------|----------|----------|
| MUZZLE WEAR | BLEMISHES | GOOD |

| Forearm: | Receiver: | Accessories: |
|----------|-----------|--------------|
| BLEMISHES | GOOD | MISSING MAG |

| Receipt No: | Page 5 of 8 | Date: |
|---|---|---|
| **4300** | | **8/11/2010** |

| No. | L. | H. | Make: | Model: | Cal. | SN. |
|---|---|---|---|---|---|---|
| 19 | 1 | 0 | REMINGTON | 572 | 22 | NONE |
| **BBL:** | | | | **Stock L.** | **Stock R.** | |
| PARTS | | | | DENTS | SCRATCHES | |
| **Forearm:** | | | **Receiver:** | **Accessories:** | | |
| MISSING | | | PARTS PORE | | | |

| No. | L. | H. | Make: | Model: | Cal. | SN. |
|---|---|---|---|---|---|---|
| 20 | 1 | 0 | ITHACA | 37 | 12 | 371312735 |
| **BBL:** | | | | **Stock L.** | **Stock R.** | |
| CUT POOR | | | | SCRATCHES | GOOD | |
| **Forearm:** | | | **Receiver:** | **Accessories:** | | |
| GOOD | | | POOR NO FINISH | SCOPE | | |

| No. | L. | H. | Make: | Model: | Cal. | SN. |
|---|---|---|---|---|---|---|
| 21 | 1 | 0 | WINCHESTER | 1300 | 12 | L3559300 |
| **BBL:** | | | | **Stock L.** | **Stock R.** | |
| GOOD | | | | GOOD | GOOD | |
| **Forearm:** | | | **Receiver:** | **Accessories:** | | |
| GOOD | | | GOOD | SCOPE, HARD CASE | | |

| No. | L. | H. | Make: | Model: | Cal. | SN. |
|---|---|---|---|---|---|---|
| 22 | 0 | 1 | COLT | BOUNTLINE SCOUT | 22 | 131382F |
| **BBL:** | | | | **Stock L.** | **Stock R.** | |
| BLEMISHES | | | | GOOD | GOOD | |
| **Forearm:** | | | **Receiver:** | **Accessories:** | | |
| | | | WORN | HOLSTER | | |

| No. | L. | H. | Make: | Model: | Cal. | SN. |
|---|---|---|---|---|---|---|
| 23 | 0 | 1 | IVER JOHNSON | TB | 38 | NONE |
| **BBL:** | | | | **Stock L.** | **Stock R.** | |
| WORN | | | | GOOD | GOOD | |
| **Forearm:** | | | **Receiver:** | **Accessories:** | | |
| | | | BLEMISHES | | | |

| Receipt No: | Page 6 of 8 | Date: |
|---|---|---|
| **4300** | | **8/11/2010** |

| No. | L. | H. | Make: | Model: | Cal. | SN. |
|---|---|---|---|---|---|---|
| 24 | 0 | 1 | PHONIX | HP22 | 22 | 4099923 |
| **BBL:** | | | | Stock L. | Stock R. | |
| | MUZZLE WEAR | | | GOOD | | GOOD |
| **Forearm:** | | | Receiver: | Accessories: | | |
| | GOOD | | GOOD | | | |

| No. | L. | H. | Make: | Model: | Cal. | SN. |
|---|---|---|---|---|---|---|
| 25 | 1 | 0 | RICHLAND | PERC | 50 | 152267 |
| **BBL:** | | | | Stock L. | Stock R. | |
| | HEAVY RUST | | | GOOD | | GOOD |
| **Forearm:** | | | Receiver: | Accessories: | | |
| | GOOD | | GOOD | | | |

| No. | L. | H. | Make: | Model: | Cal. | SN. |
|---|---|---|---|---|---|---|
| 26 | 1 | 0 | H&R | HUNTSMAN | 12 | AS244122 |
| **BBL:** | | | | Stock L. | Stock R. | |
| | GOOD | | | SCRATCHES | | BLEMISHES |
| **Forearm:** | | | Receiver: | Accessories: | | |
| | SCRATCHES | | GOOD | | | |

