UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RUSSELL JARVIS; JAMES JARVIS; ROBERT CRAMPTON; and COMMONWEALTH SECOND AMENDMENT, INC.,<br>　　　　　　Plaintiffs<br><br>VS:<br><br>VILLAGE GUN SHOP , INC. d/b/a VILLAGE VAULT; and SECRETARY ANDREA CABRAL, in her Official Capacity As Secretary of the Executive Office of Public Safety and Security,<br>　　　　　　Defendants | CIVIL ACTION NUMBER:<br>1:12-cv-40032-JLT |

### *DEFENDANT, VILLAGE GUN SHOP, INC. d/b/a VILLAGE VAULT'S NOTICE OF OPPOSITION TO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT AGAINST DEFENDANT, VILLAGE GUN SHOP, INC. d/b/a VILLAGE VAULT*

Pursuant to Rule 56 of the Federal Rules of Civil Procedure and Local Rule 56.1 of this Honorable Court, Defendant, Village Gun Shop, Inc. d/b/a Village Vault, hereby opposes the Plaintiffs' Motion for Partial Summary Judgment against Defendant, Village Gun Shop, Inc. d/b/a Village Vault.

In support of said Defendant's Motion, the Defendant relies on the Pleadings, the Affidavits and Exhibits submitted to this Honorable Court, said Defendant's Response to Plaintiffs' Concise Statement of Material Facts and said Defendant's Memorandum of Law.

　　　　　　　　　　　　　Respectfully submitted,
　　　　　　　　　　　　　VILLAGE GUN SHOP, INC. d/b/a
　　　　　　　　　　　　　VILLAGE VAULT,　　Defendant
　　　　　　　　　　　　　By Its Attorney,

　　　　　　　　　　　　　/s/Wayne M. LeBlanc

　　　　　　　　　　　　　**Wayne M. LeBlanc, Esquire**
　　　　　　　　　　　　　Glickman, Sugarman, Kneeland & Gribouski
　　　　　　　　　　　　　11 Harvard Street - P.O. Box 2917
　　　　　　　　　　　　　Worcester, MA 01613-2917
　　　　　　　　　　　　　Tel. (508) 756-6206
Dated: November 22, 2013　　BBO#: 290875

Respectfully submitted,
VILLAGE GUN SHOP, INC. d/b/a
VILLAGE VAULT, Defendant
By Its Attorney,

/s/David J. Kneeland

---

**David J. Kneeland, Esquire**

Glickman, Sugarman, Kneeland & Gribouski
11 Harvard Street - P.O. Box 2917
Worcester, MA 01613-2917
Tel. (508) 756-6206
BBO#: 275730

Dated: November 22, 2013