## CERTIFICATE OF SERVICE

We hereby certify that a copy of the **DEFENDANT, VILLAGE GUN SHOP, INC. d/b/a VILLAGE VAULT'S NOTICE OF OPPOSITION TO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT AGAINST DEFENDANT, VILLAGE GUN SHOP, INC. d/b/a VILLAGE VAULT** was this day served through the ECF system, which was sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on the 22nd day of November, 2013.

Date:  November 22, 2013            /s/  Wayne M. LeBlanc            .
                                    Wayne M. LeBlanc


Date:  November 22, 2013            /s/  David J. Kneeland            .
                                    David J. Kneeland