UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

RUSSELL JARVIS; JAMES JARVIS; ROBERT )
CRAMPTON; and COMMONWEALTH SECOND )
AMENDMENT, INC., )
                Plaintiffs )
                 )     CIVIL ACTION NUMBER:
VS: )     1:12-cv-40032-JLT
                 )
VILLAGE GUN SHOP, INC. d/b/a VILLAGE )
VAULT; and SECRETARY ANDREA CABRAL, )
in her Official Capacity As Secretary of the )
Executive Office of Public Safety and Security, )
                Defendants )
                 )

## **_DEFENDANT, VILLAGE GUN SHOP, INC. d/b/a VILLAGE VAULT'S RESPONSE TO PLAINTIFFS' STATEMENT OF UNDISPUTED MATERIAL FACTS_**

Pursuant to Rule 56 and Local Rule 56.1, Defendant, Village Gun Shop, Inc. d/b/a Village Vault ("Village Vault") respectfully submits the following response to the Plaintiffs' Statement of Undisputed Material Facts:

1. With respect to Paragraphs 1 through 46, Defendant, Village Vault, is without sufficient information or documentation to either admit to or dispute Plaintiffs' alleged undisputed facts without further Discovery.

2. With respect to Paragraphs 47 through 49, Defendant, Village Vault, concurs with said facts.

3. With respect to Paragraphs 50 and 51, Defendant, Village Vault, is without sufficient Information or documentation to either admit to or dispute Plaintiffs' alleged undisputed facts without further Discovery.

4. With respect to Paragraphs 52 and 53, Defendant, Village Vault, concurs with said facts.

5. With respect to Paragraphs 54 and 55, Defendant, Village Vault, is without sufficient Information or documentation to either admit to or dispute Plaintiffs' alleged undisputed facts without further Discovery.

6. With respect to Paragraphs 56 through 63, Defendant, Village Vault, concurs with said facts.

7. With respect to Paragraphs 64 and 65, Defendant, Village Vault, concurs with said facts.

8. With respect to Paragraph 66, Defendant, Village Vault, is without sufficient Information or documentation to either admit to or dispute Plaintiffs' alleged undisputed facts without further Discovery.

9. With respect to Paragraph 67, Defendant, Village Vault, concurs with said facts.

10. With respect to Paragraphs 68 through 76, Defendant, Village Vault, is without sufficient information or documentation to either admit to or dispute Plaintiffs' alleged undisputed facts without further Discovery.

11. With respect to Paragraphs 77 through 84, Defendant, Village Vault, concurs with said facts.

Respectfully submitted,
VILLAGE GUN SHOP, INC. d/b/a
VILLAGE VAULT,     Defendant
By Its Attorney,

/s/Wayne M. LeBlanc

---

**Wayne M. LeBlanc, Esquire**
Glickman, Sugarman, Kneeland & Gribouski
11 Harvard Street - P.O. Box 2917
Worcester, MA  01613-2917
Tel.  (508) 756-6206
BBO#: 290875

Dated: November 22, 2013

Respectfully submitted,
VILLAGE GUN SHOP, INC. d/b/a
VILLAGE VAULT,  Defendant
By Its Attorney,

/s/David J. Kneeland

---

**David J. Kneeland, Esquire**

Glickman, Sugarman, Kneeland & Gribouski
11 Harvard Street -  P.O. Box 2917
Worcester, MA  01613-2917
Tel.  (508) 756-6206
BBO#: 275730

Dated: November 22, 2013