UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RUSSELL JARVIS; JAMES JARVIS; ROBERT CRAMPTON; and COMMONWEALTH SECOND AMENDMENT, INC.,<br><br>                      Plaintiffs,<br><br>-against-<br><br>VILLAGE GUN SHOP, INC. d/b/a VILLAGE VAULT; and SECRETARY MARY E. HEFFERNAN, in her Official Capacity as Secretary of the Executive Office of Public Safety and Security,<br><br>                      Defendants. | CIVIL ACTION NO.<br>1:12-cv-40032 |

### **CONSENT MOTION FOR ADDITIONAL TIME**

COME NOW the Plaintiffs and respectfully move the Court to allow them until Wednesday, December 4, 2013 to file their response to Defendant Secretary Cabral's motion to defer summary judgment until limited discovery has been taken (Doc. No. 41). In support of this motion, Plaintiffs state as follows:

1) Plaintiffs moved for partial summary judgment on October 14, 2013 (Doc. No. 32). Defendant Secretary Cabral responded on November 21, 2013 by moving to defer the motion to allow for limited discovery (Doc. No. 41). Plaintiffs previously advised the Court that they would file an opposition to Secretary Cabral's motion today.

2) Counsel for Plaintiffs and for Secretary Cabral have since discussed a proposal that would resolve Secretary Cabral's motion by establishing a schedule for certain items of discovery and deferring the summary judgment motion accordingly. Unfortunately, the parties have not been able to finalize this proposal as of this

afternoon.  All parties have travel and familial obligations over Thanksgiving (two days hence) and we therefore will not be able to resolve this matter until next week.

3) Plaintiffs therefore request that they be allowed until Wednesday, December 4, 2013 to respond to Defendant Secretary Cabral's motion to defer, in the event the parties are ultimately unable to finalize the discovery proposal discussed above.

4) All parties consent to this request and have reviewed this submission in advance.

                              Respectfully submitted,

                              THE PLAINTIFFS,
                              By their attorneys,

                              /s/ David D. Jensen
                              David D. Jensen, Esq.
                              NYS Attorney Registration No. 4234449
                              DAVID JENSEN PLLC
                              111 John Street, Suite 230
                              New York, New York 10038
                              Tel:  212.380.6615
                              Fax: 917.591.1318
                              david@djensenpllc.com
                              Admitted *Pro Hac Vice*

                              Patrick M. Groulx, Esq.
                              BBO No. 673394
                              POLIS LEGAL
                              P.O. Box 45504
                              Somerville, Massachusetts 02145
                              Tel:  978.549.3124
                              Fax:  617.500.9955
Dated: November 26, 2013         pgroulx@polislegal.com

## CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on November 26, 2013.

                                          /s/ David D. Jensen
                                        David D. Jensen, Esq.