UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| RUSSELL JARVIS, et al., | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| v. | * | |
| | * | |
| VILLAGE GUN SHOP, INC. d/b/a | * | Civil Action No. 12-40032-JLT |
| VILLAGE VAULT and SECRETARY | * | |
| ANDREA CABRAL, in her Official | * | |
| Capacity as Secretary of the Executive | * | |
| Office of Public Safety and Security, | * | |
| | * | |
| Defendants. | * | |

ORDER

December 5, 2013

TAURO, J.

This court hereby orders that:

1. The Parties shall submit a joint proposal recommending a discovery schedule and time frame for responding to Plaintiffs' Motion for Partial Summary Judgment [#32] by December 11, 2013.

2. In light of this order and the Parties' attempt to reach an agreement regarding discovery matters, Defendant Cabral's Rule 56(d) Motion [#41], Defendant Cabral's Assented-to Motion to Extend [#42], and Plaintiff's Consent Motion for Additional Time [#47] are DENIED AS MOOT.

3. The deadline for responding to Plaintiffs' Motion for Partial Summary Judgment [#32] is postponed until this court has received and considered the Parties' joint

proposal. In the event that the Parties are unable to reach an agreement, they may resubmit their motions for extension of time to respond.

IT IS SO ORDERED.

                                              /s/ Joseph L. Tauro
                                              United States District Judge