UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RUSSELL JARVIS; JAMES JARVIS; ROBERT CRAMPTON; and COMMONWEALTH SECOND AMENDMENT, INC., <br><br> Plaintiffs, <br><br> -against- <br><br> VILLAGE GUN SHOP, INC. d/b/a VILLAGE VAULT; and SECRETARY ANDREA CABRAL, in her Official Capacity as Secretary of the Executive Office of Public Safety and Security, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) CIVIL ACTION NO. 1:12-cv-40032 |

### <u>Stipulation Regarding Discovery</u>

The parties hereby stipulate and agree as follows:

1)      **Background.**  Plaintiffs moved for partial summary judgment on October 14, 2013 (Doc. No. 32).  Defendant Secretary Cabral responded on November 21, 2013 by moving to defer the motion to allow for limited discovery (Doc. No. 41).  The parties have since agreed to propose that the Court stay the summary judgment motion pending discovery, as follows.

2)      **Discovery Requests.**  No later than January 7, 2014, Defendant Secretary Cabral will serve interrogatories on the Plaintiffs and will serve subpoenas duces tecum on pertinent police departments and others as necessary to obtain documents related to plaintiffs' firearms and firearms licenses.

3)      **Discovery Responses.**  Plaintiffs will respond to the interrogatories within 14 days of their receipt.  Defendant Secretary Cabral will make subpoenas returnable no more than 21 days from their date of service.

i.    **Privacy Under Massachusetts Law.**   The licensing records of the Firearms Records Bureau and the respective police departments may be disclosed in this action consistently with M.G.L. c. 66, § 10(d)   That section provides, in part, that authorities "shall not disclose any records divulging or tending to divulge the names and addresses of persons who own or possess firearms . . . [and] of persons licensed to carry and/or possess the same . . .  except to the extent such information relates solely to the person making the request and is necessary to the official interests of the entity making the request.  Plaintiffs Russell Jarvis, James Jarvis, and Robert Crampton hereby request disclosure under this provision and in furtherance of this Stipulation.  The plaintiffs' consent to disclosure is evidenced by the signature of their counsel below.

4)    **Response to Summary Judgment Motion.**  Within 75 days, Defendant Secretary Cabral will respond to the summary judgment motion, and Defendant Village Gun Shop, Inc. may supplement or amend its response.  However, if the foregoing discovery has not been completed within 50 days of the Court's approval of this Stipulation, notwithstanding the parties' diligent efforts and their compliance with the above schedule, then the parties agree that extension will be necessary.

5)    **Resolution of Pending Motions.**  Plaintiffs' motion for summary judgment (Doc. No. 32) shall be, and hereby is, STAYED until Defendant Secretary Cabral's response to the motion becomes due as set forth above.  .

IT IS SO ORDERED this _____ day of December, 2013.

_____
Joseph L. Tauro
United States District Judge

Respectfully submitted,

THE PLAINTIFFS,
By their attorneys,

 /s/ David D. Jensen
David D. Jensen, Esq.
NYS Attorney Registration No. 4234449
DAVID JENSEN PLLC
111 John Street, Suite 420
New York, New York 10038
Tel:  212.380.6615
Fax:  917.591.1318
david@djensenpllc.com
Admitted *Pro Hac Vice*

Patrick M. Groulx, Esq.
BBO No. 673394
POLIS LEGAL
P.O. Box 45504
Somerville, Massachusetts 02145
Tel:  978.549.3124
Fax:  617.500.9955
Dated: December 11, 2013        pgroulx@polislegal.com

VILLAGE GUN SHOP, INC. d/b/a
VILLAGE VAULT,   Defendant
By Its Attorney,

/s/   Wayne M. LeBlanc
Wayne M. LeBlanc, Esquire
BBO No. 290875
David J. Kneeland, Esquire
BBO No. 275730
Glickman, Sugarman, Kneeland & Gribouski
11 Harvard Street -  P.O. Box 2917
Worcester, MA  01613-2917
Dated:  December 11, 2013       Tel.  508-756-6206

SECRETARY MARY E. HEFFERNAN,   Defendant
By Its Attorney,

/s/ David R. Marks
David R. Marks, Esquire
BBO No. 548982
Assistant Attorney General
Office of the Attorney General
One Ashburton Place, Room 2019
Boston, MA 02108-1698
Tel. (617) 963-2362
Dated: December 11, 2013          david.marks@state.us.ma


## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on December 11, 2013.

/s/ David D. Jensen
David D. Jensen, Esq.