UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RUSSELL JARVIS, et al., | * |
| Plaintiffs, | * |
| v. | * |
| VILLAGE GUN SHOP, INC. d/b/a VILLAGE VAULT and SECRETARY ANDREA CABRAL, in her Official Capacity as Secretary of the Executive Office of Public Safety and Security, | *   Civil Action No. 12-40032-JLT |
| Defendants. | * |

ORDER

January 7, 2014

TAURO, J.

After considering the Parties' Stipulation Regarding Discovery [#49], this court hereby orders that:

1. Defendant Secretary Cabral may conduct the following depositions: (1) Russell Jarvis; (2) James Jarvis; and (3) Robert Crampton. No interrogatories shall be allowed.

2. The above-listed depositions shall be completed no later than March 7, 2014.

3. Defendant Secretary Cabral may also serve subpoenas duces tecum on pertinent police departments and other third parties as necessary to obtain documents relevant to Plaintiffs' firearms and firearms licenses. Defendant Secretary Cabral shall make subpoenas returnable no more than 21 days from their dates of service.

4. No further discovery is allowed without leave of this court.

5. The licensing records of the Firearms Records Bureau and the respective police departments may be disclosed in this action consistently with M.G.L. c. 66, § 10(d). That section provides, in part, that authorities "shall not disclose any records divulging or tending to divulge the names and addresses of persons who own or possess firearms . . . [and] of persons licensed to carry and/or possess the same . . . except to the extent such information relates solely to the person making the request and is necessary to the official interests of the entity making the request." Plaintiffs Russell Jarvis, James Jarvis, and Robert Crampton have requested disclosure under this provision of Massachusetts law and their consent is reflected in the <u>Stipulation Regarding Discovery</u> [#49].

6. Defendant Secretary Cabral shall respond to Plaintiffs' pending <u>Motion for Partial Summary Judgment</u> [#32] by March 21, 2014. Defendant Village Gun Shop, Inc. may supplement or amend its response by March 21, 2014.

7. Plaintiff's <u>Motion for Partial Summary Judgment</u> [#32] is held in abeyance until Defendants' responses become due on March 21, 2014.

8. A further hearing will be scheduled.

IT IS SO ORDERED.

       /s/ Joseph L. Tauro
       United States District Judge