UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RUSSELL JARVIS; JAMES JARVIS; ROBERT CRAMPTON; and COMMONWEALTH SECOND AMENDMENT, INC.,<br><br>　　　　　　　　　　　　　Plaintiffs,<br><br>-against-<br><br>VILLAGE GUN SHOP, INC. d/b/a VILLAGE VAULT; and SECRETARY ANDREA CABRAL, in her Official Capacity as Secretary of the Executive Office of Public Safety and Security,<br><br>　　　　　　　　　　　　　Defendants. | CIVIL ACTION NO.<br>1:12-cv-40032 |

### STIPULATION REGARDING DISCOVERY

The parties hereby stipulate and agree as follows:

1) **Background.** Plaintiffs moved for partial summary judgment on October 14, 2013 (Doc. No. 32). Defendant Secretary Cabral responded on November 21, 2013 by moving to defer the motion to allow for limited discovery (Doc. No. 41). The parties have since agreed to propose that the Court stay the summary judgment motion pending discovery, as follows.

2) **Discovery Requests.** No later than January 7, 2014, Defendant Secretary Cabral will serve interrogatories on the Plaintiffs and will serve subpoenas duces tecum on pertinent police departments and others as necessary to obtain documents related to plaintiffs' firearms and firearms licenses.

3) **Discovery Responses.** Plaintiffs will respond to the interrogatories within 14 days of their receipt. Defendant Secretary Cabral will make subpoenas returnable no more than 21 days from their date of service.

i. **Privacy Under Massachusetts Law.** The licensing records of the Firearms Records Bureau and the respective police departments may be disclosed in this action consistently with M.G.L. c. 66, § 10(d) That section provides, in part, that authorities "shall not disclose any records divulging or tending to divulge the names and addresses of persons who own or possess firearms . . . [and] of persons licensed to carry and/or possess the same . . . except to the extent such information relates solely to the person making the request and is necessary to the official interests of the entity making the request. Plaintiffs Russell Jarvis, James Jarvis, and Robert Crampton hereby request disclosure under this provision and in furtherance of this Stipulation. The plaintiffs' consent to disclosure is evidenced by the signature of their counsel below.

4) **Response to Summary Judgment Motion.** Within 75 days, Defendant Secretary Cabral will respond to the summary judgment motion, and Defendant Village Gun Shop, Inc. may supplement or amend its response. However, if the foregoing discovery has not been completed within 50 days of the Court's approval of this Stipulation, notwithstanding the parties' diligent efforts and their compliance with the above schedule, then the parties agree that extension will be necessary.

5) **Resolution of Pending Motions.** Plaintiffs' motion for summary judgment (Doc. No. 32) shall be, and hereby is, STAYED until Defendant Secretary Cabral's response to the motion becomes due as set forth above. .

IT IS SO ORDERED this 19 day of December, 2013.

Joseph L. Tauro
United States District Judge