UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| RUSSELL JARVIS; JAMES JARVIS; ROBERT CRAMPTON; and COMMONWEALTH SECOND AMENDMENT, INC.,<br><br>                Plaintiffs,<br><br>-against-<br><br>VILLAGE GUN SHOP, INC. d/b/a VILLAGE VAULT; and SECRETARY ANDREA CABRAL, in her Official Capacity as Secretary of the Executive Office of Public Safety and Security,<br><br>                Defendants. | CIVIL ACTION NO. 1:12-cv-40032 |

### JOINT MOTION FOR CLARIFICATION AND/OR RECONSIDERATION

All parties request that the Court clarify and/or reconsider the two orders it recently issued regarding discovery (Doc. Nos. 50-51) on the ground that the two orders cannot be reconciled. Moreover, issues that have recently arisen suggest a modification of the approach.

    1)    **Background.**  Plaintiffs moved for summary judgment on October 14, 2013 (Doc. No. 32), and on November 21, 2013 Defendant Secretary Cabral responded to the motion by requesting discovery (Doc. No. 41). On December 11, 2013, pursuant to the Court's direction (Doc. No. 48), the parties jointly submitted a proposed discovery schedule (Doc. No. 49). This proposal contemplated that Defendant Cabral would serve interrogatories on the three individual plaintiffs, and that Defendant Cabral would also serve subpoenas (duces taceum) on appropriate police departments to obtain pertinent records.

    2)    **The Two Orders.**  On January 7, 2014 the Court entered an order that substantively adopted the parties' proposal, except that the Court directed the parties to utilize

depositions rather than interrogatories (Doc. No. 50).  The parties began implementing this order.  However, about three weeks later (on January 30, 2014) the clerk docketed a second order that adopted the proposal the parties had submitted on December 11, 2013 (Doc. No. 51).  Further confusing the matter, the "second" order was dated December 19, 2013 – which is prior to the date of the "first" order.  Hence, the "first" order prohibits interrogatories in favor of depositions, while the "second" order instead directs the parties to utilize interrogatories, and it is unclear whether the "second" order was actually second in time.

      3)    **<u>Additional Considerations.</u>**  Two issues have impacted our attempts to schedule depositions.  First, Plaintiff Russell Jarvis is in Florida and will not return to Massachusetts until early May.  Second, Plaintiff Robert Crampton is confined to a wheelchair, and his transportation needs have posed a problem for scheduling.

      4)    **<u>Proposed Resolution of the Two Orders.</u>**  The parties respectfully request that the Court enter an order resolving the conflict between the two prior orders.  In light of the issue raised in the above paragraph, the parties respectfully request that the Court allow the parties to use either interrogatories or depositions, as they deem appropriate, but in all events within the time period contemplated by both orders.

    Respectfully submitted,

    THE PLAINTIFFS,
    By their attorneys,

    /s/ David D. Jensen
    David D. Jensen, Esq.
    NYS Attorney Registration No. 4234449
    DAVID JENSEN PLLC
    111 John Street, Suite 420
    New York, New York 10038
    Tel:  212.380.6615
    Fax:  917.591.1318
    david@djensenpllc.com
    Admitted *Pro Hac Vice*

|  |  |
|---|---|
|  | Patrick M. Groulx, Esq. |
|  | BBO No. 673394 |
|  | POLIS LEGAL |
|  | P.O. Box 45504 |
|  | Somerville, Massachusetts 02145 |
|  | Tel: 978.549.3124 |
|  | Fax: 617.500.9955 |
| Dated: February 11, 2014 | pgroulx@polislegal.com |

VILLAGE GUN SHOP, INC. d/b/a
VILLAGE VAULT,   Defendant
By Its Attorney,

/s/   Wayne M. LeBlanc
Wayne M. LeBlanc, Esquire
BBO No. 290875
David J. Kneeland, Esquire
BBO No. 275730
Glickman, Sugarman, Kneeland & Gribouski
11 Harvard Street -  P.O. Box 2917
Worcester, MA  01613-2917
Dated:  February 11, 2014    Tel.  508-756-6206

SECRETARY ANDREA CABRAL,   Defendant
By Its Attorney,

/s/ David R. Marks
David R. Marks, Esquire
BBO No. 548982
Assistant Attorney General
Office of the Attorney General
One Ashburton Place, Room 2019
Boston, MA 02108-1698
Tel. (617) 963-2362
Dated: February 11, 2014    david.marks@state.us.ma

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on February 11, 2014.

 /s/ David D. Jensen
David D. Jensen, Esq.

-3-