UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| RUSSELL JARVIS, et al., | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| v. | * | |
| | * | |
| VILLAGE GUN SHOP, INC. d/b/a | * | Civil Action No. 12-40032-JLT |
| VILLAGE VAULT and SECRETARY | * | |
| ANDREA CABRAL, in her Official | * | |
| Capacity as Secretary of the Executive | * | |
| Office of Public Safety and Security, | * | |
| | * | |
| Defendants. | * | |

ORDER

February 14, 2014

TAURO, J.

Having considered the Parties' Joint Motion for Clarification and/or Reconsideration [#52], this court hereby orders that:

1. Parties shall disregard docket entry #51 dated December 19, 2013. This was docketed in error.

2. This court's January 7, 2013 Order [#50] presently governs discovery in this matter.

3. In light of the additional considerations raised by the Parties' Joint Motion, a Status Conference will be held in the near future to set a discovery schedule and a briefing schedule on Plaintiffs' Motion for Partial Summary Judgment [#32]. A date will be announced by the court.

4.       At said Status Conference, the Parties shall be prepared to discuss what discovery has already occurred and to propose an updated discovery schedule setting forth deadlines with exact dates.

5.       The Parties' <u>Joint Motion for Clarification and/or Reconsideration</u> [#52] is ALLOWED to the extent set forth in this Order.

IT IS SO ORDERED.

/s/ Joseph L. Tauro  
United States District Judge
