UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| RUSSELL JARVIS, et al., | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| v. | * | |
| | * | |
| VILLAGE GUN SHOP, INC. d/b/a | * | Civil Action No. 12-40032-JLT |
| VILLAGE VAULT and SECRETARY | * | |
| ANDREA CABRAL, in her Official | * | |
| Capacity as Secretary of the Executive | * | |
| Office of Public Safety and Security, | * | |
| | * | |
| Defendants. | * | |

ORDER

March 12, 2014

TAURO, J.

After a Scheduling Conference held on March 11, 2014, this court hereby orders that:

1. The Parties are authorized to serve interrogatories on Robert Crampton. The interrogatories shall be served by April 3, 2014 and returned no later than May 3, 2014.

2. The deadline for the Parties to complete the remaining deposition of Russell Jarvis is extended to May 24, 2014.

3. Plaintiffs shall have until May 31, 2014 to amend their motion for partial summary judgment.

4. Defendant Village Vault shall have until June 30, 2014 to amend or supplement its opposition. Defendant Secretary Andrea Cabral shall have until June 30, 2014 to file her response to the motion for partial summary judgment.

5. Plaintiffs shall file their reply by the earlier of: (1) fourteen days after the second Defendant has filed or amended its opposition, or (2) July 14, 2014.

6. A further Pretrial Conference is scheduled for August 26, 2014 at 11:00 a.m.

7. Counsel for Defendant Secretary Cabral shall advise this court of times that are convenient for the Secretary to appear and discuss the status of any regulatory proposals relevant to this case.

IT IS SO ORDERED.

/s/ Joseph L. Tauro
United States District Judge