UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

DOCKET NO. 1:12-cv-40032-JLT

**RUSSELL JARVIS, JAMES JARVIS, ROBERT CRAMPTON and COMMONWEALTH SECOND AMENDMENT, INC.**
      **Plaintiffs,**

 v.

**VILLAGE GUN SHOP, INC. d/b/a VILLAGE VAULT and SECRETARY ANDREA CABRAL, in her Official Capacity as Secretary of the Executive Office of Public Safety and Security,**
      **Defendants.**

## JOINT MOTION TO AMEND SCHEDULING ORDER AND CONTINUE HEARING ON MOTION FOR PARTIAL SUMMARY JUDGMENT

The parties respectfully jointly move to amend the scheduling order of March 12, 2014, and to continue the hearing scheduled for July 10, 2014.

1. The parties to the above-captioned matter jointly ask the Court to continue the hearing date (on the motion for partial summary judgment) presently scheduled for July 10, 2014, to another date.

2. This request is consistent with the parties' joint request for rescheduling the following due dates, and for additional time to finish briefing on the motion for partial summary judgment.

3. All parties jointly request that the March 12, 2014 scheduling order be amended to make both the defendant, Secretary of Public Safety and Security's, responsive memoranda, and the defendant, Village Gun Shop's, amended or supplemental opposition due on August 15, 2014; and to make the plaintiff's reply memorandum

due on September 2, 2014, with a hearing on the motion to be held thereafter.

4. This joint request for rescheduling is necessary because counsel for the defendant, Secretary of Public Safety and Security, has previously scheduled, pre-paid, out of state travel during most of the month of July; and the parties have been unable, up to the present time, to finalize production of the transcripts of the depositions of the plaintiffs James Jarvis and Russell Jarvis including their completing their review of the transcripts and submission of errata sheets, if any.

Wherefore, the parties jointly request this motion be allowed in the interests of justice.

Respectfully submitted,

For the Plaintiffs,

RUSSELL JARVIS, JAMES JARVIS, ROBERT CRAMPTON and COMMONWEALTH SECOND AMENDMENT, INC.

By their attorneys,

/s/ David D. Jensen
David D. Jensen, Esq.
DAVID JENSEN PLLC
111 John St, Suite 420
New York, NY 10038
Tel: 212.380.6615
Fax: 917.591.1318
david@djensenpllc.com

Admitted *Pro Hac Vice*
Patrick M. Groulx, Esq.
BBO No. 673394
POLIS LEGAL
P.O. Box 45504
Somerville, Massachusetts 02145
Tel: 978.549.3124
Fax: 617.500.9955
pgroulx@polislegal.com

For the Defendant,

VILLAGE GUN SHOP, INC. d/b/a
VILLAGE VAULT, Defendant

By Its Attorneys,
/s/ Wayne M. LeBlanc
Wayne M. LeBlanc, Esq.
BBO No.: 290875
Glickman, Sugarman, Kneeland & Gribouski
11 Harvard Street - P.O. Box 2917
Worcester, MA 01613-2917
Tel. 508-756-6206

David J. Kneeland, Esq.
BBO No.: 275730
Glickman, Sugarman, Kneeland & Gribouski
11 Harvard Street - P.O. Box 2917
Worcester, MA 01613-2917
Tel. 508-756-6206

SECRETARY ANDREA CABRAL,
Defendant

By Her Attorney,
/s/ David R. Marks
David R. Marks
Assistant Attorney General
BBO No. 548982
Office of the Attorney General
One Ashburton Place, Room 2019
Boston, MA 02108-1698
Tel. (617) 963-2362
david.marks@state.us.ma

June 30, 2014

## CERTIFICATE OF SERVICE

I hereby certify that this document was filed through the ECF system, with copies sent to the registered participants as identified on the Notice of Electronic Filing ("NEF") on June 30, 2014

/s/ David R. Marks
_____
David R. Marks
Assistant Attorney General

June 30, 2014

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1

Pursuant to Local Rule 7.1(a)(2), I hereby certify that I contacted counsel for the plaintiffs and attempted to confer in an attempt in good faith to resolve or narrow the issue.

/s/ David R. Marks
_____
David R. Marks
Assistant Attorney General