UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

DOCKET NO. 1:12-cv-40032-JLT

**RUSSELL JARVIS, JAMES JARVIS, ROBERT CRAMPTON and COMMONWEALTH SECOND AMENDMENT, INC.**
                    Plaintiffs,

v.

**VILLAGE GUN SHOP, INC. d/b/a VILLAGE VAULT and SECRETARY ANDREA CABRAL[1], in her Official Capacity as Secretary of the Executive Office of Public Safety and Security,**
                    Defendants.

**MOTION FOR ADDITIONAL FOUR BUSINESS DAYS TO FILE MEMORANDUM RESPONSIVE TO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT**

The state defendant, Secretary Andrea Cabral, in her official capacity as Secretary of the Executive Office of Public Safety and Security ("Secretary"), respectfully moves for an additional four business days, to on or before August 21, 2014, to file a responsive memorandum to plaintiffs' motion for partial summary judgment. As reasons in support, the Secretary relies on the Affidavit of David R. Marks, attached hereto and incorporated herein by reference.

Respectfully submitted,

MARTHA COAKLEY
ATTORNEY GENERAL
/s/ David R. Marks

David R. Marks, BBO No. 548982
Assistant Attorney General
Office of the Attorney General
One Ashburton Place, Room 2019
Boston, MA 02108-1698
(617) 963-2362 //Facsimile: (617) 727-5785

Date: August 14, 2014        david.marks@state.us.ma

---

[1] *Under Fed. R. Civ. P. 25(d), Andrea Cabral, as the successor in office, is substituted as a party.

## CERTIFICATE OF SERVICE

I hereby certify that this document was filed through the ECF system, with copies sent to the registered participants as identified on the Notice of Electronic Filing ("NEF") on August 14, 2014.

/s/ David R. Marks
_____
David R. Marks
Assistant Attorney General

August 14, 2014

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1

Pursuant to Local Rule 7.1(a)(2), I hereby certify that I contacted counsel for the plaintiffs by electronic mail and attempted to confer in an attempt in good faith to resolve or narrow the issue.

/s/ David R. Marks
_____
David R. Marks
Assistant Attorney General