UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RUSSELL JARVIS; JAMES JARVIS; ROBERT CRAMPTON; and COMMONWEALTH SECOND AMENDMENT, INC.,<br><br>        Plaintiffs,<br><br>   -against-<br><br>VILLAGE GUN SHOP, INC. d/b/a VILLAGE VAULT; and SECRETARY ANDREA CABRAL, in her Official Capacity as Secretary of the Executive Office of Public Safety and Security,*<br>        Defendants. | CIVIL ACTION NO.<br>1:12-cv-40032-JLT |

## AFFIDAVIT OF DAVID R. MARKS

I, David R. Marks, hereby depose and state the following:

1. I am an Assistant Attorney General for the Commonwealth of Massachusetts. I have been assigned to represent the defendant, Andrea Cabral, as she is the Secretary of the Executive Office of Public Safety and Security ("Secretary").

2. The plaintiffs have filed a Motion for Partial Summary Judgment against Defendant Village Gun Shop, Inc. d/b/a Village Vault in this matter. The motion seeks declaratory relief and judgment of liability against defendant Village Gun Shop. The relief sought includes a judicial declaration that the procedures in G. L. c. 140, § 129D, a statute the Secretary is charged with administering, violate the plaintiffs' constitutional due process rights.

3. The Secretary has been allowed to August 15, 2014 to file a memorandum responsive to plaintiffs' motion for partial summary judgment. The Secretary requires four additional business days to complete work on this memorandum, for the following reasons:

 a) Undersigned counsel for the Secretary has requested certified copies from the

---

*Under Fed. R. Civ. P. 25(d), Andrea Cabral, as the successor in office, is substituted as a party.

North Adams District Court of the court file of the G. L. c. 209A complaint for a restraining order that originally caused the State Police to seize the plaintiff James Jarvis's firearms that is part of the basis of the present lawsuit, and there has been a delay in obtaining those copies;

      b)      Yesterday, August 13, 2014, the Governor signed legislation that, among other things, amends the language of G. L. c. 140, § 129D, the statute that is at the center of this case, the provisions of which the plaintiffs claim violate due process, and the Secretary needs additional time to determine what role such amendments may play in the responsive memorandum being drafted;

      c)      My work on the memorandum will be interrupted by the need to attend, today, August 14, 2014, a hearing in Brockton on a motion for judgment on the pleadings in <u>Brown v. Delmonte</u>, Bridgewater Chief of Police, Plymouth Superior Court No. PLCV2012-00146;

      d)      My work on the memorandum has been interrupted repeatedly over the past several weeks due to a flare up of a chronic medical condition my wife suffers, requiring me to devote extra time to caring for my wife and my 10-year old child; and

      e)      Supervision and review of the memorandum will need to be conducted by both internal supervisors in the Attorney General's Office and by staff in the Secretary's office, and such review needs to accommodate other work and vacation schedules.

      4.      For these reasons, the Secretary requests an additional four business days, to August 21, 2014, within which to file the Secretary's responsive memorandum.

      Sworn to under the penalties of perjury, this 14th day of August, 2014.

                                    /s/ David R. Marks
                                    _____
                                    David R. Marks