UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RUSSELL JARVIS; JAMES JARVIS; ROBERT CRAMPTON; and COMMONWEALTH SECOND AMENDMENT, INC.,<br><br>       Plaintiffs,<br><br>  -against-<br><br>VILLAGE GUN SHOP, INC. d/b/a VILLAGE VAULT; and SECRETARY ANDREA CABRAL, in her Official Capacity as Secretary of the Executive Office of Public Safety and Security,<br><br>       Defendants. | CIVIL ACTION NO.<br>1:12-cv-40032 |

**PLAINTIFFS' RESPONSE TO DEFENDANT SECRETARY
CABRAL'S MOTION FOR AN EXTENSION OF TIME**

Plaintiffs do not oppose Defendant Secretary Cabral's motion (Doc. No. 62) for a four business day extension of time to respond to the partial summary judgment motion.

Plaintiffs respectfully request that the Court allow them a concomitant extension of their time to file a reply brief, to and including September 8, 2014.

       Respectfully submitted,

       THE PLAINTIFFS,
       By their attorneys,

       /s/ David D. Jensen
       David D. Jensen, Esq.
       NYS Attorney Registration No. 4234449
       DAVID JENSEN PLLC
       111 John Street, Suite 420
       New York, New York 10038
       Tel:  212.380.6615
       Fax: 917.591.1318
       david@djensenpllc.com
       Admitted *Pro Hac Vice*

|  |  |
|---|---|
|  | Patrick M. Groulx, Esq. |
|  | BBO No. 673394 |
|  | Donahue, Grolman & Earle |
|  | 321 Columbus Avenue |
|  | Boston MA 02116 |
|  | Tel: 617.859.8966 |
|  | Fax: 617.859.8903 |
| Dated: August 19, 2014 | patrick@d-and-g.com |

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on August 19, 2014.

 /s/ David D. Jensen    
David D. Jensen, Esq.