# ATTACHMENT B

# ATTACHMENT B



EXHIBIT
JAJ 1
NMK 3/7/14

Home | Help | Logout



MIRCS Home » Search for Existing Data » Search Results » License History/Details

## License History and Details for JARVIS, JAMES A   DOB: ███/1965

The following details and licenses/applications are available for this license holder. You may edit the holders details, add a new license, or edit an existing license using the links below. Please note that only active, renewal, denied, or deceased licenses issued prior to MIRCS are available for editing.

| Demographics & Address Info. | License History Info. (Starting with most recent) | | | [Add a New License] |
|---|---|---|---|---|
| **Name** [Change Name] | License No.: | 12171748A | License Status: | Expired |
| Last Name: JARVIS | Restriction: | None | | |
| First Name: JAMES | License Type: | Resident Class A Large Capacity License to Carry Firearms | | |
| Middle Initial: A | Name at Issue: | JARVIS, JAMES A | Issue Date: | 11/28/2007 |
| Suffix: | City of Issue: | CHESHIRE PD | Expiration Date: | 03/23/2013 |
| | License No.: | 31002234C | License Status: | Suspended |
| **Date of Birth** [Change DOB] | Restriction: | Target & Hunting | Suspended Date: | 07/21/2010 |
| DOB: ███1965 | License Type: | Firearms Identification Card | | |
| | Name at Issue: | JARVIS, JAMES A | Issue Date: | 10/13/2004 |
| | City of Issue: | ADAMS PD | Expiration Date: | 10/13/2010 |
| **Residential Address** [Change Address] | License No.: | 000109282 | License Status: | Expired |
| Last Address Change: [N/A] | Restriction: | N/A | | |
| Street 1: 72 DUBLIN RD | License Type: | Firearms Identification Card | | |
| Street 2: | Name at Issue: | JARVIS, JAMES A | Issue Date: | 01/01/1901 |
| City: CHESHIRE | City of Issue: | ADAMS | Expiration Date: | 03/23/2000 |
| State: MA | | | | |
| Zip: 01225 | License No.: | 000110102 | License Status: | Expired |
| Country: | Restriction: | N/A | | |
| | License Type: | Firearms Identification Card | | |
| **Mailing Address** [Change Address] | Name at Issue: | JARVIS, JAMES | Issue Date: | 01/01/1900 |
| Last Address Change: [N/A] | City of Issue: | MILTON | Expiration Date: | 03/23/2000 |
| Street 1: 72 DUBLIN RD | | | | |
| Street 2: | | | | |
| City: CHESHIRE | | | | |
| State: MA | | | | |
| Zip: 01225 | | | | |
| Country: | | | | |

**Other Details**
[Edit Details]
POB: MASSACHUSETTS
Height: 5 ft 08 In
Weight: 200 lbs
Eye Color: BROWN
Hair Color: BROWN
Sex: MALE
Occupation: FABRICATOR
Comments:



- Terms of Use • Submit Feedback

© Department of Criminal Justice Information Services

Massachusetts Criminal Justice Information Services (CJIS)

This is Criminal Offender Record Information (CORI) and access and dissemination of said information is under the authority of Massachusetts General Law Chapter 6 Sections 168-172 and Code of Federal Regulations (28 CFR 20.2). Only authorized persons in the performance of their official duties may access, use or disseminate this information for official and lawful criminal justice purposes. Questions concerning the access, use or dissemination of this information should be directed to the Department of Criminal Justice Information Services at 617-660-4710.

