# ATTACHMENT C

```
                      Adams Police Department                          Page:    1
                   Call Number    Printed: 01/08/2014
```

For Date: 08/31/2004 - Tuesday

| Call Number | Time | Call Reason | Action | Priority | Duplicate |
|---|---|---|---|---|---|
| 04-7809 | 1650 | Walk-In - PISTOL PERMIT/FID | SERVICES RENDERED | 3 | |

```
             Call Taker:   TR - ROMANIAK, THOMAS
             Primary Id:   RT - TARSA, RICHARD
           Jurisdiction:   ADAMS
       Party Entered By:   08/31/2004 1651 TR - ROMANIAK, THOMAS
            Modified By:   08/31/2004 1722 TR - ROMANIAK, THOMAS
          Calling Party:   JARVIS, JAMES ALAN @ 6 GROVE ST - ADAMS, MA 01220
                   Race: W   Sex: M
              Narrative:   08/31/2004 1651 ROMANIAK, THOMAS
                   xx Jarvis came into the station to renew his pistol permit.
                   Sgt. Tarsa assisted Mr. Jarvis.
```



EXHIBIT
JAJ  4
NMK 3/4/14



SAMANTHA A. TALORA
Notary Public
COMMONWEALTH OF MASSACHUSETTS
My Commission Expires
June 5, 2020