# ATTACHMENT D

Adams Police Department                                           Page:   1
Call Number    Printed: 01/08/2014

For Date: 09/22/2004  -  Wednesday

| Call Number | Time | Call Reason | Action | Priority | Duplicate |
|---|---|---|---|---|---|
| 04-8562 | 1630 | Walk-In - PISTOL PERMIT/FID | SERVICES RENDERED | 3 | |

Call Taker:       LC - LC - Not on file
Primary Id:       RT - TARSA, RICHARD
Jurisdiction:     ADAMS
Party Entered By: 09/22/2004 1652 LC - LC - Not on file
Calling Party:    JARVIS, JAMES ALAN @ 6 GROVE ST - ADAMS, MA 01220
                  Race: W  Sex: M
Narrative:        09/22/2004 1652 LC - Not on file
                  Sgt Tarsa assisted Jarvis in renewal of his FID/LTC permit.





