# ATTACHMENT F



Home | Help | Logout

MIRCS Home » Search for Existing Data » Search Results » License History/Details

## License History and Details for JARVIS, RUSSELL N   DOB: ▮1938

The following details and licenses/applications are available for this license holder. You may edit the holders details, add a new license, or edit an existing license using the links below. Please note that only active, renewal, denied, or deceased licenses issued prior to MIRCS are available for editing.

### Demographics & Address Info.

**Name**
[Change Name]
Last Name: JARVIS
First Name: RUSSELL
Middle Initial: N
Suffix:

**Date of Birth**
[Change DOB]
DOB: ▮1938

**Residential Address**
[Change Address]
Last Address Change: [N/A]
Street 1: 6 DAVIS STREET
Street 2:
City: ADAMS
State: MA
Zip: 01220
Country:

**Mailing Address**
[Change Address]
Last Address Change: [N/A]
Street 1: 6 DAVIS STREET
Street 2:
City: ADAMS
State: MA
Zip: 01220
Country:

**Other Details**
[Edit Details]
POB: MASSACHUSETTS
Height: 5 ft  08 In
Weight: 170 lbs
Eye Color: BLUE
Hair Color: BROWN
Sex: MALE
Occupation:
Comments:

### License History Info.
(Starting with most recent)

[Add a New License]

| License No.: | 12254802A | License Status: | Active |
|---|---|---|---|
| Restriction: | None | | |
| License Type: | Resident Class A Large Capacity License to Carry Firearms | | |
| Name at Issue: | JARVIS, RUSSELL N | Issue Date: | 07/28/2010 |
| City of Issue: | ADAMS PD | Expiration Date: | 12/08/2015 |

| License No.: | 10243170A | License Status: | Expired |
|---|---|---|---|
| Restriction: | N/A | | |
| License Type: | Resident Class A Large Capacity License to Carry Firearms | | |
| Name at Issue: | JARVIS, RUSSELL | Issue Date: | 12/31/2002 |
| City of Issue: | ADAMS | Expiration Date: | 12/08/2006 |

| License No.: | 00E125677 | License Status: | Expired |
|---|---|---|---|
| Restriction: | N/A | | |
| License Type: | Resident Class A Large Capacity License to Carry Firearms | | |
| Name at Issue: | JARVIS, RUSSELL | Issue Date: | 09/09/1998 |
| City of Issue: | MILTON | Expiration Date: | 12/08/2002 |

| License No.: | 00D866356 | License Status: | Expired |
|---|---|---|---|
| Restriction: | N/A | | |
| License Type: | Resident Class A Large Capacity License to Carry Firearms | | |
| Name at Issue: | JARVIS, RUSSELL | Issue Date: | 03/24/1993 |
| City of Issue: | BOSTON | Expiration Date: | 12/08/1997 |



EXHIBIT 1
R. JARVIS
Law 5/21/14



• Terms of Use   • Submit Feedback

This is Criminal Offender Record Information (CORI) and access and dissemination of said information is under the authority of Massachusetts General Law Chapter 6 Sections 168-172 and Code of Federal Regulations (28 CFR 20.2). Only authorized persons in the performance of their official duties may access, use or disseminate this information for official and lawful criminal justice purposes. Questions concerning the access, use or dissemination of this information should be directed to the Department of Criminal Justice Information Services at 617-660-4710.

© Department of Criminal Justice Information Services

Massachusetts Criminal Justice Information Services (CJIS)

