# ATTACHMENT G

Adams Police Department                              Page: 1
Call Number    Printed: 01/08/2014

For Date: 07/12/2010 - Monday

| Call Number | Time | Call Reason | Action | Priority | Duplicate |
|---|---|---|---|---|---|
| 10-9240 | 1330 | Walk-In - PISTOL PERMIT/FID | SERVICES RENDERED | 3 | |

       Call Taker:       AP - PISCIONERI, ANTHONY
      Jurisdiction:      ADAMS
  Party Entered By:      07/12/2010 1410 AP - PISCIONERI, ANTHONY
 Calling/Inv. Party:     JARVIS, RUSSELL NORMAN @ 6 DAVIS ST - ADAMS, MA 01220
                         Race: W  Sex: M
         Narrative:      **07/12/2010 1410 PISCIONERI, ANTHONY**
                         SGT CLARK ASSISTED A RUSSELL JARVIS WITH THE RENEWAL OF A
                         CLASS A LICENSE TO CARRY.



SAMANTHA A. TALORA
Notary Public
COMMONWEALTH OF MASSACHUSETTS
My Commission Expires
June 5, 2020



EXHIBIT 3
R. JARVIS
Law 5/21/14

