# ATTACHMENT H



# ARREST REPORT
## State Police Cheshire

1141 North State Road
Cheshire, MA
(413) 743-4700

## CASE # 2010-0B4-001699

| | | | |
|---|---|---|---|
| Invest Officer: | Trooper SEAN Hoye ID# 3451 | Court: North Adams DC | |
| Barracks/Unit: | B-4 | | |

Activity Date/Time 07/09/2010 0010    Incident Class: Investigation Domestic

Location: 72 DUBLIN ROAD, CHESHIRE, MA

**Last:** JARVIS

**First:** JAMES

| | | | |
|---|---|---|---|
| Middle: | A | | |
| Suffix: | | Race: | White |
| DOB: | ▓/1965 | Sex: | Male |
| Age: | 45 | Height: | 508 |
| SSN: | ▓6171 | Weight: | 215 |
| License #: | ▓3622 | Hair Color: | Brown |
| Lic. State: | MA | Eye Color: | Brown |
| Address: | 72 DUBLIN RD | Build: | Medium |
| City/Town: | CHESHIRE | Complexion: | Light |
| State: | MA | Marital Stat: | Married |
| Zip Code: | 01225 | Spouse: | LISA A. BRIGGS |
| Phone #: | ▓ | Father: | RUSSELL JARVIS |
| Occupation: | LEAD FABRICATOR | Mother: | ▓ A▓ |
| Employer: | LENCO INDUSTRIES | Dependents: | 3 |
| Emp. Add: | | Birth Place: | NORTH ADAMS |
| Emp. Phn: | 443-7359 | Citizenship: | USA |

## OBTN: TSB4201001221
Booked @ Cheshire

| | |
|---|---|
| Custody Status: | Pending Bail |
| Booking Officer: | Trooper SEAN Hoye ID# 3451 |
| Desk Officer: | Sergeant Daniel Gale ID# 2364 |
| Photo Officer: | Trooper SEAN Hoye ID# 3451 |
| Miranda Given: | Y    Trooper SEAN Hoye ID# 3451 |
| Print Officer: | |
| Lang Rights: | N/A |
| Visible Injuries: | N |
| Positive Q5: | N |
| Phone Used: | Y |
| Number Called: | 413-776-7438 |
| M/W: | N/A |
| Detox Notified: | N/A |
| Medications: | NONE |
| Offered BT: | |
| Refused BT: | |
| BT Results: | 0.00   0.00   0.00 |
| Bailed To: | |

Charge(s):

265-13A-B A&B

Alias(es):                                      Distinguishing Marks:

Trooper SEAN Hoye ID# 3451                                      Supervisor



# ARREST REPORT
## State Police Cheshire

1141 North State Road
Cheshire, MA
(413) 743-4700

## CASE # 2010-0B4-001699

| | | | |
|---|---|---|---|
| Invest Officer: | Trooper SEAN Hoye ID# 3451 | Court: North Adams DC | |
| Barracks/Unit: | B-4 | | |

Activity Date/Time: 07/09/2010 0010    Incident Class: Investigation Domestic

Location: 72 DUBLIN ROAD, CHESHIRE, MA

| | | | |
|---|---|---|---|
| **Last:** | **JARVIS** | | |
| **First:** | **JAMES** | | |
| Middle: | A | | |
| Suffix: | | Race: | White |
| DOB: | ████1965 | Sex: | Male |
| Age: | 45 | Height: | 508 |
| SSN: | ████8171 | Weight: | 215 |
| License #: | ████3622 | Hair Color: | Brown |
| Lic. State: | MA | Eye Color: | Brown |
| Address: | 72 DUBLIN RD | Build: | Medium |
| City/Town: | CHESHIRE | Complexion: | Light |
| State: | MA | Marital Stat: | Married |
| Zip Code: | 01225 | Spouse: | LISA A. BRIGGS |
| Phone #: | ████ | Father: | RUSSELL JARVIS |
| Occupation: | LEAD FABRICATOR | Mother: | ████ A████ |
| Employer: | LENCO INDUSTRIES | Dependants: | 3 |
| Emp. Add: | | Birth Place: | NORTH ADAMS |
| Emp. Phn: | 443-7359 | Citizenship: | USA |

**OBTN: TSB4201001221**
Booked @ Cheshire

| | | | |
|---|---|---|---|
| Custody Status: | Pending Bail | | |
| Booking Officer: | Trooper SEAN Hoye ID# 3451 | | |
| Desk Officer: | Sergeant Daniel Gale ID# 2364 | Charge(s): | |
| Photo Officer: | Trooper SEAN Hoye ID# 3451 | 265-13A-B A&B | |
| Miranda Given: | Y   Trooper SEAN Hoye ID# 3451 | | |
| Print Officer: | | | |
| Lang Rights: | N/A | | |
| Visible Injuries: | N | | |
| Positive OS: | N | | |
| Phone Used: | Y | | |
| Number Called: | 413-776-7438 | | |
| M/W: | N/A | | |
| Detox Notified: | N/A | | |
| Medications: | NONE | | |
| Offered BT: | | | |
| Refused BT: | | | |
| BT Results: | 0.00   0:00   0.00 | | |
| Bailed To: | | | |

Alias(es):                                    Distinguishing Marks:

| | | | |
|---|---|---|---|
| Trooper SEAN Hoye ID# 3451 | Status: Approved | | Supervisor |
| | Approved by: #Sergeant Daniel Gale ID# 2364 | | |



# ARREST REPORT
## State Police Cheshire

1141 North State Road

Cheshire, MA

(413) 743-4700

## CASE # 2010-0B4-001699

| Invest Officer: | Trooper SEAN Hoye ID# 3451 | Court: North Adams DC |
| Barracks/Unit: | B-4 | |

Vehicle(s):

Other Property/Evidence Involved In Case:

Arrest Narrative:

NARRATIVE

By Trooper SEAN Hoye #3451

CS #112

1.          On Friday 09 July 2010 at 0015 hours Lisa Jarvis DOB ██71 entered the Cheshire Barracks and advised that she and her husband had an altercation at her residence earlier in the evening and she wanted a Restraining Order. She stated that when her husband James A. Jarvis Sr DOB ██/65 returned home from a softball game in North Adams he had asked her to go into the Pool. She declined and he went into the pool without her for about 45 minutes, after he exited the pool he went inside where she was playing a game on a PlayStation 3 Video console and began to argue with her about not spending time with him. Lisa stated that the verbal argument escalated and James ripped the game out of the wall and threw it into the television causing both to break. She stated that she was standing up and that he pushed her causing her to land on the couch. Lisa stated she had received no injuries from the altercation and I observed minor scratches on her right arm that she attributed to playing with her German Shepard. I advised Lisa of her 209A rights and she stated that she was in fear for her safety and wanted to pursue an emergency restraining order. Lisa filled out a written affadavit about the above events and completed the 209A packet. Sgt Gale contacted Judge Agostini who granted the order. Lisa received her copies of the order and advised that located at the residence were between 30-50 firearms owned by James Jarvis JR and Russell Jarvis.

