# ATTACHMENT I

| ABUSE PREVENTION ORDER (G.L. c. 209A) Page 1 of 2 | DOCKET NO. 2010 28 RO 0163 | TRIAL COURT OF MASSACHUSETTS |
|---|---|---|

| PLAINTIFF'S NAME | Defendant's Name and Address | Alias, if any | |
|---|---|---|---|
| LISA J. JARVIS | JAMES A. JARVIS | | |
| NAME & ADDRESS OF COURT | 72 Dublin Rd | Date of Birth /65 | Sex ☑ M ☐ F | Place of Birth NORTH ADAMS |
| North Adams DC  111 Holden St  N. Adams MA | Cheshire MA 01225 | SS # ___-__-171 | Daytime Phone # ( ) |
| | Mother's Maiden Name (First & Last) ___ A | | |
| | Father's Name (First & Last) Russell Jarvis | | |

**VIOLATION OF THIS ORDER IS A CRIMINAL OFFENSE punishable by imprisonment or fine or both.**

**A. THE COURT HAS ISSUED THE FOLLOWING ORDERS TO THE DEFENDANT:** *(only those items checked shall apply)*

☐ This Order was issued without advance notice because the Court determined that there is a substantial likelihood of immediate danger of abuse.

☒ This Order was communicated by telephone from the Judge named below to: Police Dept. **Mass State Police** Police Officer **Joe Hoye**

☒ 1. **YOU ARE ORDERED NOT TO ABUSE THE PLAINTIFF** by harming, threatening or attempting to harm the Plaintiff physically or by placing the Plaintiff in fear of imminent serious physical harm, or by using force, threat or duress to make the Plaintiff engage in sexual relations unwillingly.

☒ 2. **YOU ARE ORDERED NOT TO CONTACT THE PLAINTIFF**, except as permitted in 8 below or for notification of court proceedings as permitted in this section, either in person, by telephone, in writing or otherwise, either directly or through someone else, and to stay at least **100** yards from the Plaintiff even if the Plaintiff seems to allow or request contact. Notification of court proceedings is permissible only by mail, or by sheriff or other authorized officer when required by statute or rule.

☒ 3. **YOU ARE ORDERED TO IMMEDIATELY LEAVE AND STAY AWAY FROM THE PLAINTIFF'S RESIDENCE**, except as permitted in 8 below, located at **72 Dublin Rd** or wherever else you may have reason to know the Plaintiff may reside. The Court also **ORDERS** you (a) to surrender any keys to that residence to the Plaintiff, (b) not to damage any belongings of the Plaintiff or any other occupant, (c) not to shut off or cause to be shut off any utilities or mail delivery to the Plaintiff, and (d) not to interfere in any way with the Plaintiff's right to possess that residence, except by appropriate legal proceedings.

☒ If this box is checked, the Court also **ORDERS** you to immediately leave and remain away from the entire apartment building or other multiple family dwelling in which the Plaintiff's residence is located.

☐ 4. **PLAINTIFF'S ADDRESS IMPOUNDED.** The Court ORDERS that the address of the Plaintiff's residence is to be impounded by the Clerk-Magistrate or Register of Probate so that it is not disclosed to you, your attorney, or the public.

☐ 5. **YOU ARE ORDERED TO STAY AWAY FROM THE PLAINTIFF'S WORKPLACE** located at ____

☒ 6. **CUSTODY OF THE FOLLOWING CHILDREN IS AWARDED TO THE PLAINTIFF:**

| NAME | DOB | NAME | DOB |
|---|---|---|---|
| ___ | 03 | | |
| ___ | 98 | | |

☐ 7. **YOU ARE ORDERED NOT TO CONTACT THE CHILDREN LISTED ABOVE OR ANY CHILDREN IN THE PLAINTIFF'S CUSTODY LISTED BELOW**, either in person, by telephone, in writing or otherwise, either directly or through someone else, and to stay at least ___ yards away from them unless you receive written permission from the Court to do otherwise.
☐ You are also ordered to stay away from the following school, day care, other: ____

| NAME | DOB | NAME | DOB |
|---|---|---|---|
| | | | |

☐ 8. **VISITATION WITH THE CHILDREN LISTED IN SECTION 6 IS PERMITTED ONLY AS FOLLOWS** (may be ordered by Probate and Family Court only):
_____

☐ Visitation is only allowed if supervised and in the presence of _____ at the following times _____ to be paid for by _____
☐ Transportation of children to and from this visitation is to be done by _____ (third party), and not by you.
☐ You may contact the Plaintiff by telephone only to arrange this visitation.

☐ 9. **YOU ARE ORDERED TO PAY SUPPORT** for ☐ the Plaintiff and ☐ your child or children listed above, at the rate of $_____ per ☐ week or per ☐ _____, beginning _____, 20___ ☐ directly to the Plaintiff ☐ through the Probation Office of this Court ☐ through the Massachusetts Department of Revenue ☐ by income assignment.

☒ 10. **YOU MAY PICK UP YOUR PERSONAL BELONGINGS** in the company of police at a time agreed by the Plaintiff.

☐ 11. **YOU ARE ORDERED TO COMPENSATE THE PLAINTIFF** for $_____ in losses suffered as a direct result of the abuse, to be paid in full on or before _____, 20___ ☐ directly to the Plaintiff ☐ through the Probation Office of this Court.

