# ATTACHMENT J





# ADAMS POLICE DEPARTMENT

4 SCHOOL STREET
ADAMS, MASSACHUSETTS 01220
TEL. 413 – 743-1212
FAX 413 – 743-8362

Donald A. Poirot
*Chief of Police*

07/21/2010

JAMES A JARVIS
72 DUBLIN RD
CHESHIRE, MA 01225

RE: Suspension of FID, License Number: 31002234C

Dear JAMES JARVIS:

Please be advised that your firearms identification (FID) card, pursuant to the provisions of M.G.L. c. 140, § 129B, is hereby:   ✓ suspended

The reason(s) for this suspension is:

✓ you are currently subject to an order for suspension or surrender issued pursuant to M.G.L. c. 209A, § 3B or 3C, or a similar order issued by another jurisdiction;

you shall, in accordance with M.G.L. c. 140, § 129D, without delay, deliver or surrender to the licensing authority where you reside your firearms identification (FID) card, and all firearms, large capacity feeding devices, rifles, shotguns and ammunition which you have in your possession, or which are owned by you. Failure to do so is a criminal offense. These items may be transferred from you to a licensed dealer, or to another person who may lawfully take possession of such items, but only after said items are surrendered to the licensing authority.

You have the right to appeal this decision within 90 days to the District Court with appropriate jurisdiction. Please contact us at any time if you have any questions concerning this matter.

Sincerely,

DONALD POIROT
CHIEF

cc:      Commissioner of Probation,
         One Ashburton Place, Room 405. Boston, MA 02108

SAMANTHA A. TALORA
Notary Public
COMMONWEALTH OF MASSACHUSETTS
My Commission Expires
June 5, 2020

