ME:  **PHONE:** 413 776-7438    1245-
                                413-329-7890    1:C rev.

iS: 34

**COMMENTS:** 8/18/10 Mr Jarvis' father called. Said they are his guns + he wants them back. Told him they came in under James name + I would

E: 8-11-10 need to speak w/ James. He will have him call.

4:30p

Aug 19 MR JARVIS - (Middle J) wants to Retrieve FIREARMS tRANSFER to his DAD - P called TPR CANATA (Cheshire BARRACKS) Lft Msg for

'MENTS:  4:45p TPR to call us Re: TRANSFER to same ADDRESS

lt 1-13-11  P called MR J update No News untill MONDAY

No charge to transfer BB guns Black powder etc —

Mon 23 Aug -10 — 9:40 AM — P called TPR CANATA Explained MR J wants to transfer guns to his Father same Residence TPR Canata will call back

Mon 23 Aug -10  3PM TPR CANATA OK to tRANSFER guns to MR JARVIS —

413 743 4700 TPR Canata

w/ transfers

8-23-10 JZ called Mr. Jarvis to set appt. Fees $1,307 — Mr Jarvis said we are crazy + he is calling his lawyer. He's not paying $1000- for his guns.

10/6 Mr. Jarvis called - will call Thurs

10/7 Mr J called - will call Friday for fee info on transfer to another dealer

10/14/10 Mr Jarvis called. Went over fees + transfers. He was told bill was $3,000 (probably by his father). I gave him prices. He will get back to us.