**UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| RUSSELL JARVIS; JAMES JARVIS; ROBERT CRAMPTON; and COMMONWEALTH SECOND AMENDMENT, INC., <br><br> Plaintiffs, <br><br> -against- <br><br> VILLAGE GUN SHOP, INC. d/b/a VILLAGE VAULT; and SECRETARY ANDREA CABRAL, in her Official Capacity as Secretary of the Executive Office of Public Safety and Security, <br><br> Defendants. | ) ) ) ) ) ) CIVIL ACTION NO. ) 1:12-cv-40032 ) ) ) ) ) ) ) ) ) ) |

### PLAINTIFFS' RESPONSE TO DEFENDANT VILLAGE VAULT'S AFFIDAVIT ASSERTING ADDITIONAL FACTS

Defendant Village Vault has not provided the "concise statement" of material facts "with page references to affidavits, depositions and other documentation" that Local Rule 56.1 requires. As a result, Plaintiffs can neither definitively identify nor respond with specific references to Defendant's contentions.

To the extent the Court finds it appropriate to consider Village Vault's additional facts notwithstanding this deficiency, Plaintiffs have reviewed the affidavit of Peter G. Dowd (Doc. No. 43) and do not dispute its substantive contentions for purposes of the present motion.

Dated: September 8, 2014

>Respectfully submitted,
>
>THE PLAINTIFFS,
>
>By their attorneys,

| | |
|---|---|
| Patrick M. Groulx, Esq. | David D. Jensen, Esq. |
| BBO No. 673394 | Admitted *Pro Hac Vice* |
| Donahue, Grolman & Earle | DAVID JENSEN PLLC |
| 321 Columbus Avenue | 111 John Street, Suite 420 |
| Boston, Massachusetts 02116 | New York, New York 10038 |
| Tel: 617.859.8966 | Tel: 212.380.6615 |
| Fax: 617.859.8903 | Fax: 917.591.1318 |
| patrick@d-and-g.com | david@djensenpllc.com |

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on 8 September 2014.

>/s/ David D. Jensen
>David D. Jensen, Esq.