UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RUSSELL JARVIS; JAMES JARVIS; ROBERT CRAMPTON; and COMMONWEALTH SECOND AMENDMENT, INC.,<br><br>　　　　　　　　　　　Plaintiffs,<br><br>　　　　-against-<br><br>VILLAGE GUN SHOP, INC. d/b/a VILLAGE VAULT; and SECRETARY ANDREA CABRAL, in her Official Capacity as Secretary of the Executive Office of Public Safety and Security,<br><br>　　　　　　　　　　　Defendants. | CIVIL ACTION NO.<br>1:12-cv-40032 |

## JOINT REPORT

The parties submit this Joint Report pursuant to the Court's Order requesting the parties' "shared or separate views as to the claims, if any, remaining for trial, the anticipated duration of trial, and whether the Court should refer the parties to the Court's mediation program."

The parties have agreed to submit a stipulation in the near future that will dismiss the remaining claims and constitute final judgment in the case.

　　　　　　　　　　Respectfully submitted,
　　　　　　　　　　　THE PLAINTIFFS,
　　　　　　　　　　By their attorneys,

　　　　　　　　　　 /s/ David D. Jensen
　　　　　　　　　　David D. Jensen, Esq.
　　　　　　　　　　DAVID JENSEN PLLC
　　　　　　　　　　111 John Street, Suite 420
　　　　　　　　　　New York, New York 10038
　　　　　　　　　　Tel:  212.380.6615
　　　　　　　　　　Fax:  917.591.1318
　　　　　　　　　　david@djensenpllc.com
　　　　　　　　　　Admitted *Pro Hac Vice*

|  |  |
|---|---|
|  | Patrick M. Groulx, Esq. |
|  | BBO No. 673394 |
|  | Donahue, Grolman & Earle |
|  | P.O. Box 45504 |
|  | Somerville, Massachusetts 02145 |
|  | Tel:  978.549.3124 |
|  | Fax:  617.500.9955 |
| Dated: October 24, 2014 | pgroulx@polislegal.com |

VILLAGE GUN SHOP, INC. d/b/a
VILLAGE VAULT,   Defendant
By Its Attorney,

/s/   Wayne M. LeBlanc
Wayne M. LeBlanc, Esquire
BBO No. 290875
Glickman, Sugarman, Kneeland & Gribouski
11 Harvard Street -  P.O. Box 2917
Worcester, MA  01613-2917
Tel.  508-756-6206

Dated:  October 24, 2014     wmlesq12@yahoo.com

SECRETARY ANDREA CABRAL,   Defendant
By Her Attorney,

/s/ David R. Marks
David R. Marks, Esquire
BBO No. 548982
Assistant Attorney General
Office of the Attorney General
One Ashburton Place, Room 2019
Boston, MA 02108-1698
Tel. (617) 963-2362

Dated: October 24, 2014     david.marks@state.us.ma

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on October 24, 2014.

 /s/ David D. Jensen
David D. Jensen, Esq.