UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RUSSELL JARVIS; JAMES JARVIS; ROBERT CRAMPTON; and COMMONWEALTH SECOND AMENDMENT, INC.,<br><br>        Plaintiffs,<br><br>-against-<br><br>VILLAGE GUN SHOP, INC. d/b/a VILLAGE VAULT; and SECRETARY ANDREA CABRAL, in her Official Capacity as Secretary of the Executive Office of Public Safety and Security,<br><br>        Defendants. | CIVIL ACTION NO. 1:12-cv-40032 |

## STIPULATION

WHEREAS, Judge Young issued a decision and order on October 15, 2014 that granted partial summary judgment to Defendant Village Gun Shop, Inc. and provided that "Judgment will enter in favor of Village Gun Shop at the close of the case" (Doc. No. 71); and

WHEREAS, the parties advised the Court on October 24, 2014 that they intended to submit a stipulation dismissing the remaining claims and requesting entry of final judgment; and

WHEREAS, the Court issued a "settlement order" closing the case on October 27, 2014,

NOW COME the parties, who stipulate and agree as follows:

1) **Dismissal.** The remaining claims against Defendant Secretary Cabral shall be and hereby are dismissed pursuant to Rule 41(a)(2). Plaintiffs will not seek to re-assert claims against Secretary Cabral in this action.

2) **Entry of Final Judgment.** The Clerk is directed to issue a final judgment in favor of Defendant Village Gun Shop, Inc.

IT IS SO ORDERED this _____ day of November, 2014.

        _____
        Leo T. Sorkin
        United States District Judge

Respectfully submitted,

THE PLAINTIFFS,
By their attorneys,

/s/ David D. Jensen
David D. Jensen, Esq.
DAVID JENSEN PLLC
111 John Street, Suite 420
New York, New York 10038
Tel: 212.380.6615
Fax: 917.591.1318

Dated: November 21, 2014    david@djensenpllc.com

Patrick M. Groulx, Esq.
BBO No. 673394
Donahue, Grolman & Earle
321 Columbus Avenue
Boston, Massachusetts 0116
Tel: 617.859.8966
Fax: 617.859.8903
pgroulx@polislegal.com

VILLAGE GUN SHOP, INC. d/b/a
VILLAGE VAULT,   Defendant
By Its Attorney,

/s/   Wayne M. LeBlanc
Wayne M. LeBlanc, Esquire
BBO No. 290875
David J. Kneeland, Esquire
BBO No. 275730
Glickman, Sugarman, Kneeland & Gribouski
11 Harvard Street - P.O. Box 2917
Worcester, MA  01613-2917

Dated:  November 21, 2014    Tel.  508-756-6206

|  |  |
|---|---|
|  | SECRETARY ANDREA CABRAL,  Defendant<br>By Her Attorney,<br><br>/s/ David R. Marks<br>David R. Marks, Esquire<br>BBO No. 548982<br>Assistant Attorney General<br>Office of the Attorney General<br>One Ashburton Place, Room 2019<br>Boston, MA 02108-1698<br>Tel. (617) 963-2362 |
| Dated: November 21, 2014 | david.marks@state.us.ma |

### CERTIFICATE OF SERVICE

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on November 21, 2014.

/s/ David D. Jensen
David D. Jensen, Esq.