UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No.
1:12-40032 LTS

Russell Jarvis, Et Al
Plaintiffs

V.

Mary Elizabeth Heffernan, et al
Defendants

FINAL JUDGMENT

November 24, 2014

SOROKIN, J.

    Final Judgment has entered in favor of Village Gun Shop as directed in Judge Young's opinion docket number [71] dated October 15, 2014.

SO ORDERED.

    /s/ Leo T. Sorokin
    UNITED STATES DISTRICT JUDGE