UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RUSSELL JARVIS; JAMES JARVIS; ROBERT CRAMPTON; and COMMONWEALTH SECOND AMENDMENT, INC.,<br><br>      Plaintiffs,<br><br> -against-<br><br>VILLAGE GUN SHOP, INC. d/b/a VILLAGE VAULT; and SECRETARY ANDREA CABRAL, in her Official Capacity as Secretary of the Executive Office of Public Safety and Security,<br><br>      Defendants. | CIVIL ACTION NO.<br>1:12-cv-40032 |

### NOTICE OF APPEAL

Notice is hereby given that Plaintiffs Russell Jarvis, James Jarvis, Robert Crampton, and Commonwealth Second Amendment, Inc. hereby appeal to the United States Court of Appeals for the First Circuit from the Memorandum and Order entered in this action on October 15, 2014 (Doc. No. 71). The Court entered Final Judgment on November 24, 2014 (Doc. No. 78).

            Respectfully submitted,

            THE PLAINTIFFS,
            By their attorneys,

            /s/ David D. Jensen
            David D. Jensen, Esq.
            DAVID JENSEN PLLC
            111 John Street, Suite 420
            New York, New York 10038
            Tel: 212.380.6615
            Fax: 917.591.1318
Dated: November 26, 2014     david@djensenpllc.com

Patrick M. Groulx, Esq.
BBO No. 673394
Donahue, Grolman & Earle
321 Columbus Avenue
Boston, Massachusetts 0116
Tel:  617.859.8966
Fax:  617.859.8903
P.O. Box 45504
patrick@d-and-g.com

### CERTIFICATE OF SERVICE

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on November 26, 2014.

 /s/ David D. Jensen
David D. Jensen, Esq.