# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

## CLERK'S CERTIFICATE AND APPEALS COVER SHEET

## ABBREVIATED ELECTRONIC RECORD

Case Caption: Jarvis et al v. Village Vault, Inc. et al

District Court Number: 12cv40032-LTS

Fee: Paid? Yes _X_ No ____ Government filer ____ *In Forma Pauperis* Yes ____ No ____

Motions Pending    Yes ____ No _X_           Sealed documents    Yes ____ No _X_
*If yes, document #*                         *If yes, document #*

*Ex parte* documents  Yes ____ No _X_        Transcripts         Yes ____ No _X_
*If yes, document #*                         *If yes, document #*

Notice of Appeal filed by: Plaintiff/Petitioner _X_   Defendant/Respondent ____   Other: ____

Appeal from:

#71 Memorandum and Order, #78 Final Judgment

Other information:

I, Robert M. Farrell, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

#71, #78, and #79

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal # 79 filed on November 26, 2014.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on November 28, 2014.

**ROBERT M. FARRELL**
Clerk of Court

/s/Matthew A. Paine
Deputy Clerk

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**