| No. | L. | H. | Make: | Model: | Cal. | SN. |
|---|---|---|---|---|---|---|
| 27 | 1 | 0 | CEOSSMAN | 760 | BB | |
| **BBL:** | | | | Stock L. | Stock R. | |
| | HEAVY RUST | | | GOOD | | CRACKED |
| **Forearm:** | | | Receiver: | Accessories: | | |
| | | | POOR | | | |

| No. | L. | H. | Make: | Model: | Cal. | SN. |
|---|---|---|---|---|---|---|
| 28 | 0 | 1 | SHERIDEN | BLUE STREAK | 5MM | |
| **BBL:** | | | | Stock L. | Stock R. | |
| | WORN | | | GOOD | | GOOD |
| **Forearm:** | | | Receiver: | Accessories: | | |
| | LOOSE | | GOOD | | | |

Fully Licensed      cCopyright 1998  Village Gun Shop, Inc.      Bonded  and  Insured

| Receipt No: | Page 7 of 8 | Date: |
|---|---|---|
| 4300 | | 8/11/2010 |

| No. | L. | H. | Make: | Model: | Cal. | SN. |
|---|---|---|---|---|---|---|
| 29 | 1 | 0 | STEVENS | MARKSMAN | 22 | 78932 |
| **BBL:** | | | POOR | **Stock L.** WORN | **Stock R.** | WORN |
| **Forearm:** | | | MISSING | **Receiver:** PARTS ONLY | **Accessories:** | |

| No. | L. | H. | Make: | Model: | Cal. | SN. |
|---|---|---|---|---|---|---|
| 30 | 1 | 0 | THOMPSON CENTER | BLACK POWDER | 50 | 59835,64854,110793 |
| **BBL:** | | | (3) | **Stock L.** | **Stock R.** | |
| **Forearm:** | | | | **Receiver:** | **Accessories:** | |

| No. | L. | H. | Make: | Model: | Cal. | SN. |
|---|---|---|---|---|---|---|
| 31 | 1 | 0 | THOMPSON CENTER | PER. | 50 | |
| **BBL:** | | | | **Stock L.** 2 STOCKS | **Stock R.** 2 STOCKS | |
| **Forearm:** | | | | **Receiver:** | **Accessories:** | |

| No. | L. | H. | Make: | Model: | Cal. | SN. |
|---|---|---|---|---|---|---|
| 32 | 0 | 0 | | | | |
| **BBL:** | | | | **Stock L.** | **Stock R.** | |
| **Forearm:** | | | | **Receiver:** | **Accessories:** AMMO CAN ASSORT SHOTGUN AMMO | |

| No. | L. | H. | Make: | Model: | Cal. | SN. |
|---|---|---|---|---|---|---|
| 33 | 0 | 0 | | | | |
| **BBL:** | | | | **Stock L.** | **Stock R.** | |
| **Forearm:** | | | | **Receiver:** | **Accessories:** ORT SHOTGUN, CENTERFIFE AMMO,LOCKS, | |

| Receipt No: | Page 8 of 8 | Date: |
|---|---|---|
| 4300 | | 8/11/2010 |

| No. | L. | H. | Make: | | Model: | | Cal. | SN. | |
|---|---|---|---|---|---|---|---|---|---|
| 34 | 1 | 0 | GLENFIELD | | 60 | | 22 | | 24594292 |
| BBL: | | | | | Stock L. | | Stock R. | | |
| | SCRATCHES | | | | DENTS | | | SCRATCHES | |
| Forearm: | | | | Receiver: | | Accessories: | | | |
| | DENTS | | | | SCRATCHES | | | | |

Fully Licensed        cCopyright 1998  Village Gun Shop, Inc.        Bonded  and  Insured




**VILLAGE VAULT**

7 Belmont Street        Northboro, MA 01532
Phone (508) 898-9100 ♦ Fax (508) 898-3835
www.villagevault.com

ROBERT CRAMPTON
93 FAIRE WAY DR.
TEWKSBURY, MA 01876

11/15/2010

Your firearms are being stored in a bonded warehouse located at 7 Belmont Street, Northboro, MA 01532.

A formal inventory including the make, model, serial number and the condition of each firearm and accessories is enclosed.