2.          Tpr Frederick and I attempted to locate James SR at his residence located at 72 Dublin Road in the town of Cheshire. When we arrived on scene we were greeted by James Jarvis Junior who stated that his father had left several hours ago and went to his parents home on 6 Davis Street in Adams. James JR advised that he was not home at the time of the incident but that he was not aware of any history of violence between his parents. He then assisted Tpr Frederick and I in seizing the firearms (See attached log note for description of firearms).

3.          Tpr Frederick and I then went to 6 Davis Street in Adams and met James Jarvis Sr on the porch of the residence. He was cooperative and was taken into custody without issue. He stated multiple times that he never touched her and that he had

Trooper SEAN Hoye ID# 3451                                           Supervisor



**ARREST REPORT**

State Police Cheshire

1141 North State Road

Cheshire, MA

(413) 743-4700

## CASE # 2010-0B4-001699

| Invest Officer: | Trooper SEAN Hoye ID# 3451 | Court: North Adams DC |
| Barracks/Unit: | B-4 | |

smashed the Playstation and TV because they never spent time together. I handcuffed Jarvis behind his back (DL) searched him and placed him in the passenger side rear seat of cruiser #1007. I transported him to the Cheshire State Police Barracks where he was booked per MSP Policy without incident. Bail Commissioner Hobart set bail at Personal Recognizance plus fee with an arraignment date of 9 July 2010 at North Adams District Court and he was released. Jarvis was advised of his 209A rights and responsibilities and I served him in hand with his copy of the active restraining order.

4.                              Due to the fact that all that remains is court action, this Trooper requests that this case be considered closed.

CASE CLOSED

Respectfully Submitted

Tpr Sean M. Hoye #3451
Massachusetts State Police
Cheshire Barracks (B-4)

Trooper SEAN Hoye #3451                              Trooper SEAN  Hoye #3451



# ARREST REPORT
## State Police Cheshire

1141 North State Road
Cheshire, MA
(413) 743-4700

## CASE # 2010-0B4-001699

| Invest Officer: | Trooper SEAN Hoye ID# 3451 | Court: North Adams DC |
|---|---|---|
| Barracks/Unit: | B-4 | |

---

 

# Massachusetts State Police

## State Police Cheshire

| JARVIS | JAMES | A | Cell #: |

Case Number:    2010-0B4-001699

Arresting Officer:    3451 - Trooper SEAN Hoye

Booking Officer:    -

## Prisoner Property Inventory

**Currency**                    **Jewelry**

Coin Value:

Bill Value:

**Clothing**

**Miscellaneous Items**

This is an accurate inventory of my property which is being held by the Massachusetts State Police for safekeeping.

| Prisoner's Signature: | Booking Officer's Signature: |

| Prisoner Transported To: | Property Turned Over to Officer: |

I certify that all of the above property was returned to me on:

| Date: | Time: |

| Prisoner's Signature: | Signature of Returning Officer: |

 

# Massachusetts State Police

## State Police Cheshire

| JARVIS | JAMES | A | Cell #: |
|--------|-------|---|---------|

Case Number:      2010-0B4-001699
Arresting Officer:   3451 - Trooper SEAN Hoye
Booking Officer:     -

### Suicide Prevention Checklist

Have you taken any medication(s) or drugs recently?

If yes, what type(s) of medication(s) or drugs have you taken?

Have you ever been under psychiatric care?

When?

Why?

Have you previously attempted suicide?

How?

Where?

When?

Are you contemplating suicide?

How?

Where?

When?

Action Taken

Officer Signature:                              Officer ID#:




# State Police Cheshire
## Friday 09 July 2010

### Administrative Journal

| 14:47 | 2231 | 2010-0B4-001701 |

72 DUBLIN ROAD, CHESHIRE, MA                                       Trooper Yagodzinski * B-6

[Request for Service]                                              0B4-58-10-005369

| | |
|---|---|
| 14.50 | Bernice Hanvey of New Hampshire advises that her daughter's step son is removing property from the residence. Same is prohibited re R.O. taken out yesterday against 19 yr's old father. Crs 1126 and 543 enrte. BCD unable to reach Cr 3130 - Cheshire PD. |
| 15.06 | Tpr. Yagodzinski advises that all items being removed are the property of Mr. Jarvis who's son to remove only said property. All parties including Bernice Hanvey are in agreement. Cd 5/17. |
| 07/09/2010 1447 | Request for Service |
| 07/09/2010 1451 | Notified Trooper Yagodzinski, Jason C |
| 07/09/2010 1451 | Notified Trooper Hathaway, David C |
| 07/09/2010 1455 | On-Scene Trooper Yagodzinski, Jason C |
| 07/09/2010 1506 | Clear Trooper Yagodzinski, Jason C |
| 07/09/2010 1506 | Clear Trooper Hathaway, David C |

*This is an official copy of the Massachusetts State Police Daily Administrative Journal as it appears on*
*06/27/2012 @ 0832 hrs by C125*
*This log is open for editing until 07/14/2010.*

Wednesday 27 June 2012                    Page 1 of 1




## State Police Cheshire
### Friday 09 July 2010

### Administrative Journal

**Activity from: Friday 09 July, 2010**

| | | | | | | |
|------|------------------------|------|-----|-----|----------|
| 2364 | Sergeant Gale, Daniel | 0811 | REG | 8.0 | DESK |
| 3386 | Trooper Basak, Sarah | 2063 | DOR | 0.0 | |
| 0808 | Trooper Cooper, Timothy | 0838 | DOR | 0.0 | |
| 3436 | Trooper Frederick, Ryan | 0775 | REG | 8.0 | SECTOR 2 |
| 3451 | Trooper Hoye, SEAN | 1007 | REG | 8.0 | SECTOR 1 |