☐ 12. **THERE IS A SUBSTANTIAL LIKELIHOOD OF IMMEDIATE DANGER OF ABUSE. YOU ARE ORDERED TO IMMEDIATELY SURRENDER** to the _____ Police Department all guns, ammunition, gun licenses and FID cards. Your license to carry a gun, if any, and your FID card, if any, are suspended immediately.
• You must immediately surrender the items listed above, and also comply with all other Orders in this case. **A TRUE COPY ATTEST**
• Subject to certain exceptions, purchase and/or possession of a firearm and/or ammunition while this order is in effect is a federal crime. 18 U.S.C. §§ 922(g)(8) and 925.

☐ 13. **YOU ARE ALSO ORDERED** _____

CLERK _____

The Plaintiff must appear at scheduled hearings, or this Order will expire. The Defendant may appear, with or without attorney, to oppose any extension or modification of this Order. If ___

| ABUSE PREVENTION ORDER (G.L. c. 209A) Page 2 of 2 | DOCKET NO. 2010 28 RO 0163 | TRIAL COURT OF MASSACHUSETTS |
|---|---|---|

14. Police reports are on file at the _____ Police Department.
15. OUTSTANDING WARRANTS FOR THE DEFENDANT'S ARREST:
_____ (DOCKET #s) _____ (PCF #)
☐ 16. An imminent threat of bodily injury exists to the petitioner. Notice issued to _____ Police Department(s) by ☐ telephone ☐ other _____

☐ **B. NOTICE TO LAW ENFORCEMENT.**
1. An appropriate law enforcement officer shall serve upon the Defendant in hand a copy of the Complaint and a certified copy of this Order (and Summons), and make return of service to this Court. If this box is checked ☐, service may instead be made by leaving such copies at the Defendant's address shown on Page 1 but only if the officer is unable to deliver such copies in hand to the Defendant.
☐ 2. Defendant Information Form accompanies this Order.
☒ 3. Defendant has been served in hand by the Court's designee: Name _Tr Rya L Fredericks #456_ Date _7-9-10_

| DATE OF ORDER 7/9/10 | TIME OF ORDER 0100 ☒A.M. ☐P.M. | EXPIRATION DATE OF ORDER 7/9/10 at 4 P.M. | NEXT HEARING DATE: at 0900 ☒A.M. ☐P.M. in Courtroom _NMcc_ |
|---|---|---|---|

The above and any subsequent Orders expire on the expiration dates indicated. Hearings on whether to continue and/or modify Orders will be held on dates and times indicated.
SIGNATURE/NAME OF JUDGE: _Judge Agostini_

☒ **C. MODIFICATION/EXTENSION**
☒ This modification was issued after a hearing at which the Plaintiff ☒ appeared ☐ did not appear and the Defendant ☒ appeared ☐ did not appear.
The Court has ORDERED that the prior order issued on _7-9_, 20_10_ be MODIFIED as follows:
☒ The expiration date of this order has been EXTENDED (See Below) ☒ OTHER MODIFICATION(S) _#2 modified by adding: Defendant may arrange child visits through his son, James Janis Jr, or PLAINTIFFS PARENTS_
☒ Firearm surrender order continued. The items surrendered under paragraph 12 will NOT be returned since doing so would present a likelihood of abuse to the plaintiff.

| Date of this Modification: 7-9-10 | Expiration date of this order: August 9, 2010 at 4 P.M. | Signature/Name of Judge: _Kariga_ |
|---|---|---|
| Time of Modification: 945 ☒A.M. ☐P.M. | Next Hearing Date: 8-9-10 at 2:00 ☐A.M. ☒P.M. Courtroom ___ | |

☒ **D. MODIFICATION/EXTENSION** _without hearing, the Court having inadvertently neglected to order #12_
☒ This modification was issued after a hearing at which the Plaintiff ☐ appeared ☒ did not appear and the Defendant ☐ appeared ☒ did not appear.
The Court has ORDERED that the prior order issued on _7-9_, 20_10_ be MODIFIED as follows:
☐ The expiration date of this order has been EXTENDED (See Below) ☒ OTHER MODIFICATION(S) _#12 added - "State or Cheshire" Police. The defendant and Plaintiff may be heard on this mod. upon request_
☒ Firearm surrender order continued. The items surrendered under paragraph 12 will NOT be returned since doing so would present a likelihood of abuse to the plaintiff.

| Date of this Modification: 7-21-10 | Expiration date of this order: 8-9-2010 at 4 P.M. | Signature/Name of Judge: _Kariga_ |
|---|---|---|
| Time of Modification: 3:40 ☐A.M. ☒P.M. | Next Hearing Date: Aug 9, '10 at 2:00 ☐A.M. ☒P.M. Courtroom ___ | |

☒ **E. MODIFICATION/EXTENSION**
☐ This modification was issued after a hearing at which the Plaintiff ☒ appeared ☐ did not appear and the Defendant ☒ appeared ☐ did not appear.
The Court has ORDERED that the prior order issued on _7-21_, 20_10_ be MODIFIED as follows: _Custody to be determined by Family/Probate Court._
☐ The expiration date of this order has been EXTENDED (See Below) ☐ OTHER MODIFICATION(S)
☒ Firearm surrender order continued. The items surrendered under paragraph 12 will NOT be returned since doing so would present a likelihood of abuse to the plaintiff.

| Date of this Modification: AUG 0 9 2010 | Expiration date of this order: 8-2-2011 at 4 P.M. | Signature/Name of Judge: |
|---|---|---|
| Time of Modification: 4:00 ☐A.M. ☒P.M. | Next Hearing Date: 8-2-11 at 2— ☐A.M. ☒P.M. Courtroom ___ | |