### Storage Terms

1. 50 cents per item per day - Storage fee payable in full every 30 days.
2. Handling fee - $15.00 per item
3. Registration fee - $20.00 per gun to any valid firearms licensee
4. Administration fee - $45.00
5. Firearms may be sold at auction in order to satisfy unpaid administrative, storage and transfer fees.

### Payment

Firearms will not be released until all unpaid administrative, storage and transfer fees are paid in full.  No personal checks accepted.

### Options

*You may at **ANY TIME** transfer or sell your firearms to a firearms dealer or a properly licensed individual.

*If your firearms license has been suspended and has been **REINSTATED** you may redeem your firearms with  (1) your valid firearms license and (2) a confirmation letter from **BOTH** the court and your local Police Chief.

Requests for appointments and consultation regarding the above matter may be made in writing or by telephone.

Fully Licensed              cCopyright 1998  Village Gun Shop, Inc.              Bonded & Insured

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

ROBERT CRAMPTON
93 FAIRE WAY DR.
TEWKSBURY, MA 01876

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____   ☐ Agent   ☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery
11-18-10

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
☑ Certified Mail    ☐ Express Mail
☐ Registered        ☐ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)
7009 0820 0001 4375 8871

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com℠

**OFFICIAL USE**

| | |
|---|---|
| Postage | $ 44 |
| Certified Fee | 280 |
| Return Receipt Fee (Endorsement Required) | 230 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 554 |

Postmark Here

Sent To
ROBERT CRAMPTON
Street, Apt. No.; or PO Box No.   93 FAIRE WAY DR.
City, State, ZIP+4   TEWKSBURY, MA 01876

7009 0820 0001 4375 8871

PS Form 3800, August 2006        See Reverse for Instructions



# VILLAGE VAULT

7 Belmont Street        Northboro, MA 01532
Phone (508) 898-9100 ♦ Fax (508) 898-3835

| Receipt No: | | Date: |
|---|---|---|
| 4360 | Page 1 of 1 | 11/15/2010 |

### >WE DO NOT TAKE EVIDENCE GUNS.<

| Police Department: | Owner: | | |
|---|---|---|---|
| TEWKSBURY POLICE DEPARTMENT | ROBERT    CRAMPTON | | |
| 918 MAIN STREET | 93 FAIRE WAY DR. | | |
| TEWKSBURY          MA   01876 | TEWKSBURY          MA   01876 | | |
| Witness: | Long Guns: | Handguns: | Total Items: |
| ANBREGONSALD | 2 | 1 | 3 |

| No. | L. | H. | Make: | Model: | Cal. | SN. |
|---|---|---|---|---|---|---|
| 1 | 1 | 0 | JC HIGGINS | 60 | 12 | NONE |
| BBL: | | | | Stock L. | Stock R. | |
| LIGHT RUST | | | | SCRATCHES | GOOD | |
| Forearm: | | Receiver: | | Accessories: | | |
| SCRATCHES | | LIGHT RUST | | HARD CASE | | |

| No. | L. | H. | Make: | Model: | Cal. | SN. |
|---|---|---|---|---|---|---|
| 2 | 1 | 0 | JC HIGGINS | 583.187 | 12 | NONE |
| BBL: | | | | Stock L. | Stock R. | |
| POOR | | | | DENTS | DENTS | |
| Forearm: | | Receiver: | | Accessories: | | |
| CRACKED | | POOR | | SOFT CASE | | |

| No. | L. | H. | Make: | Model: | Cal. | SN. |
|---|---|---|---|---|---|---|
| 3 | 0 | 1 | YOUNG AMERICAN | REV | 32 | NONE |
| BBL: | | | | Stock L. | Stock R. | |
| POOR | | | | GOOD | CHIPPED | |
| Forearm: | | Receiver: | | Accessories: | | |
| POOR | | | | BOX 32 AMMO | | |

Fully Licensed        cCopyright 1998  Village Gun Shop, Inc.        Bonded  and  Insured

# VILLAGE VAULT



EXHIBIT
___G___

7 Belmont Street  Northboro, MA 01532
Phone (508) 898-9100 ♦ Fax (508) 898-3835
www.villagevault.com

Robert Crampton
93 Faire Way Dr.
Tewksbury, MA 01876

May 12, 2011

In accordance with Massachusetts General Law Chapter 140 Section 129D Paragraph 2:

Be advised that you are **IN DEFAULT** of payment of $315.00  for firearms storage.