**[Internal Activity]**                                    QB4-12-10-005350

00.01   Admin Journal open for Friday July 9, 2010. Sgt Gale remains on desk. Barracks and safe are secure and cells are currently empty. Patrols are as follows;

desk————————Sgt Gale

cr 1007————————Tpr Hoye————sec 1
cr 775————————Tpr Frederick————sec 2

07/09/2010 0001   Internal Activity

72 DUBLIN ROAD, CHESHIRE, MA                              Trooper Hoye * B-4

**[Domestic]**                                            QB4-74-10-005349

00.10   Lisa Jarvis, ~~~~~~~, ~~~~~~~, in sta. Same reports domestic abuse and asks to speak with a Trooper. Same advises she was attacked by her husband; James Jarvis Sr. this evening prior to coming to Barracks. Jarvis in with Aunt Hamvey; Bernice J; 71 Forest Park Dr, Nashua, NH. DO observes no cuts or bruises on victim Jarvis and her demeanor is calm. Gvn cr 1007

Tpr Hoye in with victim Jarvis, Lisa re interview and 209A paperwork completion.

00.29   Tpr Hoye out with statements and completed 209A paperwork. DO calls paging system for on-call Judge Agostini.

00.55   DO calls Justice Agostini direct re 209A. Same speaks with DO and Tpr Hoye. Same speaks with victim Jarvis. Judge issues Emergency 209A with boxes 1, 2, 3, and 6 checked.

00.59   Tprs Hoye and Frederick out to 72 Dublin Rd; Cheshire re PC arrest of James Jarvis and subsequent service of 209A

01:13   Tprs Hoye and Frederick code 4 at residence.

01.31   Tpr Hoye contacts B4; Same advises James Jarvis is not at residence. Same is at 6 David St in Adams per his son James Jr. Tprs Hoye and Frederick seize numerous firearms after given access by son James.

01.56   Tprs Hoye and Frederick have secured all firearms at 72 Dublin Rd residence and both enroute to 6 David St in Adams to locate James Jarvis.

02.02   Both crs code 4 at 6 David St residence.

02.11   cr 1007 advises Mr Jarvis is in custody for Domestic A&B and he will be transporting same to B4.

02:15   Lisa Jarvis, who has been standing by in waiting area, out of sta. Same advised of bail possibility, importance of court appearance, etc...

*This is an official copy of the Massachusetts State Police Daily Administrative Journal as it appears on*
*07/09/2010 @ 0356 hrs by*
*This log is open for editing until 07/14/2010.*




## State Police Cheshire
### Friday 09 July 2010

| | | |
|---|---|---|
| 02.20 | Tpr Hoye in sta with pr soner Jarvis. Same no cuts or bruises and Neg QS. DOJ observes Jarvis to have moderate odor of alcoholic beverage coming from his breath and to have very glassy reddish eyes and slurred speach. Booking begun. | |

| | |
|---|---|
| 07/09/2010 0010 | Domestic |
| 07/09/2010 0010 | Notified Trooper Hoye, SEAN |
| 07/09/2010 0058 | Notified Trooper Frederick, Ryan L |
| 07/09/2010 0112 | On-Scene Trooper Hoye, SEAN |
| 07/09/2010 0113 | On-Scene Backup Trooper Frederick, Ryan L |
| 07/09/2010 0221 | Clear Trooper Frederick, Ryan L |
| 07/09/2010 0221 | Clear Trooper Hoye, SEAN |

| | | | | | |
|---|---|---|---|---|---|
| Suspect | Arrest | JARVIS , JAMES A | | 72 DUBLIN RD | CHESHIRE  MA |
| Arrest: | JAMES JARVIS | | dob: ▇▇/1965 | | |
| 265-13A-B | | A&B | | | |

| | | | |
|---|---|---|---|
| | JAMES JARVIS | Advised Miranda: Y | Offered BT: |
| Booking by: Trooper Hoye | | Phone used: Y | Refused BT: |
| Photo by: 3451 Trooper Hoye | | Visible Injuries: N | Result #1: 0.0000 |
| | | Positive QS: N | Result #2: 0.0000 |
| | | M/W: N/A | Result #3: 0.0000 |

| | | | | |
|---|---|---|---|---|
| Victim | No Action | JARVIS , LISA J | ▇▇▇▇▇▇▇  ▇▇▇▇▇ | MA |

---

**[Internal Activity]**    0B4-12-10-00S352

| | |
|---|---|
| 02.21 | Tpr Frederick in sta with firearms seized from Jarvis, James Sr (see log entry 0010 hrs) for placement in contraband journal and locker. Firearms are as follows; |

1) Ithaca shotgun 12 GA model 37 #1849982
2) Ithaca shotgun 12 GA model 37 Featherweight #857472
3) Davis Warner Double Barrell shotgun 12 GA
4) Huntsman Blk Powder Rifle Ser # AS244122
5) Mossberg Bolt Action shotgun mod 185D 20 GA
6) Richland Arms Blk Powder Rifle ser #152267
7) Stevens Arms .22 Rifle ser # E449
8) Winchester .22 Rifle w/scope ser # 113253
9) Iver-Johnson Arms shotgun 20 GA single shot
10) Checkoslovakian Rifle #15926
11) JC Higgins shotgun 12 GA Model 20 #583.56
12) Stevens Mod 87D .22 cal rifle
13) Davenport Firearms mod 1855 shotgun 12 GA single shot
14) Glenfield Model 60 .22 Rifle # 24594292
15) Powermaster 760 BB Gun
16) Ithaca shotgun 12 GA model 37 Featherweight #559187-4
17) Mossberg Model 642K .22 Rifle
18) England MX1 .303 cal. Rifle # AX16827
19) Ithaca shotgun 12 GA model 37 Featherweight #816785-4
20) Winchester Model 94-32 ser # 3244086
21) Ithaca M66 Supersingle #98017
22) Stevens Model 58C .410 #A362181
23) Sheridan Products Bluestreak BB Gun
24) Remington Fieldmaster Model 572 .22 cal shotgun (semi disassembled)
25) Stevens Marksmark .32 cal M789 (disassembled)
26) Winchester 1300 shotgun 12 GA w/scope #L3559300
27) Ithaca shotgun 12 GA model 37 Featherweight w/scope #371312735
28) 2 Hawkins Blk Powder stocks
29) 3 Blk Powder barrels

This is an official copy of the Massachusetts State Police Daily Administrative Journal as it appears on
07/09/2010 @ 0356 hrs  by
This log is open for editing until 07/14/2010.