☐ **F. PRIOR COURT ORDER VACATED.**
This Court's prior Order is vacated. Law enforcement agencies shall destroy all records of such Order.
☐ VACATED AT PLAINTIFF'S REQUEST.

| SIGNATURE/NAME OF JUDGE | DATE OF ORDER | TIME OF ORDER ☐A.M. ☐P.M. |
|---|---|---|

A TRUE COPY ATTEST

WITNESS - FIRST OR CHIEF JUSTICE
Hon. Michael J. Ripps

A true copy, attest (Asst.) Clerk Magistrate/(Asst.) Register of Probate

| ABUSE PREVENTION ORDER (G.L. c. 209A) Page D | DOCKET NO. | RIAL COURT OF MASSACHUSETTS |
|---|---|---|

14. Police reports are on file at the _____ Police Department.
15. OUTSTANDING WARRANTS FOR THE DEFENDANT'S ARREST:
    _____ (DOCKET #s) _____ (PCF #)
☐ 16. An imminent threat of bodily injury exists to the petitioner. Notice issued to _____ Police
    Department(s) by ☐ telephone ☐ other _____.

☐ **B. NOTICE TO LAW ENFORCEMENT.**
1. An appropriate law enforcement officer shall serve upon the Defendant in hand a copy of the Complaint and a certified copy of this Order (and Summons), and make return of service to this Court. If this box is checked ☐, service may instead be made by leaving such copies at the Defendant's address shown on Page 1 but only if the officer is unable to deliver such copies in hand to the Defendant.
☐ 2. Defendant Information Form accompanies this Order.
☐ 3. Defendant has been served in hand by the Court's designee: Name _____ Date _____

| DATE OF ORDER | TIME OF ORDER ☐ A.M. ☐ P.M. | EXPIRATION DATE OF ORDER at 4 P.M. | NEXT HEARING DATE: at ____ ☐ A.M. ☐ P.M. in Courtroom ____ |
|---|---|---|---|
| The above and any subsequent Orders expire on the expiration dates indicated. Hearings on whether to continue and/or modify Orders will be held on dates and times indicated. | | | SIGNATURE/NAME OF JUDGE |

☒ **C. MODIFICATION.**
☒ This modification was issued after a hearing at which the Plaintiff ☒ appeared ☐ did not appear and the Defendant ☒ appeared ☐ did not appear.
   The Court has **ORDERED** that the prior order issued on **8.9**, 20**10** be **MODIFIED** as follows:
   ☐ The expiration date of this order has been **EXTENDED** (See Below) ☒ **OTHER MODIFICATION(S)** _Implement paragraph_
   _10; paragraph 2 is modified to include terms of Supplemental order: Visitation_
☒ Firearm surrender order continued. The items surrendered under paragraph 12 will NOT be returned since doing so would present a likelihood of abuse to
   the plaintiff.     _issues dated 11.18.10_

| Date of this Modification: NOV 18 2010 | Expiration date of this order: 8.2.2011 | Signature/Name of Judge: _Richard A Simms_ |
|---|---|---|
| Time of Modification: 2:25 ☐ A.M. ☒ P.M. | Next Hearing Date: 8.2.11 at 2 ☐ A.M. ☒ P.M. Courtroom ____ | |

☐ **D. MODIFICATION.**
☐ This modification was issued after a hearing at which the Plaintiff ☐ appeared ☐ did not appear and the Defendant ☐ appeared ☐ did not appear.
   The Court has **ORDERED** that the prior order issued on _____, 20____ be **MODIFIED** as follows:
   ☐ The expiration date of this order has been **EXTENDED** (See Below) ☐ **OTHER MODIFICATION(S)** _____
☐ Firearm surrender order continued. The items surrendered under paragraph 12 will NOT be returned since doing so would present a likelihood of abuse to
   the plaintiff.

| Date of this Modification: | Expiration date of this order: | Signature/Name of Judge: |
|---|---|---|
| Time of Modification: ☐ A.M. ☐ P.M. | Next Hearing Date: ____ at ____ ☐ A.M. ☐ P.M. Courtroom ____ | |

☐ **E. MODIFICATION.**
☐ This modification was issued after a hearing at which the Plaintiff ☐ appeared ☐ did not appear and the Defendant ☐ appeared ☐ did not appear.
   The Court has **ORDERED** that the prior order issued on _____, 20____ be **MODIFIED** as follows:
   ☐ The expiration date of this order has been **EXTENDED** (See Below) ☐ **OTHER MODIFICATION(S)** _____
☐ Firearm surrender order continued. The items surrendered under paragraph 12 will NOT be returned since doing so would present a likelihood of abuse to
   the plaintiff.

| Date of this Modification: | Expiration date of this order: | Signature/Name of Judge: |
|---|---|---|
| Time of Modification: ☐ A.M. ☐ P.M. | Next Hearing Date: ____ at ____ ☐ A.M. ☐ P.M. Courtroom ____ | |

☒ **F. PRIOR COURT ORDER VACATED.**   _Plaintiff not appearing_
   This Court's prior Order is vacated. Law enforcement agencies shall destroy all records of such Order.
   ☐ VACATED AT PLAINTIFF'S REQUEST.

| SIGNATURE/NAME OF JUDGE | DATE OF ORDER AUG 0 2 2011 | TIME OF ORDER / COPY ATTEST ☐ A.M. 2:11 ☐ P.M. |
|---|---|---|
| WITNESS - FIRST OR CHIEF JUSTICE | A true copy, attest (Asst.) Clerk Magistrate/(Asst.) Register of Probate CLERK | |

FA 2a (11/07)

COMMONWEALTH OF MASSACHUSETTS
PROBATE AND FAMILY COURT

Berkshire Division                                  Docket No. 1028R0 0163

Lisa J. Jarvis
Plaintiff

v.