That Lot - a list of which is enclosed - shall be consigned to public auction unless the storage fees are paid in full **ON** or **BEFORE**  June 2, 2011.

## *PLEASE READ CAREFULLY*

Storage, administration, handling and transfer fees as well as auctioneer's fees will be deducted from the proceeds and the balance, if any, will be mailed to you.

Any questions regarding this matter should be directed to:

VILLAGE VAULT
7 Belmont Street
Northboro, MA 01532
(508) 898-9100
www.villagevault.com

Fully Licensed         cCopyright 1998  Village Gun Shop, Inc.         Bonded & Insured



**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Robert Crampton
93 Faire Way Dr.
Tewksbury, MA 01876

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent
☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery
5/14

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)
7010 0780 0001 4646 6888

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com₂

OFFICIAL USE

| | |
|---|---|
| Postage | $ 44 |
| Certified Fee | 285 |
| Return Receipt Fee (Endorsement Required) | 230 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 559 |

Postmark Here

Sent To   Robert Crampton
Street,   93 Faire Way Dr.
or PO B   Tewksbury, MA 01876
City, St

7010 0780 0001 4646 6888

PS For   ...uctions

# VILLAGE VAULT



7 Belmont Street        Northboro, MA 01532
Phone (508) 898-9100 ♦ Fax (508) 898-3835

| Receipt No: | | Date: |
|---|---|---|
| 4360 | Page 1 of 1 | 11/15/2010 |

## >WE DO NOT TAKE EVIDENCE GUNS.<

| Police Department: | Owner: |
|---|---|
| TEWKSBURY POLICE DEPARTMENT | ROBERT      CRAMPTON |
| 918 MAIN STREET | 93 FAIRE WAY DR. |
| TEWKSBURY          MA   01876 | TEWKSBURY          MA   01876 |
| Witness: | |
| ANBREGONSALD | |

| Long Guns: | Handguns: | Total Items: |
|---|---|---|
| 2 | 1 | 3 |

| No. | L. | H. | Make: | Model: | Cal. | S.N. |
|---|---|---|---|---|---|---|
| 1 | 1 | 0 | JC HIGGINS | 60 | 12 | NONE |
| BBL: | | | | Stock L. | Stock R. | |
| LIGHT RUST | | | | SCRATCHES | GOOD | |
| Forearm: | | Receiver: | | Accessories: | | |
| SCRATCHES | | LIGHT RUST | | HARD CASE | | |

| No. | L. | H. | Make: | Model: | Cal. | S.N. |
|---|---|---|---|---|---|---|
| 2 | 1 | 0 | JC HIGGINS | 583.187 | 12 | NONE |
| BBL: | | | | Stock L. | Stock R. | |
| POOR | | | | DENTS | DENTS | |
| Forearm: | | Receiver: | | Accessories: | | |
| CRACKED | | POOR | | SOFT CASE | | |

| No. | L. | H. | Make: | Model: | Cal. | S.N. |
|---|---|---|---|---|---|---|
| 3 | 0 | 1 | YOUNG AMERICAN | REV | 32 | NONE |
| BBL: | | | | Stock L. | Stock R. | |
| POOR | | | | GOOD | CHIPPED | |
| Forearm: | | Receiver: | | Accessories: | | |
| | | POOR | | BOX 32 AMMO | | |

Fully Licensed        cCopyright 1998  Village Gun Shop, Inc.        Bonded  and  Insured



**VILLAGE VAULT**



7 Belmont Street Northboro, MA 01532
Phone (508) 898-9100 ♦ Fax (508) 898-3835
www.villagevault.com

Robert Crampton
93 Faire Way Dr.
Tewksbury, MA 01876

December 29, 2011

**SETTLEMENT LETTER**

In accordance with Massachusetts General Law Chapter 140 Section 129D
Paragraph 2 :

Be advised that your Items stored since 11/15/2010 - a list of which is enclosed -
were consigned to public auction on August 10, 2011 and auctioned on September 24,
2011 and on November 19, 2011.