06/28/2012 14:56 FAX                                               ☑008/023

06/28/2012 15:17 FAX  4137430731        SP CHESHIRE B4_        → HQ NORTHAMPTON    ☑007/022




## State Police Cheshire
### Friday 09 July 2010

          30) Colt single action .22 Handgun w/case # 131382F\
          31) Phoenix Arms .22cal handgun model hp22 #4099923\
          32) Iver-Johnsons Arms revolver\
          33) 1 Rubbermaid container w/various ammo\
          34) 1 Ammo can w/various ammo

07/09/2010 0221     Internal Activity

---

**[Internal Activity]**                                  0B4-12-10-005353

02:49          Clerk Hobart contacted re bail for prisoner Jarvis. Same advises PR plus fee. Prisoner advised. Same has funds and available ride. Clerk advised.

07/09/2010 0249     Internal Activity

---

**[Internal Activity]**                                  0B4-12-10-005354

03.00          Clerk Hobart in sta. Prisoner served 209A. in hand, and advised re same. Prisoner bailed for appearance in N Adams DC on 7/9/10 at 0900 hrs and out of sta.\
         Clerk Hobart out of sta.

07/09/2010 0300     Internal Activity

---

| | | | | | | |
|---|---|---|---|---|---|---|
| 0615 | Lieutenant Blackmer, William | 3117 | REG | 8.0 | SCO | |
| 0860 | Sergeant Dalton, James | 0412 | DOR | 0.0 | | |
| 2826 | Trooper Boyle, Stephen | 1053 | REG | 8.0 | COURT | |
| 2834 | Trooper Canata, Andrew | 0326 | ADO | 8.0 | | |
| 2847 | Trooper Culver, Edward | 1761 | DOR | 0.0 | | |
| 2629 | Trooper Hathaway, David | 0543 | REG | 8.0 | SECTOR 2 | |
| 3311 | Trooper McCarthy Johnson, Talitha | 1280 | DOR | 0.0 | | |
| 2231 | Trooper McKearney, David | 0738 | REG | 8.0 | DESK | |
| 3365 | Trooper Trott, Bernard | 1184 | VAC | 8.0 | | |
| 3377 | Trooper Yagodzinski, Jason | 1126 | REG | 8.0 | SECTOR 1 | |

---

**[Internal Activity]**                                  0B4-12-10-005351

07.00          Tpr McKearney joins Sgt Gale on desk. Info is exchanged. Barracks and safe are secure and cells are empty. Patrols are as follows;

        SCO————————Lt Blackmer\
        courts————————Tpr Boyle\
        desk————————Tpr McKearney\
        cr 1126————————Tpr Yagodzinski————sec 1

This is an official copy of the Massachusetts State Police Daily Administrative Journal as it appears on\
07/09/2010 @ 0356 hrs by\
This log is open for editing until 07/14/2010.

 

# State Police Cheshire
## Friday 09 July 2010

### Administrative Journal Extract

| 00:10 | 2010-0B4-001699 |
|---|---|

72 DUBLIN ROAD, CHESHIRE, MA

Trooper Hoye  * B-5

**[Domestic]**

0B4-74-10-005349

| | |
|---|---|
| 00:10 | Lisa Jarvis, ~~in sta. Same~~ in sta. Same reports domestic abuse and asks to speak with a Trooper. Same advises she was attacked by her husband, James Jarvis Sr. this evening prior to coming to Barracks. Jarvis in with Aunt Hanvey, Bernice J, 71 Forest Park Dr, Nashua, NH. DO observes no cuts or bruises on victim Jarvis and her demeanor is calm.  Gvn cr 1007 |
| | Tpr Hoye in with victim Jarvis, Lisa re interview and 209A paperwork completion. |
| 00.29 | Tpr Hoye out with statements and completed 209A paperwork. DO calls paging system for on-call Judge Agostini. |
| 00.55 | DO calls Justice Agostini direct re 209A. Same speaks with DO and Tpr Hoye. Same speaks with victim Jarvis. Judge issues Emergency 209A with boxes 1, 2, 3, and 6 checked. |
| 00.59 | Tprs Hoye and Frederick out to 72 Dublin Rd, Cheshire re PC arrest of James Jarvis and subsequent service of 209A |
| 01.13 | Tprs Hoye and Frederick code 4 at residence. |
| 01.31 | Tpr Hoye contacts B4. Same advises James Jarvis is not at residence. Same is at 6 David St in Adams per his son James Jr. Tprs Hoye and Frederick seize numerous firearms after given access by son James. |
| 01.56 | Tprs Hoye and Frederick have secured all firearms at 72 Dublin Rd residence and both enroute to 6 David St in Adams to locate James Jarvis. |
| 02.02 | Both crs code 4 at 6 David St residence. |
| 02.11 | cr 1007 advises Mr Jarvis is in custody for Domestic A&B and he will be transporting same to B4. |
| 02.15 | Lisa Jarvis, who has been standing by in waiting area, out of sta. Same advised of bail possibility, importance of court appearance, etc... |
| 02.20 | Tpr Hoye in sta with prisoner Jarvis. Same no cuts or bruises and Neg Q5. DO observes Jarvis to have moderate odor of alcoholic beverage coming from his breath and to have very glassy reddish eyes and slurred speach. Booking begun. |

| | | |
|---|---|---|
| 07/09/2010 | 0010 | Domestic |
| 07/09/2010 | 0010 | Notified Trooper Hoye, Sean M |
| 07/09/2010 | 0058 | Notified Trooper Frederick, Ryan  L |
| 07/09/2010 | 0112 | On-Scene Trooper Hoye, Sean M |
| 07/09/2010 | 0113 | On-Scene Backup Trooper Frederick, Ryan  L |
| 07/09/2010 | 0221 | Clear Trooper Frederick, Ryan  L |
| 07/09/2010 | 0221 | Clear Trooper Hoye, Sean M |

Suspect/Arrest

**JARVIS , JAMES A ~~.....~~ Age:47**
**72 DUBLIN RD CHESHIRE MA**
Height: 508     Weight: 215        Gender: Male
Eye Color: Brown    Hair Color: Brown    Race: White

### Arrest Information

| 265-13A-B | A&B | | | |
|---|---|---|---|---|
| Advised Miranda: | Y | Positive Q5: | N | Offered BT: |
| Phone used: | Y | M/W: | N/A | Refused BT: |
| Visible Injuries: | N | | | |

| Result #1: | 0.0000 |
|---|---|
| Result #2: | 0.0000 |
| Result #3: | 0.0000 |

---

This is an official copy of the State Police Cheshire Police Daily Administrative Journal as it appears on
06/27/2012 @ 0826 hrs
This log is open for editing until 07/14/2010.