James A. Jarvis
Defendant

## SUPPLEMENTAL ORDER: VISITATION ISSUES

After hearing, it is ordered that the Order of Protection dated NOV 1 8 2010 shall incorporate the following provisions:

☐  1.  The defendant shall have visitation in accordance with the following schedule:

_____
_____
_____
_____
_____
_____

This visitation is conditional on the defendant's compliance with each and every applicable order set forth below.

Any costs incurred in connection with professional supervision shall be paid as follows:

_____
_____

### Restricted Transfer

☐  2.  The transfer shall take place at _____.
       The parties are not to make any negative comments about each other or discuss Court matters.

☐  3.  _____, a third party, shall be responsible for transporting the child(ren) to and from the visitation.

☒  4.  When the defendant picks the child(ren) up for visitation he/~~she~~ shall pull up in front of the home, sound the horn to signify his/~~her~~ arrival, and remain in the car at all times. The plaintiff shall remain in the home and send the child(ren) to the car.

☐      Due to the age of the child(ren), the plaintiff or his/her designee may secure the child(ren) in the appropriate safety seat(s). There is to be no communication between the parents during the transfer.

A TRUE COPY ATTEST
CLERK _____

❏ 5. The plaintiff shall deliver the child(ren) to _____ at least fifteen minutes prior to the designated time for commencement of the visitation. The defendant shall pick the child(ren) up no sooner than fifteen minutes after the designated time for commencement of visitation. The reverse procedure shall take place upon the children's return with the defendant returning the child(ren) fifteen minutes prior to the designated time for the conclusion of the visitation and the plaintiff picking the child(ren) up fifteen minutes after the designated time for the conclusion of visitation. There is to be no contact between the plaintiff and defendant during the transfer.

❏ 6. The plaintiff shall deliver the child(ren) to _____, a visitation center, where the transfer shall be supervised according to the visitation center requirements.

### Supervision

❏ 7. The defendant's visitation with the minor child(ren) shall be supervised for the following reason(s):

    _____ a. to protect the child(ren) from physical abuse during visits
    _____ b. to protect the child(ren) from verbal abuse during visits
    _____ c. to protect the child(ren) from the defendant's abuse of alcohol or drugs
    _____ d. to allow the child(ren) to feel safe based upon their prior exposure to violent behavior
    _____ e. _____

❏ 8. Visitation shall be supervised at all times by:

    _____ a. the visitation center at _____
    _____ b. the Department of Social Services (only if DSS has legal custody)
    _____ c. the paternal - maternal _____
               (grandmother, grandfather, aunt, uncle, etc.)
    _____ d. a third party approved by the Probation Office - GAL
    _____ e. _____

**If an individual, as opposed to a visitation center or DSS, is designated to supervise visitation then that individual shall first meet with the Probation Office - GAL to review the duties and obligations involved in supervising visitation.**

A TRUE COPY ATTEST
CLERK [signature]

Evaluation

☐ 9. _____ is appointed as guardian ad litem to evaluate both parties and the child(ren) concerning the issue of visitation. The evaluator shall specifically address the issue of domestic violence and its impact on the visitation issue and report in writing to the Court with recommendations concerning an appropriate visitation plan. The report shall be filed within _____ days. The cost of the evaluation shall be paid as follows: _____.

☐ 10. The child(ren) are to be seen at _____
(Name of facility)
or by _____ forthwith for immediate assessment of
(Name of clinician)
their needs.

**Treatment and Intervention**

☐ 11. The child(ren) are to be enrolled in counseling forthwith to assist them in coping with exposure to violent behavior.

☐ 12. The defendant shall forthwith enroll in any one of the certified batterer treatment programs set forth on the attached list. The cost shall be borne by the defendant. Should it be determined that no local program presently has, or will soon have, an opening, the defendant may submit an alternative plan for treatment with an individual counselor who must be approved by the Probation Office of this Court upon review of the counselor's credentials in the area of domestic violence.

☐ 13. The defendant shall attend parenting classes offered by _____
_____
(Name of program)
or approved by the Probation Department or the GAL. The defendant shall pay the costs associated with the classes.

☐ 14a. The defendant shall submit to drug - alcohol detection screening _____ times a week at a location approved by the Probation Office after consultation with the defendant. The testing facility shall notify the Probation Office forthwith of test results indicating drug-alcohol abuse. A positive test result for drug - alcohol use shall result in the automatic suspension of visitation pending further Court hearing. Every two weeks, the defendant, or the testing facility, shall provide the Probation Office with verification that the testing is taking place. The defendant shall pay the cost of the testing.

A TRUE COPY ATTEST

CLERK _____

❏    14b.    The defendant shall submit to <u>random</u> drug - alcohol abuse detection screening within twenty-four hours of notification by the Probation Office. The testing facility shall notify the Probation Office forthwith of test results indicating drug - alcohol abuse. A positive test result for drug - alcohol use shall result in the automatic suspension of visitation pending further Court hearing. The defendant shall pay the cost of the testing.