| | |
|---|---|
| Total Sale Price: | $185.00 |
| Total Number of Cartons: | 3 |
| Storage Fee: (.50 each carton per day) | $489.00 |
| Registration Fees: ($20.00 per gun) | $ 60.00 |
| Auctioneer's Fee: | $ 37.00 |
| Balance Due: | $401.00 |

Any questions regarding this matter should be directed to:

VILLAGE VAULT
7 Belmont Street
Northboro, MA 01532
(508) 898-9100
www.villagevault.com

Fully Licensed      cCopyright 1998 Village Gun Shop, Inc.      Bonded & Insured

# VILLAGE VAULT



7 Belmont Street        Northboro, MA 01532
Phone (508) 898-9100 ♦ Fax (508) 898-3835

| Receipt No: | | Date: |
|---|---|---|
| **4360** | **Page 1 of 1** | **11/15/2010** |

**>WE DO NOT TAKE EVIDENCE GUNS.<**

| Police Department: | Owner: |
|---|---|
| TEWKSBURY POLICE DEPARTMENT | ROBERT       CRAMPTON |
| 918 MAIN STREET | 93 FAIRE WAY DR. |
| TEWKSBURY        MA   01876 | TEWKSBURY        MA   01876 |

| Witness: | | Long Guns: | Handguns: | Total Items: |
|---|---|---|---|---|
| ANBREGONSALD | | 2 | 1 | 3 |

| No. | L. | H. | Make: | Model: | Cal. | SN. |
|---|---|---|---|---|---|---|
| 1 | 1 | 0 | JC HIGGINS | 60 | 12 | NONE |

| BBL: | Stock L. | Stock R. |
|---|---|---|
| LIGHT RUST | SCRATCHES | GOOD |

| Forearm: | Receiver: | Accessories: |
|---|---|---|
| SCRATCHES | LIGHT RUST | HARD CASE |

| No. | L. | H. | Make: | Model: | Cal. | SN. |
|---|---|---|---|---|---|---|
| 2 | 1 | 0 | JC HIGGINS | 583.187 | 12 | NONE |

| BBL: | Stock L. | Stock R. |
|---|---|---|
| POOR | DENTS | DENTS |

| Forearm: | Receiver: | Accessories: |
|---|---|---|
| CRACKED | POOR | SOFT CASE |

| No. | L. | H. | Make: | Model: | Cal. | SN. |
|---|---|---|---|---|---|---|
| 3 | 0 | 1 | YOUNG AMERICAN | REV | 32 | NONE |

| BBL: | Stock L. | Stock R. |
|---|---|---|
| POOR | GOOD | CHIPPED |

| Forearm: | Receiver: | Accessories: |
|---|---|---|
| | POOR | BOX 32 AMMO |





DEPARTMENT OF THE TREASURY · BUREAU OF ALCOHOL, TOBACCO AND FIREARMS

**LICENSE** (under Chapter 44)

In accordance with the provisions of Title I, Gun Control Act of 1968, and the regulations issued thereunder (27 CFR Part 478), you are licensed to engage in the business specified in this license within the limitations of Chapter 44, Title 18, United States Code, and the regulations issued thereunder, until the expiration date shown. See "WARNINGS" and "NOTICE" on reverse.

| | |
|---|---|
| DIRECT ATF CORRESPONDENCE TO | Chief, Federal Firearms Licensing Center (FFLC)<br>Bureau of Alcohol, Tobacco, Firearms and Explosives<br>2600 Century Parkway NE Suite 110<br>Atlanta, Georgia 30345-3104<br>Telephone: 1-866-662-2750  Fax: 1-866-257-2749<br>E-mail: NLC@atf.gov  ATF website: http://www.atf.gov |

| LICENSE NUMBER | 6-04-027-01-9J-36354 |
|---|---|
| EXPIRATION DATE | **September 1, 2009** |

NAME

VILLAGE GUN SHOP

**Premises Address** CHANGES? You must notify the FFLC at least 30 days before the move
7 BELMONT ST
NORTHBORO, MA 01532-0000

TYPE OF LICENSE

01-DEALER IN FIREARMS OTHER THAN DESTRUCTIVE DEVICES

CHIEF, FEDERAL FIREARMS LICENSING CENTER (FFLC)  *Kimberly H. Irwin*
Kimberly H. Irwin

PURCHASING CERTIFICATION
I certify that this is a true copy of a license
issued to me to engage in the business specified.