# State Police Cheshire
## Friday 09 July 2010

Victim/No Action

**JARVIS , LISA J** ▓▓/1971 Age:41
▓▓▓▓▓▓▓▓▓▓▓▓▓CHESHIRE MA

Height:            Weight:            Gender: Female
Eye Color:        Hair Color:        Race:

This is an official copy of the State Police Cheshire Police Daily Administrative Journal as it appears on
06/27/2012 @ 0826 hrs
This log is open for editing until 07/14/2010.




## State Police Cheshire
### Wednesday 11 August 2010

---

**[Internal Activity]** OB4-12-10-006317

| | |
|---|---|
| 11.47 | 1145 Hrs Peter Dowd and Philip Rogers of Village Vault in barracks Same referred to Tpr. Canata. |
| 13.05 | Dowd and Rogers of Village Vault out with firearms from case 1699 per Tpr. Canata. |

08/11/2010 1145 Internal Activity

---

1028 MAIN ROAD, SAVOY, MA Trooper Trott * B-2

**[Request for Service]  Assist Local/City Police** OB4-97-10-006318

| | |
|---|---|
| 13.16 | Large grow is actually at 1028 Main Rd Savoy, not 1130. Adam Defranchesco from GHQ advises that two parties bailed and are requesting a Trooper to respond. Cr. 1184 in route. Second call advising that four parties bailed. |
| 13.25 | Tpr. Boyle also in route to assist. Cr. 1921K in area if needed. |
| 13.33 | Narcotics unit is now requesting K9. Tpr. Hebert in route. |
| 13.36 | Cr. 1184 advises that per Tpr. Lagenwall subject is known. He is believed to be hiding in the woods. Not an emergency. K9 can still continue, but can slow response. Lt. Brown advised and relays information to 1921K. |
| 13.41 | Cr. 1184 advises that suspect is John Tetreault (DOB ███-55 /████5637). Believed to be wearing a green shirt with long shorts/similar to pants. |
| 13.56 | Tpr. Baker calls advising that he and Tpr. Chiaretta are also in route from C Tibop. DO advises Tpr. Baker that the response is slowed and that the suspect is known. Lt. Brown advised. |
| 14.05 | Cr. 1053 and Cr. 1184 CD37 but remain in the area patrolling Rte 116 in the event that the suspect returns to the road. |
| 14.16 | Brian Gladu calls inquiring if any additional K9 are needed. He is advised that there is only one suspect, not four and that Tprs. Hebert, Baker and Chiaretta are all in route. Gladu to disregard a response. |
| 14.20 | 1921K requests Cr. 1184 return to the residence to assist with a track. Cr. 1184 in route. |

| | |
|---|---|
| 08/11/2010 1316 | Request for Service |
| 08/11/2010 1316 | Notified Trooper Trott, Bernard I |
| 08/11/2010 1325 | Notified Trooper Boyle, Stephen J |
| 08/11/2010 1330 | On-Scene Trooper Trott, Bernard I |
| 08/11/2010 1333 | Notified Trooper Hebert, Gary R |
| 08/11/2010 1335 | On-Scene Backup Trooper Boyle, Stephen J |
| 08/11/2010 1405 | Clear Trooper Boyle, Stephen J |
| 08/11/2010 1410 | On-Scene Backup Trooper Hebert, Gary R |
| 08/11/2010 1500 | Notified Trooper Gero, Dale E |
| 08/11/2010 1506 | On-Scene Backup Trooper Gero, Dale E |
| 08/11/2010 1525 | Clear Trooper Trott, Bernard I |
| 08/11/2010 1607 | Clear Trooper Gero, Dale E |
| 08/11/2010 1607 | Clear Trooper Hebert, Gary R |

| | | | | |
|---|---|---|---|---|
| Suspect | Protective | TETREAULT , JOHN T | 254 WEST SHAFT ROAD | N ADAMS | MA |

| | | |
|---|---|---|
| Proctective | JOHN TETREAULT | dob: ███/1955 |

---

This is an official copy of the Daily Administrative Journal as it appears on
06/28/2012 @ 1441 hrs by
This log is open for editing until 08/16/2010.

Thursday 28 June 2012 Page 7 of 12





# State Police Cheshire
## Sunday 09 October 2011

### Administrative Journal Extract

| 14:19 | 2011-0B4-002285 |
|---|---|

~~[REDACTED]~~                                                    Sergeant Carroll  * B-2

[Request for Service]                                             0B4-58-11-007893

14.19        Jim Jarvis calls requesting officer to keep the peace while he obtains belongings from residence of ex-wife Lisa Jarvis. He states when he showed up Lisa had multiple people at house and does not want any problems. He states it would take 10-15 minutes.  BOP's show closed 209A 8/11.

| 10/09/2011 1419 | Request for Service |
| 10/09/2011 1427 | On-Scene Sergeant Carroll, Sean F |
| 10/09/2011 1427 | On-Scene Backup Trooper Clay, Brian P |
| 10/09/2011 1503 | Clear Trooper Clay, Brian P |
| 10/09/2011 1503 | Clear Sergeant Carroll, Sean F |

This is an official copy of the State Police Cheshire Police Daily Administrative Journal as it appears on
06/27/2012 @ 0822 hrs
This log is open for editing until 10/14/2011.