❏    15.    The defendant shall abstain from possession or consumption of alcohol or illegal controlled substances during the visitation and for twenty-four hours preceding the visitation.

❏    16.    The defendant shall attend at least _____ Alcoholics Anonymous (AA) meetings per week.

### Further Order

❏    17.    It is further ordered that: _____

_____

_____

_____

### Review

❏    18.    The issue of visitation and the conditions imposed by this order shall be reviewed on _____ at _____.

NOV 1 8 2010
_____
Date

*Richard A Simms*
_____
Justice of the Probate and Family Court

A TRUE COPY ATTEST

CLERK _____

The Law Office of Rinaldo Del Gallo, III<br>
100 North Street<br>
Suite 404<br>
Pittsfield, MA 01201-5109<br>
E-MAIL: rdelgalloiii@aol.com<br>
PHONE: 413-445-6789

Clerk of Court
111 Holden Street
North Adams, MA 01247-2476


Dear Sir:


Please find enclosed a "Motion to have Fours to Remove Belongings," "Proposed Order," and "Certificate of Service." Please notify me when this matter has been marked up for a hearing. If you have any questions, please do not hesitate to call me at your earliest convenience.


Sincerely, *[signature]*

Rinaldo Del Gallo, III, Esq.


A TRUE COPY ATTEST

CLERK *[signature]*

Massachusetts Trial Court
District Court Department
Northern Berkshire Division

James Jarvis,  )  Case No.: 2010 28 RO 0163
    Plaintiff,  )
  vs.  )  MOTION TO HAVE
      )  FOUR HOURS
Lisa Jarvis,  )  TO REMOVE BELONGINGS
    Defendant  )

HERE COMES JAMES JARVIS, who respectfully moves that this court issue an order allowing Mr. James Jarvis four (4) hours to remove his belongings from ▮▮▮▮▮▮▮▮ in Cheshire, Massachusetts (the marital residence). He has not had an opportunity to remove his belongings as of yet and has clothes, tools and the like he would like to remove. It is further moved that Lisa Jarvis remove herself from ▮▮▮▮▮▮▮▮ during this time.

Dated this August 10, 2010

_[signature]_

Rinaldo Del Gallo, III
100 North Street
Suite 404
Pittsfield, MA 01201
(413) 445-6789
BBO 632880

A TRUE COPY ATTEST

CLERK _[signature]_

Massachusetts Trial Court
District Court Department
Northern Berkshire Division

James Jarvis,

       Plaintiff,

vs.

Lisa Jarvis,

       Defendant

Case No.: 2010 28 RO 0163

PROPOSED ORDER OF JAMES JARVIS ON MOTION TO HAVE FOUR HOURS TO REMOVE BELONGINGS

Mr. James Jarvis shall have four (4) hours to remove his belongings from ▓▓▓▓▓▓▓▓ in Cheshire, Massachusetts on the date of _____ from the time of _____ until the time of _____.

Lisa Jarvis shall make the house available to Mr. James Jarvis during this time and vacate said premises during this period of time.

                                      Dated this _____, 2010

_____

A TRUE COPY ATTEST

CLERK *[signature]*

Massachusetts Trial Court
District Court Department
Northern Berkshire Division

James Jarvis,  )  Case No.: 2010 28 RO 0163
       Plaintiff,  )
  vs.  )  CERTIFICATE OF SERVICE
Lisa Jarvis,  )
       Defendant  )

I, Rinaldo Del Gallo, III, certify that a copy of this motion and proposed order was sent today to

David R. Cianflone, Esquire
Cianflone & Cianflone PC
59 Bartlett Avenue
Pittsfield, MA 01201

Dated this August 10, 2010

Rinaldo Del Gallo, III
100 North Street
Suite 404
Pittsfield, MA 01201
(413) 445-6789
BBO 632880

A TRUE COPY ATTEST

CLERK

TO ANY OFFICER OF THE POLICE DEPARTMENT TO WHICH THE COURT HAS DIRECTED THIS ORDER

[partially illegible paragraph about service of order] IF SERVICE ON THE DEFENDANT HAS NOT YET BEEN MADE, ANY LAW ENFORCEMENT OFFICER SHALL ADVISE THE DEFENDANT OF THE TERMS OF THE ORDER AND THEN SHALL ENFORCE IT.

The YELLOW COPY of this Order must be served on the Defendant immediately. Please return the GREEN COPY of this Order to the Court with your return of service prior to any scheduled hearing date, or new service may be required.

The BLUE COPY of this Order is for your records.

"Whenever the court orders . . . the defendant to vacate, refrain from abusing the plaintiff or to have no contact with the plaintiff or the plaintiff's minor child, the register or clerk-magistrate shall transmit two certified copies of each such order . . . forthwith to the appropriate law enforcement agency which, unless otherwise ordered by the court, shall serve one copy of each order upon the defendant . . . . The law enforcement agency shall promptly make its return of service to the court.

"Law enforcement officers shall use every reasonable means to enforce such abuse prevention orders. Law enforcement agencies shall establish procedures adequate to insure that an officer on the scene of an alleged violation of such order may be informed of the existence and terms of such order."