**Mailing Address** CHANGES? Mail is NOT forwarded. Notify the FFLC of any changes.

VILLAGE GUN SHOP INC
VILLAGE GUN SHOP
7 BELMONT ST
NORTHBORO, MA 01532-0000

_____
(SIGNATURE OF LICENSEE)

The licensee named herein shall use a reproduction of this license to assist a transferor of firearms to verify the identity and the licensed status of the licensee as provided in 27 CFR Part 478. The signature on each reproduction must be an ORIGINAL signature.

ATF FORM 8 (5310.11) (6/91)  PREVIOUS EDITION IS OBSOLETE



**DEPARTMENT OF THE TREASURY**
**BUREAU OF ALCOHOL, TOBACCO AND FIREARMS**
**ATLANTA, GEORGIA 30345-3104**

Dear Licensee:

Enclosed you will find your Federal Firearms License.

If this is your first license, publications and an initial supply of forms which relate to the conduct of business as a federal licensee will be mailed from the ATF Distribution Center, P.O. Box 5950, Springfield, Virginia, 22150-5950. Upon receipt of the packet, please use ATF F 1600.8 to order additional forms. Please allow ten days for delivery of your packet. After reviewing the information, if you have questions or problems concerning recordkeeping requirements or other information, contact your local ATF Area Office or you may call the Licensing Center in Atlanta, Georgia at (866) 662-2750.

Note you have received only one original license. DO NOT SIGN THE ORIGINAL LICENSE prior to making copies, as the signature on each certified copy must be an original.

A Federal Firearms License does not permit you to receive, sell, or transfer firearms or ammunition without first obtaining the proper State and/or local license, if any. Please check with your local authorities.

ATF Federal Firearms Licensing Center

M 5310.1 (12/94)

*U.S. GPO: 1998-432-258/84301



EXHIBIT
J-1



The Commonwealth of Massachusetts

Criminal History Systems Board
Firearms Record Bureau

## License to Sell, Rent or Lease Firearms, Rifles, Shotguns or Machine Guns

City or Town of: **NORTHBOROUGH**

State License Number: **D2000719D**          Expiration Date: **07/29/2012**

In accordance with the provisions of Chapter 140 section 122 & 123 of the General Laws, and amendments thereto, LICENSE is hereby granted to

**VILLAGE GUN SHOP**   to sell, rent or lease firearms, shotguns and rifles in the building

at **7 BELMONT STREET**      , in the **NORTHBOROUGH**      , county of **WORCESTER**      and Commonwealth of Massachusetts.
   Number    Street                          City/Town

This license is subject to all the conditions set forth in M.G.L. c. 140, § 123, and which states that this license shall be subject to forfeiture as provided in § 125 for breach of any of the conditions, and that, if the licensee hereunder is convicted of a violation of any such conditions, this license shall thereupon become void.

Issued By: _____

Authority: _____ *CHIEF OF POLICE*

Date Of Issue: **07/29/2009**

F.A-16 2/99

# The Commonwealth of Massachusetts

**City or Town of: <u>NORTHBOROUGH</u>**

Criminal History Systems Board
Firearms Record Bureau

State License Number: <u>D1000588I</u>

Expiration Date: <u>07/29/2012</u>

# LICENSE TO SELL AMMUNITION

*In accordance with the provisions of Chapter 140 section 122 & 123 of the General Laws, and amendments thereto, LICENSE is hereby granted to* <u>VILLAGE GUN SHOP</u> *to sell ammunition in the building located at:*

<u>7 BELMONT STREET</u>, *in the* <u>NORTHBOROUGH</u>, *county of* <u>WORCESTER</u>
<span style="font-size:smaller">Number  Street</span>              <span style="font-size:smaller">City/Town</span>

*and Commonwealth of Massachusetts.*

Issued By: _Mark K Leahy_

Date Of Issue: <u>07/29/2009</u>

Authority: _CHIEF OF POLICE_

FA-15 2/99



James Kemper Bond
#3SE943 015-06

# Know all Men by these Presents

That we ___VILLAGE GUN SHOP, INC.___

7 Belmont St. Rte.9, Northborough, MA ___ In the County of ___Worcester___

and Commonwealth of Massachusetts, as principal, and the ___National Grange Mutual___