Wednesday 27 June 2012                          Page 1 of  1



# INCIDENT REPORT
## State Police Cheshire

1141 North State Road
Cheshire, MA 01225
(413) 743-4700

### 2010-0B4-001699

## Activity

Investigation: Domestic
Start Date/Time:   07/09/2010 00:10:00

## Location

███████████, MA                                            Primary Location

## Personnel

| | | | | | |
|---|---|---|---|---|---|
| Trooper | SEAN | Hoye | | 3451 | B-4 |
| Trooper | Ryan | Frederick | | 3436 | B-4 |

## Person

TSB4201001221

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Last: | JARVIS | First: | JAMES | Involvement: | Suspect | Arrest | | |
| Middle: | A | D/O/B: | ██/1965   45 | Citizenship: | USA | | | |
| Suffix: | | Birthplace: | NORTH ADAMS | Marital Status: | Married | | | |
| SSN: | ██████6171 | Sex: | Male | Spouse: | LISA A. BRIGGS | | | |
| Lic#: | ██████3622 | Race: | White | Father: | RUSSELL JARVIS | | | |
| Lic State: | MA | Height: | 508 | Mother: | | | | |
| | ACT | Weight: | 215 | Dependents: | 3 | | | |
| Address: | 72 DUBLIN RD | Hair Color: | Brown | Occupation: | LEAD | | | |
| City/Town: | CHESHIRE | Eye Color: | Brown | Employer: | LENCO | | | |
| State/Zip: | MA        01225 | Build: | Medium | Emp. Address: | | | | |
| Phone#: | ██████ | Complexion: | Light | Emp. Phone: | 443-7359 | | | |

Charge(s):

265-13A-B A&B

OSB4201001220

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Last: | JARVIS | First: | LISA | Involvement: | Victim | No Action | |
| Middle: | J | D/O/B: | ██/1971   39 | Citizenship: | | | |
| Suffix: | | Birthplace: | | Marital Status: | | | |
| SSN: | ██████5246 | Sex: | Female | Spouse: | | | |
| Lic#: | ██████5122 | Race: | | Father: | | | |
| Lic State: | MA | Height: | | Mother: | | | |
| | ACT | Weight: | | Dependents: | | | |
| Address: | ██████████ | Hair Color: | | Occupation: | | | |
| City/Town: | ██████████ | Eye Color: | | Employer: | | | |
| State/Zip: | MA        01225 | Build: | | Emp. Address: | | | |
| Phone#: | | Complexion: | | Emp. Phone: | | | |

Charge(s):

---

Trooper SEAN Hoye #3451                          Supervisor                          ID#

08/10/2010 01:37:55

## Complaint Application Reports

**2010-0B4-001699**

|  | Felony | Misdemanor | Warrant | Court Copy | Accused | Fiscal Copy | Investigation |
|---|---|---|---|---|---|---|---|
| JAMES A JARVIS | No | No | No | CourtCopy | AccusedCopy | FiscalCopy | Statement |

| APPLICATION FOR CRIMINAL COMPLAINT | APPLICATION NO. (COURT USE ONLY) | Page 1 of 1 | TRIAL COURT OF MASSACHUSETTS DISTRICT COURT DEPARTMENT |
|---|---|---|---|

I, the undersigned complainant, request that a criminal complaint issue against the accused charging the offense(s) listed below.  If the accused HAS NOT BEEN ARRESTED and the charges involve:

- [ ] ONLY MISDEMEANOR(S), I request a hearing   [ ] WITHOUT NOTICE because of imminent threat
- [ ] BODILY INJURY   [ ] COMMISSION OF A   [ ] FLIGHT   [ ] WITH NOTICE to accused
- [ ] ONE OR MORE FELONIES, I request a   [ ] WITHOUT   [ ] WITH NOTICE to accused
- [ ] WARRANT is requested because prosecutor represents that accused may not appear unless

North Adams DC
111 Holden Street
North Adams, MA 01247

ARREST STATUS OF ACCUSED
[X] HAS   [ ] HAS NOT been arrested

## INFORMATION ABOUT ACCUSED

| NAME (FIRST MI LAST) AND ADDRESS | BIRTH DATE | SOCIAL SECURITY NUMBER |
|---|---|---|
| JAMES A JARVIS | ▉/1965 | ▉6171 |
| 72 DUBLIN RD | PCF NO. 405383 | MARITAL STATUS Married |
| CHESHIRE MA 01225 | DRIVERS LICENSE NO. ▉3622 | LICENSE STATE MA |

| | GENDER Male | HEIGHT 508 | WEIGHT 215 | EYES Brown |
|---|---|---|---|---|

| HAIR Brown | RACE White | COMPLEXION Light | SCARS/MARKS/TATTOOS | BIRTH STATE OR COUNTRY NORTH ADAMS | DAY PHONE ▉ |
|---|---|---|---|---|---|

| EMPLOYER/SCHOOL LENCO INDUSTRIES | MOTHER MAIDEN NAME ▉ A▉ | FATHER'S NAME RUSSELL JARVIS |
|---|---|---|

## CASE INFORMATION

| COMPLAINANT NAME (FIRST MI LAST) | COMPLAINANT TYPE | | | PD |
|---|---|---|---|---|
| Trooper SEAN Hoye | [X] POLICE   [ ] CITIZEN   [ ] OTHER | | | M.S.P. |

ADDRESS
State Police Cheshire
1141 North State Road
Cheshire, MA 01225

PLACE OF OFFENSE
~~72 DUBLIN ROAD, CHESHIRE MA~~

| INCIDENT REPORT NO. 2010-0B4-001699 | OBTN TSB4201001221 |
|---|---|

CITATION NO(S)

| | OFFENSE CODE 265-13A-B | CHARGE DESCRIPTION A&B | CITATION #: | | OFFENSE DATE 07/09/2010 |
|---|---|---|---|---|---|
| 1 | VARIABLES (e.g. victim name, controlled substances, type and value of property. other variable information; see Complaint Language Manual) VICTIM-LISA JARVIS | | | | |

| REMARKS | COMPLAINANT'S SIGNATURE | DATE FILED |
|---|---|---|

| COURT USE ONLY | A HEARING UPON THIS COMPLAINT APPLICATION WILL BE HELD AT THE ABOVE COURT ADDRESS ON | DATE OF HEARING | TIME OF HEARING AT |
|---|---|---|---|