G.L.c.209A,§7

## RETURN OF SERVICE

I certify that I have served a copy of this Order upon the Defendant named in this Order by
- [X] delivering a copy in hand to the Defendant.
- [ ] leaving a copy at the Defendant's last and usual address as shown in this Order.
- [ ] Other (specify) _____

[ ] I was unable to make service because _____

| SIGNATURE OF OFFICER MAKING SERVICE | DATE & TIME OF SERVICE | | |
|---|---|---|---|
| X Tpr. Sean M. Hoye #3451  #1874 | 7/9/10    00:59 hrs | | |
| PRINTED NAME OF OFFICER MAKING SERVICE | TITLE/RANK | POLICE DEPARTMENT | |
| Tpr. Sean M. Hoye #3451 | TROOPER | MSP Cheshire | |

Atencion: Notificación oficial del tribunal; si no entiende inglés, obtenga una traducción.
Attention: Avis officiel du tribunal, Anglais limité, veuillez faire traduire.
Attenzione: avviso ufficiale del tribunale. Chi non capisce l'inglese lo faccia tradurre.
Atenção: Este é um anúncio jurídico oficial. Mande traduzí-lo se você não compreende o Inglês.
Atenção: Es é um anúncio oficial di tribunal. Mandê traduzil si bu ca ta entendê Inglês.
Atansyon: Se avi ofisyèl Tribunal la. Fe tradwi'l souple, si'w pa kon Angle.
Внимание! Это повестка из суда. Если Вы не читаете по-английски, обратитесь к переводчику.
[Khmer text]
XIN CHÚ Ý: ĐÂY LÀ MỘT THÔNG CÁO CHÍNH THỨC CỦA TÒA ÁN. NẾU QUÝ VỊ KHÔNG BIẾT TIẾNG ANH XIN NHỜ NGƯỜI DỊCH.
注意: 這是正式的法院通告。如果您不懂英語，請找人代為翻譯。

A TRUE COPY ATTEST

TO ANY OFFICER OF THE POLICE DEPARTMENT TO WHICH THE COURT HAS DIRECTED THIS ORDER

PURSUANT TO G.L. c. 209A, § 6, THIS ORDER SHALL BE ENFORCED BY ANY LAW ENFORCEMENT OFFICER IN THE COMMONWEALTH WHO IS AWARE OF OR SHOWN A COPY OF THIS ORDER. IF SERVICE ON THE DEFENDANT HAS NOT YET BEEN MADE, ANY LAW ENFORCEMENT OFFICER SHALL ADVISE THE DEFENDANT OF THE TERMS OF THE ORDER AND THEN SHALL ENFORCE IT.

The YELLOW COPY of this Order must be served on the Defendant immediately. Please return the GREEN COPY of this Order to the Court with your return of service prior to any scheduled hearing date, or new service may be required.

The BLUE COPY of this Order is for your records.

"Whenever the court orders . . . the defendant to vacate, refrain from abusing the plaintiff or to have no contact with the plaintiff or the plaintiff's minor child, the register or clerk-magistrate shall transmit two certified copies of each such order . . . forthwith to the appropriate law enforcement agency which, unless otherwise ordered by the court, shall serve one copy of each order upon the defendant . . . . The law enforcement agency shall promptly make its return of service to the court.

"Law enforcement officers shall use every reasonable means to enforce such abuse prevention orders. Law enforcement agencies shall establish procedures adequate to insure that an officer on the scene of an alleged violation of such order may be informed of the existence and terms of such order."

G.L.c.209A,§7

Lisa J. Jarvis
vs.
James A. Jarvis

RETURN OF SERVICE

Modification dated: 7/21/10
# 2010 28 RO 0163

I certify that I have served a copy of this Order upon the Defendant named in this Order by
☒ delivering a copy in hand to the Defendant.
☐ leaving a copy at the Defendant's last and usual address as shown in this Order.
☐ Other (specify) _____

☐ I was unable to make service because_____

| SIGNATURE OF OFFICER MAKING SERVICE | DATE & TIME OF SERVICE |
|---|---|
| X _____ #2231 | 7-22-10  1125 hrs |

| PRINTED NAME OF OFFICER MAKING SERVICE | TITLE/RANK | POLICE DEPARTMENT |
|---|---|---|
| David G McKearney | Trooper | MSP B-4 |

| Atencion: | Notificación oficial del tribunal; si no entiende inglés, obtenga una traducción. |
| Attention: | Avis officiel du tribunal, Anglais limité, veuillez faire traduire. |
| Attenzione: | avviso ufficiale del tribunale. Chi non capisce l'inglese lo faccia tradurre. |
| Atenção: | Este é um anúncio jurídico oficial. Mande traduzi-lo se você não compreende o Inglês. |
| Atenção: | Es é um anúncio oficial di tribunal. Mandâ traduzil si bú ca ta entende Inglês. |
| Alansyon: | Se avi ofisyel Tribunal la. Fe tradwi'l souple, si'w pa kon Angle. |
| Внимание! | Это повестка из суда. Если Вы не читаете по-английски, обратитесь к переводчику. |
| ្រយ័ត្ន | [Khmer text] |
| XIN CHÚ Ý: | ĐÂY LÀ MỘT THÔNG CÁO CHÍNH THỨC CỦA TÒA ÁN. NẾU QUÍ VỊ KHÔNG BIẾT TIẾNG ANH, VUI LÒNG NHỜ NGƯỜI DỊCH. |

注意： 這是正式的法院通告。如果您不懂英語，請找人代為翻譯。

A TRUE COPY ATTEST
CLERK _____

TO ANY OFFICER OF THE POLICE DEPARTMENT TO WHICH THE COURT HAS DIRECTED THIS ORDER

PURSUANT TO G.L. c. 209A, § 6, THIS ORDER SHALL BE ENFORCED BY ANY LAW ENFORCEMENT OFFICER IN THE COMMONWEALTH WHO IS AWARE OF OR SHOWN A COPY OF THIS ORDER. IF SERVICE ON THE DEFENDANT HAS NOT YET BEEN MADE, ANY LAW ENFORCEMENT OFFICER SHALL ADVISE THE DEFENDANT OF THE TERMS OF THE ORDER AND THEN SHALL ENFORCE IT.