___Insurance___ Company, a corporation

duly organized and existing under the laws of the State of ___New Hampshire___

having its principal office at ___Keene___ in the State of ___New Hampshire___

and being duly authorized to transact the business of fidelity insurance and corporation suretyship in

the Commonwealth of Massachusetts, as surety, are holden and stand firmly bound and obligated unto

the Commonwealth of Massachusetts in the sum of ___Ten Thousand and 00/100___ Dollars,

to be paid to the Honorable ___Timothy Cahill___

Treasurer and Receiver-General of the Commonwealth of Massachusetts, or his successor or successors

in office, to the payment whereof we jointly and severally bind ourselves and our heirs, executors and

administrators, successors and assigns, by these presents.

**The condition of this obligation is such** that whereas the said ___Village Gun___

___Shop, Inc.___ has been duly licensed to be a public warehouseman under the provisions

of Ch. 105 of the General Laws as amended,

**Now, therefore,** if the said ___Village Gun Shop, Inc.___

shall faithfully perform and discharge all the duties of a public warehouseman, as they now or may

hereafter exist, then this obligation shall be void, otherwise it shall be and remain in full force and

virtue.

**In witness whereof** the said ___Village Gun Shop, Inc.___

as principal, has hereunto set his hand and seal, and the said ___National Grange Mutual___

___Insurance___ Company has affixed

its corporate seal and caused these presents to be signed in its behalf by its ___

___Power of Attorney___ duly authorized thereto, this

___5th___ day of ___November___ ~~19~~ 2003

The signature of the Principal must
be witnessed on line below:

_Peter G. Dowd_ (Seal)
Peter G. Dowd, President

In the presence of

_Sara L. Brigham_

(Seal of Company)

National Grange Mutual Insurance Company

By _Stephen V. Walinsky_

Stephen V. Walinsky, Jr. Power of Attorney

The above bond examined and approved.

_____ 19___

___Governor.___

N.B. Power of attorney of recent date should be attached to this bond.

EXHIBIT K

# NATIONAL GRANGE MUTUAL
# INSURANCE COMPANY

*POWER OF ATTORN*

*KNOW ALL MEN BY THESE PRESENTS*: That the National Grange Mutual Insurance Company, a New Hampshire corporati
ing its principal office in the City of Keene, State of New Hampshire, pursuant to Article V, Section 2 of the By-Laws of said Con
to wit:

"Section 2. The board of directors, the president, any vice president, secretary, or the treasurer shall have the power and authority
to appoint attorneys-in-fact and to authorize them to execute on behalf of the company and affix the seal of the company theretc
bonds, recognizances, contracts of indemnity or writings obligatory in the nature of a bond, recognizance or conditional under-
taking and to remove any such attorneys-in-fact at any time and revoke the power and authority given to them. " Pursuant to
said by-law does hereby make, constitute and appoint Gina L Brigham Patricia A Fox

**Paul M Metzger Stephen V Walinsky Jr**

its true and lawful Attorneys-in-fact, to make, execute, seal and deliver for and on its behalf, and as its act and deed, bonds,
undertakings recognizances, contracts of indemnity, or other writings obligatory in the nature of a bond subject to the following
limitation:

1.            No one bond to exceed One Million Dollars ($1,000,000.00).

and to bind the National Grange Mutual Insurance Company thereby as fully and to the same extent as if such instruments were
signed by the duly authorized officers of the National Grange Mutual Insurance Company, and all the acts of said Attorney are
hereby ratified and confirmed.

This power of attorney is signed and sealed by facsimile under and by the authority of the following resolution adopted by the Direc
tors of The National Grange Mutual Insurance Company at a meeting duly called and held on the 2nd day of December 1977.

Voted: That the signature of any officer authorized by the By-Laws and the company seal may be affixed by facsimile to any
power of attorney or special power of attorney or certification of either given for the execution of any bond, undertaking,
recognizance or other written obligation in the nature thereof; such signature and seal, when so used being hereby adopted
by the company as the original signature of such office and the original seal of the company, to be valid and binding upon
the company with the same force and effect as though manually affixed.