| DATE | PROCESSING OF NON-ARREST APPLICATION (COURT USE ONLY) | CLERK/JUDGE |
|---|---|---|
| | NOTICE SENT OF CLERK'S HEARING SCHEDULED ON: | |
| | NOTICE SENT OF JUDGE'S HEARING SCHEDULED ON: | |
| | HEARING CONTINUED TO: | |
| | APPLICATION DECIDED WITHOUT NOTICE TO ACCUSED BECAUSE: [ ] IMMINENT THREAT   [ ] BODILY INJURY   [ ] CRIME   [ ] FLIGHT BY ACCUSED [ ] FELONY CHARGED AND POLICE DO NOT REQUEST NOTICE [ ] FELONY CHARGED BY CIVILIAN: NO NOTICE AT CLERK'S DISCRETION | |

| DATE | COMPLAINT TO ISSUE | COMPLAINT DENIED | CLERK/JUDGE |
|---|---|---|---|
| | [ ] PROBABLE CAUSE FOUND FOR ABOVE OFFENSE(S) NO(S) [ ] 1 [ ] 2 [ ] 3 BASED ON [ ] FACTS SET FORTH IN ATTACHED STATEMENT(S) [ ] TESTIMONY RECORDED: TAPE NO:_____ START NO:_____ END NO:_____ [ ] WARRANT [ ] SUMMONS TO ISSUE ARRAIGNMENT DATE: | [ ] NO PROBABLE CAUSE FOUND [ ] REQUEST OF COMPLAINANT [ ] FAILURE TO PROSECUTE [ ] AGREEMENT OF BOTH PARTIES [ ] OTHER COMMENT | |

COURT COPY

| APPLICATION FOR CRIMINAL COMPLAINT | APPLICATION NO. (COURT USE ONLY) | Page 1 of 1 | TRIAL COURT OF MASSACHUSETTS DISTRICT COURT DEPARTMENT |
|---|---|---|---|

I, the undersigned complainant, request that a criminal complaint issue against the accused charging the offense(s) listed below. If the accused HAS NOT BEEN ARRESTED and the charges involve:

North Adams DC
111 Holden Street
North Adams, MA 01247

☐ ONLY MISDEMEANOR(S), I request a hearing   ☐ WITHOUT NOTICE because of imminent threat

☐ BODILY INJURY   ☐ COMMISSION OF A   ☐ FLIGHT   ☐ WITH NOTICE to accused

☐ ONE OR MORE FELONIES, I request a   ☐ WITHOUT   ☐ WITH NOTICE to accused

☐ WARRANT is requested because prosecutor represents that accused may not appear unless

**ARREST STATUS OF ACCUSED**
☒ HAS   ☐ HAS NOT been arrested

## INFORMATION ABOUT ACCUSED

NAME (FIRST MI LAST) AND ADDRESS

JAMES A JARVIS

72 DUBLIN RD
CHESHIRE MA
01225

## CASE INFORMATION

| COMPLAINANT NAME (FIRST MI LAST) | COMPLAINANT TYPE | | | PD |
|---|---|---|---|---|
| Trooper SEAN Hoye | ☒ POLICE   ☐ CITIZEN   ☐ OTHER | | | M.S.P. |

PLACE OF OFFENSE

| INCIDENT REPORT NO. 2010-0B4-001699 | OBTN TSB4201001221 |
|---|---|

CITATION NO(S)
See Offense Description Below for Citation #

| | OFFENSE CODE | CHARGE DESCRIPTION | CITATION #: | OFFENSE DATE |
|---|---|---|---|---|
| 1 | 265-13A-B | A&B | | 07/09/2010 |
| | VARIABLES (e.g. victim name, controlled substances, type and value of property. other variable information; see Complaint Language Manual) VICTIM-LISA JARVIS | | | |

| REMARKS | COMPLAINANT'S SIGNATURE | DATE FILED |
|---|---|---|

| COURT USE ONLY   A HEARING UPON THIS COMPLAINT APPLICATION WILL BE HELD AT THE ABOVE COURT ADDRESS ON | DATE OF HEARING | TIME OF HEARING AT |
|---|---|---|

### TO THE ACCUSED NAMED ABOVE

You are hereby notified that an application for a criminal complaint to issue against you for the offense(s) listed above has been made in this court by the complainant named above. This notice is to inform you that a hearing will be held at this court by a Magistrate to determine whether criminal proceedings will be commenced against you in this matter. The hearing will be held at the time and date shown above. You may appear at this time to present your side of the case. You may bring witnesses with you and you may also bring a lawyer, although it is not required that you be represented by counsel.

Please bring this notice and report to the Clerk-Magistrate's office upon your arrival at the court. The court house address is listed above.

If you do not appear for your hearing at the time and date noted, the criminal complaint may issue against you on that date.

ACCUSED COPY

| APPLICATION FOR CRIMINAL COMPLAINT | APPLICATION NO. (COURT USE ONLY) | Page 1 of 1 | TRIAL COURT OF MASSACHUSETTS DISTRICT COURT DEPARTMENT |
|---|---|---|---|

I, the undersigned complainant, request that a criminal complaint issue against the accused charging the offense(s) listed below. If the accused HAS NOT BEEN ARRESTED and the charges involve:

North Adams DC
111 Holden Street
North Adams, MA 01247

☐ ONLY MISDEMEANOR(S), I request a hearing   ☐ WITHOUT NOTICE because of imminent threat
☐ BODILY INJURY   ☐ COMMISSION OF A   ☐ FLIGHT   ☐ WITH NOTICE to accused
☐ ONE OR MORE FELONIES, I request a   ☐ WITHOUT   ☐ WITH NOTICE to accused
☐ WARRANT is requested because prosecutor represents that accused may not appear unless