The YELLOW COPY of this Order must be served on the Defendant immediately. Please return the GREEN COPY of this Order to the Court with your return of service prior to any scheduled hearing date, or new service may be required.

The BLUE COPY of this Order is for your records.

"Whenever the court orders ... the defendant to vacate, refrain from abusing the plaintiff or to have no contact with the plaintiff or the plaintiff's minor child, the register or clerk-magistrate shall transmit two certified copies of each such order ... forthwith to the appropriate law enforcement agency which, unless otherwise ordered by the court, shall serve one copy of each order upon the defendant .... The law enforcement agency shall promptly make its return of service to the court."

"Law enforcement officers shall use every reasonable means to enforce such abuse prevention orders. Law enforcement agencies shall establish procedures adequate to insure that an officer on the scene of an alleged violation of such order may be informed of the existence and terms of such order."

G.L. c.209A, §7

## RETURN OF SERVICE

I certify that I have served a copy of this Order upon the Defendant named in this Order by

☐ delivering a copy in hand to the Defendant.
☐ leaving a copy at the Defendant's last and usual address as shown in this Order.
☒ Other (specify) _Atty Timothy Shayne has accepted service on behalf of his client_
☐ I was unable to make service because _____

| SIGNATURE OF OFFICER MAKING SERVICE | DATE & TIME OF SERVICE |
|---|---|
| X _[signature]_ | 11-18-10 |

| PRINTED NAME OF OFFICER MAKING SERVICE | TITLE/RANK | POLICE DEPARTMENT |
|---|---|---|
| Stephen M Kern | Court Officer | |

Atencion:    Notificación oficial del tribunal; si no entiende inglés, obtenga una traducción.
Attention:   Avis officiel du tribunal, Anglais limité, veuillez faire traduire.
Attenzione:  avviso ufficiale del tribunale. Chi non capisce l'inglese lo faccia tradurre.
Atenção:     Este é um anúncio jurídico oficial. Mande traduzí-lo se você não compreende o Inglês.
Atenção:     Es é um anúncio oficial di tribunal. Mandâ traduzil si bu ca ta entendê Inglês.
Atansyon:    Se avi ofisyel Tribunal la. Fe tradwi'l souple, si'w pa kon Angle.
Внимание!    Это повестка из суда. Если Вы не читаете по-английски, обратитесь к переводчику.
[Khmer]:     [Khmer text]
XIN CHÚ Ý:   ĐÂY LÀ MỘT TRONG CÁO CHÍNH THỨC CỦA TÒA ÁN. NẾU QUÍ VỊ KHÔNG BIẾT TIẾNG ANH, VUI LÒNG NHỜ NGƯỜI DỊCH.

注意：這是正式的法院通告。如果您不懂英語，請找人代為翻譯

A TRUE COPY ATTEST
_[signature]_

| COMPLAINT FOR PROTECTION FROM ABUSE (G.L. c.209A) Page 2 | COURT USE ONLY – DOCKET NO. 2010 28 RO 0163 | TRIAL COURT OF MASSACHUSETTS |
|---|---|---|

**A** ☐ BOSTON MUNICIPAL COURT  ☒ DISTRICT COURT  ☐ PROBATE & FAMILY COURT  ☐ SUPERIOR COURT  _____ DIVISION

**B** Name of Plaintiff (person seeking protection): **LISA J. JARVIS**

Name of Defendant (person accused of abuse): **JAMES A. JARVIS**

Def. Date of Birth: [redacted] /65
Defendant's Alias, if any: NONE

**C** Plaintiff's Address. DO NOT complete if the Plaintiff is asking the Court to keep it confidential. See K. 4. below.

**SAME**

Daytime Phone No. ( )

If the Plaintiff left a former residence to avoid abuse, write that address here:

**G** Defendant's Address: **72 DUBLIN RD. Cheshire MA 01225**

Day Phone: [redacted]

Sex: ☒ M  ☐ F

Social Security #: [redacted]6171
Place of Birth: N. Adams

Defendant's Mother's Maiden Name (first & last): [redacted]

Defendant's Father's Name (first & last): **Russell Jarvis**

**D**
☒ I am over the age of eighteen.
☐ I am under the age of eighteen, and my _____ (relationship to Plaintiff) has filed this complaint for me.
The Defendant ☐ is ☒ is not under the age of eighteen.

**E** To my knowledge, the Defendant possesses the following guns, ammunition, firearms identification card, and/or license to carry:

**H** The Defendant and Plaintiff:
☒ are currently married to each other
☐ were formerly married to each other
☐ are not married but we are related to each other by blood or marriage; specifically, the Defendant is my _____
☐ are the parents of one or more children
☐ are not related but live in the same household
☐ were formerly members of the same household
☐ are or were in a dating or engagement relationship.