By execution of this Power of Attorney, National Grange Mutual Insurance Company does hereby revoke, rescind and declare
null and void any previous Power of Attorney at any time previously furnished to the aforesaid individuals or agencies.

*IN WITNESS WHEREOF*, The National Grange Mutual Insurance Company has caused these presents to be signed by its Corpora
Secretary and its corporate seal to be hereto affixed this 23rd day of October, 2003. THIS APPOINTMENT SHALL CEASE
AND TERMINATE AUTOMATICALLY AS OF DECEMBER 31ST, 2006, unless sooner revoked as provided.

NATIONAL GRANGE MUTUAL INSURANCE COMPANY By: _____
THIS POWER IS INVALID IF RED DIAGONAL IMPRINT " NATIONAL GRANGE MUTUAL INSURANCE COMPANY, KEENE, N
HAMPSHIRE " IS NOT SHOWN IN ITS ENTIRETY.
State of New Hampshire, County of Cheshire
On this 23rd day of October, 2003, before the subscriber a Notary Public of the State of New Hampshire in and for the County of
Cheshire duly commissioned and qualified, came William C. McKenna of the National Grange Mutual Insurance Company to me
personally known to be the officer described herein, and who executed the preceding instrument, and he acknowledged the execution
of same, and being by me fully sworn, deposed and said that he is an officer of said Company, aforesaid: that the seal affixed to the
preceding instrument is the corporate seal of said Company, and the said corporate seal and his signature as officer were duly affixed
and subscribed to the said instrument by the authority and direction of the said Company; that Article V, Section 2 of the By-Laws o
said Company is now in force.
*IN WITNESS WHEREOF*, I have hereunto set my hand and affixed by official seal at Keene, New Hampshire this
23rd day of October, 2003.

Susan M Fortin

Notary Public
My Commission Expires: March 19, 2008

I Lyn E. Landry, Assistant Vice President of the National Grange Mutual Insurance Company, do hereby certify that the above and
foregoing is a true and correct copy of a Power of Attorney executed by said Company which is still in force and effect.
*IN WITNESS WHEREOF*, I have hereunto set my hand and affixed the seal of said Company at Keene, New Hampshire this
    5TH      day of  NOVEMBER          , 2003

Assistant Vice President

68,7340,006 brittone
WARNING — Any unauthorized reproduction or alteration of this document is prohibited. This power is void unless seals are readable
and the certification seal at the bottom is embossed. The diagonal imprint, warning and confirmation must be in red ink.

CONFIRMATION Of validity of attached bond, call NGM at: Keene 603-358-1339; Richmond 804-270-6611 ext. 138;
Syracuse 315-434-1410

BOND DEPARTMENT

AGENCY: 20-0228   C D Whitney Agency Inc

| CONTINUATION CERTIFICATE | BOND | S-145928 |
|---|---|---|

**Principal:**

Village Gunshop Inc
7 Belmont St  Rte 9
Box 450
Northborough, MA 01532

**Obligee:**

Commonwealth Of Massachusetts
Department Of Public Safety
One Ashburton Pl  Rm 1301
Boston MA 02167

**Bond Term in Months:** 12

**Effective Date:** 11/5/2008

**Expiration Date:** 11/5/2009

**Penalty Amount:**     $10,000

**Type of Bond:** License

**Classification:** Warehouse - Public

**Remarks:**

It is hereby agreed that the captioned numbered Bond is continued in force in the above amount for the period of the continued term stated above and is subject to all the convenants and conditions of said Bond.

This continuation shall be deemed a part of the original Bond, and not a new obligation, no matter how long the Bond has been in force or how many premiums are paid for the Bond, unless otherwise provided for by statute or ordinance applicable.

In witness whereof, the company has caused this instrument to be duly signed, sealed and dated as of the above "continuation effective date".

NGM INSURANCE COMPANY
*formerly known as National Grange Mutual Ins. Co.

By: _____

Attorney-in-fact

*NGM INSURANCE COMPANY · FOUNDED 1923 · FLORIDA*

This Continuation Certificate needs to be filed with the obligee.  No other proof of renewal has been sent to any other party.

Agency Bill