ARREST STATUS OF ACCUSED
☒ HAS   ☐ HAS NOT been arrested

## INFORMATION ABOUT ACCUSED

| NAME (FIRST MI LAST) AND ADDRESS | BIRTH DATE | SOCIAL SECURITY NUMBER |
|---|---|---|
| JAMES A JARVIS<br>72 DUBLIN RD<br>CHESHIRE MA<br>01225 | ████1965 | ████6171 |
| | PCF NO.<br>405383 | MARITAL STATUS<br>Married |
| | DRIVERS LICENSE NO.<br>████3622 | LICENSE STATE<br>MA |

| | GENDER<br>Male | HEIGHT<br>508 | WEIGHT<br>215 | EYES<br>Brown |
|---|---|---|---|---|

| HAIR<br>Brown | RACE<br>White | COMPLEXION<br>Light | SCARS/MARKS/TATTOOS | BIRTH STATE OR COUNTRY<br>NORTH ADAMS | DAY PHONE<br>████████ |
|---|---|---|---|---|---|

| EMPLOYER/SCHOOL<br>LENCO INDUSTRIES | MOTHER MAIDEN NAME<br>████████ | FATHER'S NAME<br>RUSSELL JARVIS |
|---|---|---|

## CASE INFORMATION

| COMPLAINANT NAME (FIRST MI LAST) | COMPLAINANT TYPE | PD<br>M.S.P. |
|---|---|---|
| Trooper SEAN Hoye<br>ADDRESS<br>State Police Cheshire<br>1141 North State Road<br>Cheshire, MA 01225 | ☒ POLICE   ☐ CITIZEN   ☐ OTHER | |

PLACE OF OFFENSE
██ DUBLIN ROAD, CHESHIRE, MA

| INCIDENT REPORT NO.<br>2010-0B4-001699 | OBTN<br>TSB4201001221 |
|---|---|

CITATION NO(S)
See Offense Description Below for Citation #

| 1 | OFFENSE CODE<br>265-13A-B | CHARGE DESCRIPTION<br>A&B | CITATION #: | OFFENSE DATE<br>07/09/2010 |
|---|---|---|---|---|

VARIABLES (e.g. victim name, controlled substances, type and value of property. other variable information; see Complaint Language Manual)
VICTIM-LISA JARVIS

| REMARKS | COMPLAINANT'S SIGNATURE | DATE FILED |
|---|---|---|
| COURT USE ONLY   A HEARING UPON THIS COMPLAINT APPLICATION WILL BE HELD AT THE ABOVE COURT ADDRESS ON | DATE OF HEARING   AT | TIME OF HEARING |

FISCAL CONTROL COPY

| APPLICATION FOR CRIMINAL COMPLAINT | APPLICATION NO. (COURT USE ONLY) | Page 1 of 3 | TRIAL COURT OF MASSACHUSETTS DISTRICT COURT DEPARTMENT |
|---|---|---|---|
| The undersigned alleges the following as a [X] full or [ ] partial statement of the factual basis for the offense(s) for which a criminal complaint is sought | | | |

**By Trooper SEAN Hoye #3451**

NARRATIVE

CS #112

1.                          On Friday 09 July 2010 at 0015 hours Lisa Jarvis DOB ████/71 entered the Cheshire Barracks and advised that she and her husband had an altercation at her residence earlier in the evening and she wanted a Restraining Order. She stated that when her husband James A. Jarvis Sr DOB ████65 returned home from a softball game in North Adams he had asked her to go into the Pool. She declined and he went into the pool without her for about 45 minutes, after he exited the pool he went inside where she was playing a game on a PlayStation 3 Video console and began to argue with her about not spending time with him. Lisa stated that the verbal argument escalated and James ripped the game out of the wall and threw it into the television causing both to break. She stated that she was standing up and that he pushed her causing her to land on the couch. Lisa stated she had received no injuries from the altercation and I observed minor scratches on her right arm that she attributed to playing with her German Shepard. I advised Lisa of her 209A rights and she stated that she was in fear for her safety and wanted to pursue an emergency restraining order. Lisa filled out a written affadavit about the above events and completed the 209A packet. Sgt Gale contacted Judge Agostini who granted the order. Lisa received her copies of the order and advised that located at the residence were between 30-50 firearms owned by James Jarvis JR and Russell Jarvis.

2.                          Tpr Frederick and I attempted to locate James SR at his residence located at 72 Dublin Road in the town of Cheshire. When we arrived on scene we were greeted by James Jarvis Junior who stated that his father had left several hours ago and went to his parents home on 6 Davis Street in Adams. James JR advised that he was not home at the time of the incident but that he was not aware of any history of violence between his parents. He then assisted Tpr Frederick and I in seizing the firearms (See attached log note for description of firearms).

3.                          Tpr Frederick and I then went to 6 Davis Street in Adams and met James Jarvis Sr on the porch of the residence. He was cooperative and was taken into custody without issue. He stated multiple times that he never touched her and that he had smashed the PlayStation and TV because they never spent time together. I handcuffed Jarvis behind his back (DL) searched him and placed him in the passenger side rear seat of cruiser #1007. I transported him to the Cheshire State Police Barracks where he was booked per MSP Policy without incident. Bail Commissioner Hobart set bail at Personal Recognizance plus fee with an arraignment date of 9 July 2010 at North Adams District Court and he was released. Jarvis was advised of his 209A rights and responsibilities and I served him in hand with his copy of the active restraining order.

4.                          Due to the fact that all that remains is court action, this Trooper requests that this case be considered closed.

CASE CLOSED

Respectfully Submitted

| APPLICATION FOR CRIMINAL COMPLAINT | APPLICATION NO. (COURT USE ONLY) | Page 2 of 3 | TRIAL COURT OF MASSACHUSETTS DISTRICT COURT DEPARTMENT |
|---|---|---|---|
| The undersigned alleges the following as a [X] full or [ ] partial statement of the factual basis for the offdnse(s) for which a criminal complaint is sought | | | |

Tpr Sean M. Hoye #3451
Massachusetts State Police
Cheshire Barracks (B-4)

| APPLICATION FOR CRIMINAL COMPLAINT | APPLICATION NO. (COURT USE ONLY) | Page 3 of 3 | TRIAL COURT OF MASSACHUSETTS DISTRICT COURT DEPARTMENT |
|---|---|---|---|
| The undersigned alleges the following as a [X] full or [ ] partial statement of the factual basis for the offene(s) for which a criminal complaint is sought | | | |

| PRINTED NAME | SIGNATURE | I AM A | DATE SIGNED |
|---|---|---|---|
| | | [X] LAW ENFORCEMENT OFFICER<br>[ ] CIVILIAN COMPLAINANT OR WITNESS | |

**ADDITIONAL FACTS FOUND BY CLERK-MAGISTRATE / ASST. CLERK/JUDGE BASED ON ORAL TESTIMONY**

| REMARKS | SIGNATURE OF CLERK-MAGISTRATE / ASST. CLERK / JUDGE | DATE SIGNED |
|---|---|---|
| | | |

COURT COPY