**F** Are there any prior or pending court actions in any state or country involving the Plaintiff and the Defendant for divorce, annulment, separate support, legal separation or abuse prevention? ☒ No ☐ Yes
If Yes, give Court, type of case, date, and (if available) docket no.

**I** Does the Plaintiff have any children? ☐ No ☒ Yes  If yes, the Plaintiff shall complete the appropriate parts of Page 2.

**J** On or about (dates) **8 JULY 2010** I suffered abuse when the Defendant:
☐ attempted to cause me physical harm
☐ caused me physical harm
☒ placed me in fear of imminent serious physical harm
☐ caused me to engage in sexual relations by force, threat of force or duress

**K** THEREFORE, I ASK THE COURT TO ORDER:
☒ 1. the Defendant to stop abusing me by harming, threatening or attempting to harm me physically, or placing me in fear of imminent serious physical harm, or by using force, threat or duress to make me engage in sexual relations unwillingly.
☒ 2. the Defendant not to contact me, unless authorized to do so by the Court.
☒ 3. the Defendant to leave and remain away from my residence which is located at:

_If this is an apartment building or other multiple family dwelling, check here_ ☐

☐ 4. that my address be impounded to prevent its disclosure to the Defendant, the Defendant's attorney, or the public. Attach Request for Address Impoundment form to this Complaint.
☐ 5. the Defendant to leave and remain away from my workplace which is located at:

☐ 6. the Defendant to pay me $_____ in compensation for the following losses suffered as a direct result of the abuse:

You may not obtain an Order from the Boston Municipal Court or a District or Superior Court covering the following item 7 if there is a prior or pending Order for support from the Probate and Family Court.

☐ 7. the Defendant, who has a legal obligation to do so, to pay temporary support for me.
☐ 8. the relief requested on page two of this Complaint pertaining to my minor child or children.
☐ 9. the following:_____

☐ 10. the relief I have requested, except for temporary support for me and/or my child(ren) and for compensation for losses suffered, without advance notice to the Defendant because there is a substantial likelihood of immediate danger of abuse. I understand that if the Court issues such a temporary Order, the Court will schedule a hearing within 10 court business days to determine whether such a temporary Order should be continued, and I must appear in Court on that day if I wish the Order to be continued.

| DATE | PLAINTIFF'S SIGNATURE X | Please complete affidavit on reverse of this page. CLERK |
|---|---|---|

This is a request for a civil order to protect the Plaintiff from future abuse. The actions of the Defendant may also constitute a crime subject to criminal penalties. For information about filing a criminal complaint, you can talk with the District Attorney's Office for the location where the alleged abuse occurred.

FA 1 (9/95)

| AFFIDAVIT | Describe in detail the most recent incidents of abuse. The Judge requires as much information as possible, such as what happened, each person's actions, the dates, locations, any injuries, and any medical or other services sought. Also describe any history of abuse, with as much of the above detail as possible. |
|---|---|

On or about Thursday July 8, 20 10, @ 2235 hrs the Defendant

My husband James came home from softball game, after having a few drinks. He wanted me to go swimming with him. I said no. He went in pool came back in screaming threw objects at T.V., causing damage. I said I would call the police he grabbed the phone and smashed on floor so I couldn't. Then shoved me out of the way and onto the couch smashing Playstation and tray table. These fights have escalated over period of years and my life has been threatened in the past. I fear for my safety when he is in this rage.

If more space is needed, attach additional pages and check this box: ☐

I declare under penalty of perjury that all statements of fact made above, and in any additional pages attached, are true.

A TRUE COPY ATTEST

| DATE SIGNED | PLAINTIFF'S SIGNATURE | |
|---|---|---|
| 7/9/10 | x [signature] | CLERK [signature] |
| WITNESSED BY | PRINTED NAME OF WITNESS | TITLE/RANK OF WITNESS |
| x Tpr Sean M. [signature] #3457 | TPR SEAN M. HOYE | TROOPER |



TRIAL COURT OF THE COMMONWEALTH
Commonwealth of Massachusetts

DISTRICT COURT DEPARTMENT
NORTHERN BERKSHIRE DIVISION

Berkshire, ss.                                                Civil No. 2010 23R0 0163

                                                              Criminal No. _____

Lisa Jarris
_____                                      NOTICE OF APPEARANCE
           Plaintiff

Jane Jarris
_____
           Defendant

TO THE CLERK OF THE ABOVE-NAMED COURT:
    Please enter my appearance as attorney for ____Plaintiff_____

in the above entitled case.

Dated: 8/9/10 , 19____ .

                                  Attorney for plaintiff-defendant
                                  David R Clarkins
                                  Address: 59 Bartlett Ave
                                  Pittsfield, MA
                                  Tel. No. 413 447 7366

A TRUE COPY ATTEST

CLERK _____

F84-1 ASPCo



TRIAL COURT OF THE COMMONWEALTH

Commonwealth of Massachusetts

DISTRICT COURT DEPARTMENT
NORTHERN BERKSHIRE DIVISION

Berkshire, ss.

Civil No. 1028R00163

Criminal No. _____

Lisa Jarvis
_____
Plaintiff

James Jarvis
_____
Defendant

NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE-NAMED COURT: James Jarvis
Please enter my appearance as attorney for _____

in the above entitled case.

Dated: July 30, 2010

_____
Attorney for plaintiff-defendant

Address: 100 North St. #404
Pittsfield, MA
01201

Tel. No. 413-445-6789

BBO 632880

A TRUE COPY ATTEST

CLERK _____

F84-1 ASPCo